ACCEPTED
14-14-00808-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/10/2015 12:08:22 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-14-00808-CV

IN THE MARRIAGE

STEVEN W. ARD and

MARSHA ARD-PHILLIPS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/10/2015 12:08:22 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FOURTEENTH

COURT OF APPEALS

Deputy Clerk's Document List

Please see the following pages of the Deputy Clerk's list of filed documents with

the Harris County District Clerk's office for cases 2001-38760 and  2006-47105.

Respectfully submitted,
/s/ Marsha Phillips Pro se
State Bar No.: 00789548
12407 N Mopac Expwy
Suite 250-210
Austin, TX 78758
Phone (512) 520-5990
Fax (866) 519-3974
attorney@marshaphillips.com

Certificate of Service

I certify that a true copy of Deputy Clerk's Document List was served via e-filing on

Steven Ard, through Mr. Allan A. Cease, phone (281) 980-0909 at 56 Sugar Creek

Center Blvd., Suite 300, Sugar Land, TX 77478, in accordance with the Texas Rule

of Civil Procedure 21A on August 10, 2015. allancease@comcast.net

/s/ Marsha Phillips

'MICHELLE GAINES (NETWSW          Enterprise Contact Us          **Welcome to the District Clerk!**

v4i

**Deputy Exploration Of Electronic Documents**

Search Search Search Search   Search    Barcode Search Court   Judge Pre-   Process Court   Reports  Subpoena Pencrino   Court      Return   New       Generate
Cavil Criminal All Spoual   Basket Acbvitv   Print DBockets InBo.   Horne Index   eFilinos          Search Subpoena   Processing To   Clerk   Generate   Documents
                            Codes                              Pace Monitor                                                      Documents

## Civil Image Search Results

NOTE: Please be aware, previewing documents requires the Adobe Acrobat Viewer and a TIF viewer.

To select a document to preview, click on the Image Number. If you wish to purchase a document, dick the 'Add To Basket' button. The document will be placed in the basket for purchase. If you wish to purchase all documents in the case, click the 'Add Entire Case' button. All documents will be placed In the basket for purchase. Any document placed in the basket may be reviewed again prior to purchase.

Document information displayed In RED indicates the document is seated.
Document information displayed in BROWN indicates the document is confidential.
Document information displayed in GRAY indicates the document is expunged.

---

**Case: 200647105 - 7   I   alit 2 Status: Post Judgment Court: 311 File Dt: 8/1/2006**
**Type: DIVORCE**
**Style: ARD, STEVE vs ARD-PHILLIPS, MARSHA**

**(Add Entire Case)**

Add To Basket

| ❏ | Image Number | Pages | Activity Type | Activity Date | PJN | Party | |
|---|---|---|---|---|---|---|---|
| ❏ | 66171309 6020113 | 5 | Appeallanfs First Request for Supplemental Clerk's Record | 7/10/2015 | | Enter Revision | 6±1/ To gasket |
| o | 66075165 5924240 | 6 | 6th Amended Proposed Division of Property | 7/2/2015 | | Enter Revision | Add 12 Basket |
| O | ma u 5924330 | 6 | Motion for Appellee to Pay Appellate Records Costs | 7/2/2015 | | Enter Revision | imut TQ f tasket |
| o | 66075167 5922553 | 40 | Sworn Inventory and Appraisal of Counter-Petitioner | 7/2/2015 | | Enter Revision | 6,cid 12 Basket |
| O | 66018306 5863292 | 1 | 1st Supplement to CPA's Analysis of Petitoner's 6th Amended Proposed Division of Property | 6/29/2015 | | Enter Revision | Lickt To Basket |
| O | 66018307 5863292 | 5 | Texaco Thrift Plan Withdrawal Application | 6/29/2015 | | Enter Revision | il dd 12 Basket |
| O | 65942043 5783139 | 1 | Objection To Notice of Oral Hearing | 6123/2015 | | Enter Revision | MA /2 gasket |
| O | 65841214 | 1 | Court Reporter Exhibit List | 6/16/2015 | | Enter Revision | &ld 12 gasket |
| O | trzelat | 26 | Marsha Ard-Phillips Exhibit List | 6/16/2015 | | Enter Revision | Add 12 Basket |
| O | 66074390 | 33 | Marsha Ard-Phillips Exhibit List | 6/16/2015 | | Enter Revision | AdA Basket |
| ❏ | 66074413 | 9 | Petitioner's Exhibit List | 6/16/2015 | | Enter Revision | =et To |
| O | 66074396 | 4 | Petitioner's Second Amended Exhibit List - Part II | 6/16/2015 | | Enter Revision | Add To Basket |
| O | 65829002 5676237 | 1 | CPA's Analysis of Petitioners 6th AMended Proposed Division of Proerty | 6/15/2015 | | Enter Revision | Add 12 Basket |
| O | 65823901 | 1 | CASO - ORDER SIGNED SETTING HEARING | 6/12/2015 1 | | Enter Revision | Add 12 Basket |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 65916710 | 7 | Court Reporter Exhibit List | 6/11/2015 | | Enter Revision | 6612 12 Basket |
| O | 65735903 5583376 | ger 2 | Email Filed | 6/8/2015 | | Enter Revision | Add Tit Basket |
| O | 95735902 5583376 | de 1 | Requested Stipulation and Production of Copy of Court Order | 6/8/2015 | | Enter Revision | /111,4 lo Basket |
| O | 65980357 | eser 2 | Undeliverable Return Mail | 6/2/2015 | | Enter Revision | 6.0_4 12 Basket |
| O | 65471239 5324439 | der 1 | Objection to Appellate Record | 5/18/2015 | | Enter Revision | 6,11. 12 Basket |
| O | 115471234 5325131 | 1 | Proposed Order on Request For Notice of Submission | 5/18/2015 | | Enter Revision | Add To Basket |
| O | 85471233 5325131 | 4gr 1 | Request for Notice of Submisson | 5/18/2015 | | Enter Revision | Add 1g Basket |
| O | 65471237 5324805 | O 2 | Respondents Motion for Inclusion of Judger Hinohosa's signed Order Confirming the Jurys Unamimus Verdict of July 27, 2009 | 5/18/2015 | | Enter Revision | Add To aksre |
| O | 65471238 | de 1 | *Sub Doc: Proposed Order on Inclusion of documents in Appellate Record* | 5/18/2015 | | Enter Revision | Add :t;2 Basket |
| O | 65470851 5298188 | • 1 | REQUESTS FOR CLERK'S SUPPLEMENTAL APPELLEATE RECORD | 5/15/2015 | | Enter Revision | 6,0 12 Basket |
| O | 65132237 | lger 1 | Fourteenth court of appeals (Postcard) | 4/16/2015 | ARO, STEVE | Enter Revision | Add 12 Basket |
| O | 64896310 | atr 1 | Fourteenth court of appeals (Postcard) | 3/27/2015 | ARM STEVE | Enter Revision | Mt 12 Basket |
| O | 18464.17.11 | Ore 1 | Fourteenth court of appeals (Postcard) | 2/26/2015 | ARD. STEVE | Enter Revision | Ads! lg Basket |
| O | t9A20/2 4295871 | iff 16 | Texaco Thrift Plan Wdhdrawal Application | 2/26/2015 | | Enter Revision | ASS 12 Basket |
| O | 64233483 4139866 | der 2 | Request to clerk to include additional items in clerks record | 2/13/2015 | | Enter Revision | &42 h Basket |
| O | 64233482 4139866 | 4r 6 | Respondents Amended Request For Documents to be included in clerks records | 2/13/2015 | | Enter Revision | MI 12 Basket |
| O | 64224337 | 2 | Undeliverable Return Mail | 2/10/2015 | | Enter Revision | &OA 12 Basket |
| O | 0266296 | / 1 | Court Reporters Exhibit List | 2/9/2015 | | Enter Revision | M.2 12 Basket |
| O | 64115457 | 1 | Exhibit | 2/2/2015 | ARD, STEVE | Enter Revision | Add lg Basket |
| O | 63942037 3870407 | 4tr 3 | Motion for Ex ParteTemporary Protective Order | 1/22/2015 | | Enter Revision | &12 12 Basket |
| O | 63942038 3870407 | te. 4 | Proposed Order Motion for Temporary Protective Order | 1/22/2015 | | Enter Revision | Add lg Basket |
| O | 63842485 3750834 | • 11 | Supplemental Request for Documents in District Clerks Records | 1/13/2015 | | Enter Revision | Add To Basket |
| O | 63847116 | 1 | Fourteenth court of appeals (Postcard) | 1/8/2015 | ARID. | Enter Revision | Add lig Basket |
| O | 63722412 3641578 | ge 1 | Filing Letter | 1/5/2015 | | Enter Revision | 112.4 12 Basket |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Q | 63571680 | etr 3 | Fourteenth court of appeals (Postcard) | 12/11/2014 | ARD, STEVE | Enter Revision 8.22 | 12 Basket |
| Q | 63289255 3250543 | lf 4 | Appellant's Motion for Free Appellate Record | 11/20/2014 | | Enter Revision AO | 12 Dinkel |
| Q | 63289260 3250543 | 4e 2 | *Sub Doc: Respondents Second Request to Prepare Reporters Record* | 11/20/2014 | | Enter Revision AO | 12 *Basket* |
| Q | 63289257 :250543 | 4O 3 | *Sub Doc: Affidavit of indigecy* | 11/20/2014 | | Enter Revision gO | 12 fiffigifil |
| Q | 63289258 :250543 | 4 | *Sub Doc: Attachment B. Respondents Amended Request for Documents to be Included in Clerks Record* | 11/20/2014 | | Enter ataagn Add | 12 gasket |
| Q | 6328926t 3250543 | frtr 1 | *Sub Doc: Notice of Submission* | 11/20/2014 | | Enter Revision &I | 12 Basket |
| Q | 63289262 3250543 | 4fer 1 | *Sub Doc: Proposed Order on Appellant's Motion for Free Appellate Record* | 11/20/2014 | | Enter Revision Add | 12 *Bask*et |
| Q | 63185044 3181482 | ce 1 | Proposed Order Denying Respondent's Motion to Modify, Correct or Reform Judgment | 11/14/2014 | | Enter Revision AO | To Basket |
| Q | 63185048 3184028 | O 3 | Respondents Reply to Petitioners Response to Respondent's Man to Modify Correct or Amend Judgment | 11/14/2014 | | Enter Revision 60 | 12 Basket |
| Q | 63185043 3181482 | i·2 | Response to Motion to Modify, Correct, or Reform Judgment | 11/14/2014 | | Enter Revision &id | 12 Basket |
| Q | 63837883 | tEl 2 | POAPY - ORDER SIGNED DENYING PAUPER'S OATH (CASE ON APPEAL) | 11/12/2014 | | Enter tillign AO | 12 Basket |
| Q | 63837882 | f@ 1 | COSTX - ORDER SIGNED GRANTING MOTION TO RULE FOR COSTS | 11/12/2014 | | Enter Revision 6,22 | Ts Basket |
| Q | 63753632 | oo 1 | Fourteenth court of appeals (Postcard) | 11/7/2014 | ARD, STEVE | Enter Revision Add | 12 Elitlitfd |
| Q | 63090135 0222.112 | lir 4 | Respondent's Amended Request for Documents to be Included in Clerks' Record | 11/6/2014 | | Enter Revision Add | 12 Basket |
| Q | 63098045 3076128 | der 1 | Proposed Order Denying Appellant's Motion For Appellee To Pay Appellate Costs | 11/5/2014 | | Enter Revision AO | 12 Mild |
| Q | 63098046 3076128 | te 2 | Proposed Order Sustaining Contest To Appellant's Affidavit Of Indigence | 11/5/2014 | | Enter Revision AO | 12 Basket |
| Q | 63051171 3058180 | d' 3 | Affidavit of Indigency | 11/4/2014 | | Enter Revision 622 | 12 Basket |
| Q | 63051190 3057832 | 1 | Notice of Submission of Respondents Motion to Modify, Correct or Reform Judgment | 11/4/2014 | | Enter 9AI:to Ast2 | 12 gasket |
| Q | 63051191 3057832 | de 1 | *Sub Doc: Proposed Order on Respondent's Motion to Modify. Correct or Reform Judgment* | 11/4/2014 | | Enter Revision Mg | 12 Basket |
| Q | 63028226 3039818 | 4 3 | Affidavit of Indigency | 11/3/2014 | | Enter Revision AO | 12 gasket |
| Q | 63028229 3041463 | Gtr 3 | Affidavit of Indigency | 11/3/2014 | | Enter Revision gsk | 12 Basket |
| EI | 63028233 30. | If 186 | Oral and Videotaped Depositpon of Steve Ard on June 10, 2009 | 11/3/2014 | | Enter Revision m_g | 12 Basket |
| Q | 63038277 3039064 | of 21 | *Sub Doc: EXHIBIT 1* | 11/312014 | | Enter Revision 6sIsi | 12 &Awl |
| Q | 63038278 3039064 | of 6 | *Sub Doc: EXHIBIT 2* | 11/3/2014 | | Enter Revision 622 | IQ Basket |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 63030279 RIM | 4 | 2 | *Sub Doc: EXHIBIT 3* | 11/3/2014 | | Enter Revision *Mtd* h Basket |
| O | 63038280 3039064 | O | 3 | *Sub Doc: EXHIBIT 4* | 11/3/2014 | | Enter Revision Mtg h agi |
| O | 63038281 3039084 | eg | 1 | *Sub Doc: EXHIBIT 5* | 11/3/2014 | | Enter Revision A IQ Basket |
| O | 63038282 3039064 | otr | 3 | *Sub Doc: EXHIBIT 6* | 11/3/2014 | | Enter Revision Mil 12 Basket |
| O | 63028228 3041463 | el | 2 | Respondents Second Request to Prepare Reporters' Records | 11/3/2014 | | Enter Revision Ma Li Basket |
| O | 82951612: | ear | 1 | Certified mail return | 10/28/2014 | ARO-PHILLIPS. MARSHA | Enter Revision Mg To Basket |
| O | fc91 | of | 2 | Court of Appeals Fourteenth District (order) | 10/23/2014 | | Enter Revision Mil 12 Basket |
| O | 62991558 | L@l | 1 | PONAY - ORDER SIGNED DENYING PAUPER'S OATH | 10/22/2014 | | Enter Revision Add IQ Basket |
| O | 82883333 7909390 | 4 | 1 | Proof of filing Sworn Inventory on 7.8.20 | 10/22/2014 | | Enter Revision 8sig To Basket |
| O | 02,863332 2909390 | ce | 32 | Sworn Inventory and Appraisal of Counter-Petitioner | 10/22/2014 | | Enter Revision Add To Basket |
| O | 62857248 2899884 | tr | 1 | Respondents Notice of Past-Due-Finding of Fact and Conclusions of Law From Texas Family Code 8.711 | 10/2112014 | | Enter Revision 60 12 Basket |
| O | 82857234. 7899784 | Ger | 1 | Respondents Notice of Past Due Findings of Fact and Conclusions of Law from the 269th Judicial District Court | 10/21/2014 | | Enter Revision MA 12 Basket |
| O | 62817132 2865014 | der | 6 | Appellants Response to District Clerk's Contest To Affidavit of Indigence Texas Rule of Appellate Procedure 20.1 | 10/17/2014 | | Enter Revision M..d h Basket |
| O | 62817133 7865014 | 4 | 1 | *Sub Doc: Proposed Order on Contest of Indigence* | 10/17/2014 | | Enter Revision Micl 12 Basket |
| O | §28j717 7865422 | 4rer | 6 | Appellant's Response to District Clerk's Contest To Affidavit of Indigence Texas Rule of Appellate Procedure 20.1 | 10/17/2014 | | Enter Revision Mtd 12 Basket |
| O | 62817138 2865422 | O | 3 | Attachment Exhibit A | 10/17/2014 | | Enter Revision M..4 12 Basket |
| O | 62823027 | 00 | 2 | Court Reporter's Contest of Affidavit of Indigence | 10/17/2014 | | Enter Revision Mg 12 Basket |
| O | 62823030 | | 1 | *Sub Doc: Proposed Order* | 10/17/2014 | | Enter Revision Adst To Basket |
| O | 62817148 7865164 | gtr | 4 | Motion for Appellee to Pay Appellate Records Costs and Request for Hearing | 10/17/2014 | | Enter Revision MA To Basket |
| O | 62817139 2865422 | for | 1 | Proposed ORDER on Contest of Indigence | 10/17/2014 | | Enter Revision MLI 19 Basket |
| O | 62817149 2865164 | atr | 1 | Proposed Order on Motion for Appellee to Pay Appellate Costs | 10/17/2014 | | Enter Revision Add h Basket |
| O | 62821250 | 420 | 4 | Court of Appeals Fourteenth District (letter to judge regarding appellant's affidavit of indigence) | 10/16/2014 | | Enter Revision Add To Basket |
| O | 62817125 2 49 1 | O | 10 | Docket Statement (Civil) Appellate Court 14th Court of Appeals (to be filed in the court of appeals upon perfection of appeal under TRAP 32) | 10/16/2014 | | Enter Revision Mil h Basket |

| | | | | Description | Date | | |
|---|---|---|---|---|---|---|---|
| O | 62787633 7845940 | 4 | 8 | APPELLANTS REPONSE TO APPELEE'S CONTEST TO AFFIDAVIT OF INDIGENCE | 10/15/2014 | | Enter Revision Add IQ Basket |
| O | 02787634 2845940 | ar | 3 | *Sub Doc: AFFIDAVIT OF GOVERNMENT ENTITLEMENT* | *10/15/2014* | | Enter Revision AcIA *IQ* Basket |
| O | 62776038 2830109 | | 2 | DISTRICT CLERKS CONTEST OF AFFIDAVIT OF INDIGENCE TEXAS RULE OF APPELLATE PROCEDURE 20.1 | 10/14/2014 | | Enter Revision MA Li Dinka! |
| O | 62776037 7830109 | ltg. | 1 | FILING LETTER | 10/14/2014 | | Enter Revision 64.4 19 Basket |
| EI | 62776041 2830109 | der | 1 | NOTICE OF HEARING | 10/14/2014 | | Enter Revision 8. IQ Basket |
| O | 62776040 2830109 | litr | 1 | PROPOSED JUDGMENT AND ORDER SUSTAINING CONTEST TO PAUPER'S | 10/14/2014 | | Enter Revision Add IQ Basket |
| O | 62776042 7830109 | CSC | 1 | PROPOSED ORDER TO PAY COSTS | 10/14/2014 | | Enter Revision &A IQ Basket |
| O | 62776039 2830109 | Aar | 1 | *Sub Doc: CERTIFICATE OF SERVICE* | *10/14/2014* | | Enter Revision 66d.4 19 Basket |
| o | p2749343 2816771 | ctr | 2 | Respondent's Request For Documents to be Included In Clerk's Record | 10/13/2014 | | Enter Revision MA IQ Basket |
| O | 62749344 2816771 | e | 3 | Respondent's Requests To Prepare Reporters Records | 10/13/2014 | | Enter Revision *MA* 1.4 Basket |
| : | 62744787 2N21M | ltr | 4 | Appllelee's Contest to Affidavit of Indigence | 10/12/2014 | | enter Revision 6,5111 IQ Basket |
| O | 62744788 2601650 | Ir | 4 | Appelee's Contest to Affidavit of Indigence | 10/11/2014 | | Enter Revision tad LI Basket |
| o | 62795705 | 40 | 1 | Court of Appeals Fourteenth District (letter to court reporter) | 10/10/2014 | | filter Revision *MI* IQ Basket |
| O | 62899786 | 120 | 1 | Fourteenth court of appeals (correspondence) | 10/10/2014 | ARO, STEVE | Enter Revision MsI 19 Basket |
| D | 63753625 | atr | 1 | Fourteenth court of appeals (Correspondence) | 10/10/2014 | ARID. STEVE | Enter Revision Mil TI Basket |
| O | 62658912 2742732 | ■ | 2 | Affidavit of Indigence | 10M2014 | | Enter Revision AO L2 Basket |
| : | 62658911 2742732 | ler | 1 | Notice of Appeal | 10/7/2014 | | Enter Revision 60 14 Basket |
| O | 62613315 2694983 | O | 2 | Letter to Judge | 10/2/2014 | | Enter Revision 66d. s i 19 Raga |
| O | 62584007 2684985 | | | Proposed Qualified Domestic Relations Order AT&T Retirement Savings Plan | 10/1/2014 | | Enter Revision And T9 Basket |
| O | 62584006 | clif | 5 | Proposed Qualified Domestic Relations Order BT US Retirement Saving Plan 401(k) | 10/1/2014 | | Enter Revision Basket |
| o | 62584005 2684985 | 1r | 7 | Proposed Qualified Domestic Relations Order Cheveron Retirement Plan | 10/1/2014 | | Enter Revision MI La |
| O | 62584008 2684985 | 6" | 6 | Proposed Qualified Domestic Relations Order Chevron Employee Saving Investment Plan | 10/1/2014 | | Enter Revision aasket |
| O | 62584010 2684985 | tr | 5 | Proposed Qualified Domestic Relations Order-AXA Equi-Vest Variable Annuity IRA | 10/1/2014 | | Enter Revision Add IQ 1311 E id |
| O | 62569562 7670791 | | 1 | Request for Findings of Fact and Conclusion of Law | 9/30/2014 | | Enter Revision 19 Basket |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 112.§11194. 2659196 | gr 7 | Proposed Qualified Domestic Relations Order | 9129/2014 | gnter Revision | Mg LI Basket |
| O | 62523727 2640997 | der 9 | motion to Modify, correct or reform Judgement | 9/26/2014 | Enter Revision | Mg 1:g Basket |
| O | 62523728 2640991 | 0 3 | Sub Doc: Attachment A Motion to Amend Judgment | 9/26/2014 | Enter Revision | Add 12 RADIOS |
| O | 62539461 | f@l 2 | FFCLY - ORDER SIGNED DENYING FINDINGS OF FACTS/CONCLUSIONS OF LAW | 9/26/2014 | Enter Revision | mg 12 Basket |
| O | 62451523 7575999 | dei | Notice | 9/22/2014 | Enter Revision | Mg 12 Basjc_d |
| O | 62451522. 2575 99 | IC3 | Request for Findings of Fact and Conclusions of Law | 9/22/2014 | Enter Revision | Add To Basket |
| O | 62350378 | off 2 | Undeliverable Return Mail | 9/10/2014 | Enter Revision | Acjg To Basket |
| O | 62205560 | @ 13 | 6 - AGREED JUDGMENT, ORDER SIGNED | 8/29/2014 | Enter Revision | Aug To slie |
| O | 82147395 2311946 | I- 1 | Power of Attorney to Transfer Motor Vehicle | 8/28/2014 | Enter Revision | Mg To Basket |
| O | 62148292 2306253 | Glt 1 | Filing Letter | 8/27/2014 | Enter Revision | Mg 12 Basket |
| O | 62148293 7306253 | dtr 12 | Sub Doc: Proposed Final Divorce Decree | 8/27/2014 | Enter Revision | Add 12 |
| EI | 62148296 2306253 | tr 8 | Sub Doc: Proposed QDRO's for Chevron | 8/27/2014 | Enter Revision | Add 12 Basket |
| O | 62148297 2306253 | œr 4 | Sub Doc: Proposed Qualified Domestic Relations Order | 8/27/2014 | Enter Revision | &¢q 1g |
| O | 62148294 2306253 | qt 8 | IRA One-Time Distribution Form | 8/27/2014 | Enter Revision | Mg 11sk Basket |
| O | 62147358 2304532 | 13 | Proposed Final Decree of Divorce | 8/27/2014 | Enter Revision | Mg Ig Basket |
| O | 62148295 2m2§3 | ,fer 3 | Proposed QDRO for BT U.S Retirement Savings Plan 401(k) | 8/27/2014 | Enter Revision | Arid Ig Basket |
| O | 62171186 2291065 | tr 2 | Motion for Clarification | 8/26/2014 | Enter Revision | 111 Basket |
| O | 62171187 2291065 | 4 1 | Sub Doc: proposed order on motion for clarification | 8/26/2014 | Enter Revision | Mg Ig Basket |
| O | 62088714 2250746 | Ir1 | Cover letter | 8/22/2014 | Enter Revision | Mg To Basket |
| O | 62088717 2250746 | der 3 | Sub Doc: Proposed QDRO for BT U.S Retirement Savings Ran 401(k) | 8/22)2014 | Enter Revision | mg To Basket |
| O | 82088715 2250746 | c'9 | Sub Doc: Proposed QDRO's for Chevron | 8/22/2014 | Enter Revision | Add To Basket |
| O | 62088716 2250746 | tr 8 | IRA One-Time Distribution Form | 8/22/2014 | Enter Revision | Add Ist Basket |
| 0 | 62350367 | ₒf 2 | Return Mail Undeliverable | 8/20/2014 | Enter Revision | Add 1:g Basket |
| O | 62350364 | ₑtₑᵉ. 2 | Return Mail Undeliverable | 8/19/2014 | Enter Revision | Add IQ fiefikel |
| O | 61919589 | rater 8 | Jury Charge - Partition & | 8/11/2014 | Enter Revision | Mg |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Exchange Agreement | | | | **12 dank** |
| O | §1919579 | @ | 10 | FFCLX - ORD SIGNED GRANTING FINDINGS OF FACT/CONCLUSIONS OF LAW | 8/11/2014 | Enter Revision | **&RI** | **12 %Wig** |
| O | 61811662 2023024 | 41.r | 5 | Counter-Petitioner's Motion to COnsider | 8/1/2014 | Enter Revision | **MI** | **12 Dinkel** |
| O | 61811676 2023101 | | 5 | Motion for Directed Verdict | 8/1/2014 | Enter Revision | **Adil** | **1 Basket** |
| O | 61811677 2023101 | der | 4 | proposed Order on Motion for Directed Verdict | **8/1/2014** | Dior Revision | **60** | **12 13.221121** |
| O | $1734374 1928778 | **4** | 7 | Petitioner's First Amended Proposed Findings of Fact and Conclusions of Law | 7/23/2014 | Enter Revision | **Agg** | **12 gasket** |
| O | 61646155 1885308 | fi⊖ | 5 | Counter-Petitioner's Additional Brief in Support of Pro Se Attorney's Fees | 7/21/2014 | Enter Revision | **Ask** | **lg Basket** |
| O | 61668494 1897212 | 4⊖ 2 | | Counter-PetItioner's Reply to Petitioner's Response to additional brief in supprot of pro se attorney's fees | 7/21/2014 | Enter Revision | *Mil* | **lg gasket** |
| EI | 81674267 1894143 | der 522 Line 1 & 51 | | | 7/21/2014 | Enter Revision | **go** | **12 Basket** |
| : | 61658496 1897231 | **der 3** | | Marsha Phillips 6TH Amended Proposed Division of property | 7/21/2014 | Enter Revision | **m_q** | **12 iteakt** |
| O | 61673989 1891146 | **der 7** | | Petiboner's Sixth Amended Proposed Division of Property | 7/21/2014 | Enter Revision 60 | | **12 Basket** |
| O | $1882264 1896758 | d⊖ | 5 | Petitioners Second Amended Exhibit List Part II | 7/21/2014 | Enter Revision | **gild** | **12 Basket** |
| O | 61672392 1887433 | **tr** | 2 | Response 03 Counter-Petitioner's Additional Brief in Support of Pro Se Attorney's Fees. | 7/21/2014 | Enter Revision | **bag** | **12 Basket** |
| O | 61674268 1894143 | der | 26 | Third Amended Inventory & Appmisement of Steven W Ard | 7/21/2014 | Enter Revision | **baci** | **12 &Ishii!** |
| O | 61679883 1895864 | ctr | 26 | Third Amended Inventory 8 Appraisement of Steven W Ard | 7/21/2014 | Enter Revision | **Agst** | **12 B281/1** |
| O | $1646237 1881415 | • | 2 | Cases for the Court to Consider | 7/19/2014 | Enter Revision | **gild** | **12 1122k21** |
| O | §/sarag 1881415 | der | 6 | *Sub Doc: Exhibit - Chu v Hong* | *7/19/2014* | Enter Revision | **Adg** | **12 Blast** |
| O | 61646241 1881415 | **4 1O** | | *Sub Doc: Exhibit - Chu v Hong US Supreme Court* | *7/19/2014* | Enter Revision | **WEI** | **12 13.881t21** |
| O | 61648239 1881415 | dtr | 6 | *Sub Doc: Exhibit - Ginsburg v ChemoffSriver And Associates* | *7/19/2014* | Enter Revision | **mg** | **EI Basket** |
| O | 61846230 1881415 | car | 9 | *Sub Doc: Exhibit - Schlueter v Sdiluete* | *7/19/2014* | Enter Revision | **AO** | **12 gasket** |
| O | 61846246 1881415 | de | 37 | *Sub Doc: Exhibit - Vickery v Vickery* | 7/19/2014 | Enter Revision | **6sig** | **12 Basket** |
| **O** | 61646240 1881415 | **tr 5** | | *Sub Doc: Exhibit - Wei-Mart Stores Inc v Bony* | *7/19/2014* | Enter Revision | **Mil** | **12 Basket** |
| O | 61646471 1878117 | sla | 2 | Counter Petitioner. Marsha Ard-Phillips Amended Trial witness list for July 22,2014 | 7/18/2014 | Enter Revision | **AO** | **12 82021** |
| O | 61654416 1874600 | der 27 | | Motion to Strike Amended Pleading | 7/18/2014 | Enter Revision | **Altg** | **12 6.281211** |
| O | 61621422 | **1r 1** | | PROPOSED ORDER STRIKING | 7/18/2014 | Enter Revision | **Aag** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1874600 | | AMENDED PLEADING | | | L2 Basket |
| O | 61646425 1881209 | `ter 2 | Response to Motion to Strike Amended Petitioner | 7/18/2014 | Enter Revision | Add lo lintel |
| O | 61625428 1854977 | ter 5 | Amended Motion to Compel Discovery | 7/17/2014 | Enter Revision | Mil 12 Basket |
| O | 61625430 1854977 | 4491 13 | Sub Doc: Exhibit A | 7/17/2014 | Enter Revision | Mg RI Doha |
| O | 61625431 1854977 | 41r 5 | Sub Doc: Exhibit B | 7/17/2014 | Enter Revision | Add 152 Basket |
| O | 61625429 1854977 | 41f 4 | Sub Doc: Proposed Order on Motion to Compel Discovery | 7/17/2014 | Enter Revision | Add 12 Basket |
| O | 61646584 1861579 | der 41 | Petitioner's Response to Respondent's Motion to Compel | 7/17/2014 | Enter Revision | Add lo Basket |
| O | 61623513 1851105 | ter 2 | Respondents Bench Brief on Severability of Contract Provisions | 7/16/2014 | Enter Revision | Add 14 Basket |
| O | 61614084 1832915 | 4'2 | Counter Petitioner's Amended Objection to Use of Deposition Excerpts of Marsha Ard-Phillips | 7/15/2014 | Enter Revision | Add D Basket |
| O | 61614085 1832915 | IC 5 | Sub Doc: Exhibit A - Corrections for the Nov 24, 2008 deposition | 7/15/2014 | Enter Revision | isgd L2 Basket |
| O | 61598086 1805320 | dg 4 | Sub Doc: Exhibit B | 7/12/2014 | Enter Revision | 60 I2 Basket |
| O | 61614835 1834 724 | oar 1 | Counter-Petitioners Notice of Intent to Use Steve Ards August 8, 2003 Deposition and Attachments | 7/15/2014 | Enter Revision | Add 12 addhel |
| O | 61613301 1831633 | O 277 | Exhibit - Petitioner, Steve Ards 2003 deposition 8.14.2003 | 7/15/2014 | Enter Revision | Add RI Basket |
| O | 61605128 1829383 | Gor 1 | Notice of Hearing | 7/15/2014 | Enter Revision | Mit 12 halo' |
| O | 61602681 1827442 | O 42 | Requested Court Cjarges | 7/15/2014 | Enter Revision | Add 12 &tat |
| O | 61598793 1812446 | er 5 | Motion to Compel Discovery | 7/14/2014 | Enter Revision | 60 IQ Basket |
| 1:1 | 61598795 1812446 | fte 13 | Sub Doc: Exhibit A | 7/14/2014 | Enter Revision | Add 12 Basket |
| O | 61598796 1812446 | irer 5 | Sub Doc: Exhibit B | 7/14/2014 | Enter Revision | Add 12 Basket |
| O | 61598794 1812448 | It 4 | Sub Doc: Proposed Order | 7/14/2014 | Enter Revision | ,8&111 12 Basket |
| O | 61599120 | ter 5 | Trial Position Notice | 7/14/2014 | Enter Revision | Ms1 To Basket |
| O | 61596485 1806456 | d' 2 | Counter-Petitioners Objection to Petitioners Divorce Summary Inventory Sheet | 7/13/2014 | Enter Revision | ilat 12 Basket |
| O | 61598081 1805320 | og 22 | Counter-Petitioners Third Amended Counter-Petition for Divorce | 7/12/2014 | Enter Revision | Add 12 Basket |
| O | 61598107 1805320 | le 7 | Sub Doc: Exhbit J | 7/12/2014 | Enter Revision | Add IQ Basket |
| O | 61598082 1805320 | 4 2 | Sub Doc: Exhibit A | 7/12/2014 | Enter Revision | Add 12 BRAM |
| O | 61598087 1805320 | 4P 1 | Sub Doc: Exhibit C | 7/12/2014 | Enter Revision | Add 12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **Basket** | |
| O | *61598088* 180532Q | tr 2 | | *Sub Doc: Exhibit D* | 7/12/2014 | Enter Revision | mg 12 |
| | | | | | | **Basket** | |
| O | *61598089* 1805320 | (ler 2 | | *Sub Doc: Exhibit E* | 7/12/2014 | Enter Revision | &IA 12 |
| | | | | | | **Basket** | |
| O | *1;11598102* 1805320 | ler 26 | | *Sub Doc: Exhibit F* | 7/12/2014 | Enter Revision | 6_0 Ig |
| | | | | | | *Basket* | |
| O | *p1598103* 1805320 | 4lif 4 | | *Sub Doc: Exhibit G* | 7/12/2014 | Enter Revision | 611 12 |
| | | | | | | **Basket** | |
| O | *g1598105* 1805320 | 4tr 2 | | *Sub Doc: Exhibit H* | 7/12/2014 | Enter Revision | &id La |
| | | | | | | **Basket** | |
| O | 61598106 1805320 | d 1 | | *Sub Doc: Exhibit 1* | 7/12/2014 | Enter Revision | Add To |
| | | | | | | **Basket** | |
| O | 61598111 1805320 | 41tr 4 | | *Sub Doc: Exhibit K* | 7/12/2014 | Enter Revision | Add To |
| | | | | | | **Basket** | |
| O | 61598114 1805320 | .tr 3 | | *Sub Doc: Exhibit t_* | 7/12/2014 | Enter Revision | Add ig |
| | | | | | | **Basket** | |
| O | 61598115 1805320 | der 7 | | *Sub Doc: Exhibit M* | 7/12/2014 | Enter Revision | Add To |
| | | | | | | **Basket** | |
| 1:1 | 61597164 180 E221/ | IC 15 | | Financial Information Statement (FIS) for Marsha-phillips | 7/12/2014 | Enter Revision | Add Ig |
| | | | | | | **gasket** | |
| O | 61596954 180605Z | tr 15 | | Financial Information Statment (FIS) For Marsha ARD-Phillips | 7/12/2014 | Enter Revision | Mg IQ |
| | | | | | | **Basket** | |
| 0 | **MIME** 1779681 | ter 2 | | Conter- Petitioners Response to Petitioners Objection to Motion to Strike Respondnets Notice of Intent to Use Steve Ards June 10, 2009 Deposition and Attachments | 7/10/2014 | Enter agyjsjgg | Add 12 |
| | | | | | | **Basket** | |
| O | 61546850 1787380 | de 1 | | CP's X-E | 7/10/2014 | Enter Revision | MI 12 |
| | | | | | | **Basket** | |
| O | 61546849 1787380 | ter 15 | | Financial Information (Fis) For Marsha Ard-Phillips | 7/10/2014 | Enter Revision | 6.0 12 |
| | | | | | | **Basket** | |
| O | 61531307 1773930 | Ir 5 | | Petitioners Fifth Amended Proposed Division of Property | 7/9/2014 | Enter Revision | Mg 12 |
| | | | | | | **Basket** | |
| O | 61531308 1773930 | ofr 2 | | Petitioners Objections and Motion to Strike Respondents Notice of Intent to use Steve Ards June 10, 2009 Deposition and Attachments | 7/9/2014 | Enter Revision | 60.4 To |
| | | | | | | **Basket** | |
| O | 61496145 1738012 | tre 42 | | 2914.7.7 Ards 6.10.20139 Deposition.Condensed | 7/7/2014 | Enter Revision | Mg To |
| | | | | | | **Basket** | |
| EI 61/W14Z | 1738012 | 4rar 38 | | Ard's Deposition of 8.10.2009 Exhibits 1 through | 7/7/2014 | Enter Revision | Add To |
| | | | | | | **Basket** | |
| O | 61496143 1738012 | ier 1 | | Counter-Petitioners Notice of Intent to Use Steve Ard's June 10, 2009 Depostion and Attachements | 7/7/2014 | Enter Revision | etki To |
| | | | | | | **Basket** | |
| O | 61496131 173686% | de 4 | | Counter-Petitioners Objection to Deposition Excerpts of Marsha Ard-Phillips | 7/7/2014 | Enter Revision | mil To |
| | | | | | | **Basket** | |
| O | 61496109 1733515 | tier 36 | | Exhibit | 7/7/2014 | Enter Revision | &d_g 'I |
| | | | | | | **Basket** | |
| O | 61496108 1733515 | der 43 | | Oral and Videotaped Depostion of Steve Ard | 7/7/2014 | Enter Revision | Agg IQ |
| | | | | | | 13.2filtal | |
| O | 61496113 | it_r 139 | | Reporters Record | 7/7/2014 | **Enter amdAsan Acli** | |

| | Number | | Pages | Description | Date | | |
|---|---|---|---|---|---|---|---|
| | 1733124 | | | | | | 12 Basket |
| O | 61496114 1733124 | 4 | 17 | Reporters Record | 7/7/2014 | Enter Revision | MU 12 fiaiggil |
| O | 61496115 1733124 | de 91 | | Reporters Record | 7M2014 | Enter Revision | M.(1 12 Basket |
| O | 61496116 1733124 | Car | 399 | Reporters Record | 7/7/2014 | Enter Revision | Agg 12 Basket |
| O | 61496117 1733124 | 4 | 467 | Reporters Record | 7/7/2014 | Enter Revision | Maj 12 Basket |
| O | 61496116 1733124 | es. | 469 | Reporters Record | 7/7/2014 | Enter Revision | bgg 12 Basket |
| O | 61496119 1733124 | der | 95 | Reporters Record | 7/7/2014 | Enter Revision | &II 12 Basket |
| O | 61496101 1732819 | 4 | 4 | Counter-Petitioners Exhibit List - Part II | 7/6/2014 | Enter Revision | Mg 12 Basket |
| O | 61496102 1732619 | 4 | 3 | Counter-Petitioners Exhibit List - Part III | 7/6/2014 | Enter Revision | Mg 12 Basket |
| O | 61496104 1732833 | oe 36 | | Counter-Petitioners Statement of Intent to Use Unfiled Discovery | 7/6/2014 | gnter Revision | Mg 12 Basket |
| O | 61496100 1732819 | 4 | 26 | Marsha Ard-Phillips Exhibit List | 7/6/2014 | Enter Revision | Ads! 12 13.282i |
| O | (JIM= 1732509 | de 2 | | Counter-Petitioners Objection to Petitioners Sworn Inventories and Financial Imformation Statements (FIS) | 7/5/2014 | Enter Revision | Add h Basket |
| O | 1.11960.94 1732513 | ce 2 | | Counter-Petitioners Objections to Petitioners Exhibit List, First Amended Exhibit List Part II, Exhibit List Part III and his Exhibit Lists in Cause Number 2001-38706 | 7/5/2014 | Enter Revision | Mg RI Basket |
| O | 61496092 1732511 | 4 | 2 | Counter-Petitioners Objections to Petitioners Intended Use of Unfiled Discovery | 7/5/2014 | Enter Revision | Mg 12 Basket |
| O | 61496085 1732145 | gtr | 3 | Counter-Petitioners Marsha Ard-Phillips Trial Witness List-July 21,2014 | 7/4/2014 | Enter Revision | &id fa nasket |
| O | 614 83 1732143 | 4e | 1 | Counter-Petitioners Party/Attorney List | 7/4/2014 | Enter Revision | Mg 12 Basket |
| O | 611,,M)77 1731609 | 4:r 3 | | Counter-Petitioners Third Declaration Invoking Offer-of-Settlement Procedure | 7/3/2014 | Enter Revision | Add 12 1122122 |
| O | 61496024 1729004 | 4 | 2 | Counter-Petitioners Trial Scheduling | 7/3/2014 | Enter Revision | Mg 12 Basket |
| O | 61495989 1723746 | 4 | 3 | Findings of Fact and Conclusions of Law | 7/3/2014 | Enter Revision | Add 12 Basket |
| EI | 61495987 1723746 | 4 | 2 | Petitioner Steve W Ards Party/Attorney List | 7/3/2014 | Enter Revision | Add 12 Basket |
| O | 61495990 1723746 | 4 | 41 | Petitioners Exhibit List - Part III | 7/3/2014 | Enter Revision | AO b2 Basket |
| : | 61495988 1723746 | | 3 | Petitioners First Amended Trial Witness List | 7/3/2014 | Enter Revision | 6.4.0 12 Basket |
| O | 61495988 1723746 | 4 | 2 | Petitioners Trial Scheduling | 7/3/2014 | Enter Revision | 6ggi 12 &Wild |
| O | 61486026 1729349 | tr | 3 | Supplemental Motion to Compel Petitioners Response to | 7/3/2014 | Enter Revision | ,8,0 12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Counter-Petitioner's May 2,2014 Amended Fifth Request for Production | | | Basket |
| O | 61495952 1717758 | (f | 12 | Findings of Fact and Conclusions of Law | 7/2/2014 | Enter Revision | Mg 12 Basket |
| O | 61394651 1675266 | der 47 | | Reporter's Record Volume 1 of 1 Volumes Trial Court Cause No. 2006.47105 | 6/28/2014 | Enter Revision | Mg 12 Basket |
| o | 61384087 1651712 | tₑr | 21 | Petitioners Statement of Intent to Use Unfiled Discovery | 6/26/2014 | Enter Revision | Mg IQ Basket |
| O | 1)1307941 1614221 | Alr | 1 | Counter-Petitioners Certificate of Written Discovery | 6/23/2014 | Enter Revision | Mg 12 Basket |
| O | 61208574 1540004 | O 3 | | Objection to Authenticity of Petitioners Fifth Supplemental Response Tp CPS First Request Production, Second Supplemental Response To CP" Third Request Production; 'Supplemental Response To CP's Forth Request Production of June 12th. 2014 | 6/13/2014 | Enter Revision | Mg To Basket |
| O | 61185752 1497945 | tr 6 | | Counter-Petitioners Reply to Petitioner's Response to Respondents Motion to Additional Temporary Orders for Spousal Support and Interim Attorney's Fees | 6/10/2014 | Enter Revision | Ms! 12 Basket |
| O | 61185755 1497945 | tr 2 | | *Sub Doc: Exhibit A* | *6/1012014* | Enter Revision | Mg 1S2 Basket |
| ID | 61185769 1497945 | fig 2 | | *Sub Doc: Exhibit 8* | *6/10/2014* | Enter Revision | Mg 12 Basket |
| 1:3 | §1185770 1497945 | , | 1 | *Sub Doc: Exhibit C* | *6/10/2014* | Enter attaism go | |
| | | | | | | | Basket |
| ID | 61123487 1483347 | , | 8 | Objection to Authenticity of Petitioners Responses To Counter-Petitioners May 2, 2014 Amended Fifth Request for Production | 6/9/2014 | Enter Revision | Mg 12 Basket |
| o | 61128825 1485705 | dgr | 2 | Petitioner's Certificate of Written Discovery | 8/9/2014 | Enter Revision | 6itl 12 Basket |
| 1:1 | 61128828 1485705 | `fer 2 | | Petitioner, Steve Ard's. Response To Respondent's Motion For Additional Temporary Orders for Spousal Support And Interim Attorney's Fees | 6/9/2014 | Enter Revision | Mg /2 Basket |
| CI | 62350355 | rRO 2 | | Return Mail Undeliverable | 6/9/2014 | Enter Revision | Mg 12 Basket |
| O | 61109147 1463279 | att' | 3 | Counter-Petitioners Second Declaration Invoking Offer-of - Settlement Procedure | 6/6/2014 | Enter Revision | Agg 12 Basket |
| ID | 61109155 1463292 | If | 3 | Counter-Petitioners Second Offer of Settlement | 6/6/2014 | Enter Revision | 60 lg Basket |
| O | 61096620 1459786 | σf 2 | | Counter-Petitioners Declaration Invoking Offer-of-Settlement Procedure | 6/5/2014 | Enter Revision | Mg h Basket |
| ID | 610966 42 1459939 | Atr 2 | | Counter-Petitioner's Offer of Settlement | 6/5/2014 | Enter Revision | Mg 12 Basket |
| · | Oa826J 1432994 | ᶜer 1 | | Notice of Submission | 6/3/2014 | Enter Revision | Aag 12 flaslifil |
| 1:1 | 61058358 1433302 | aht 1 | | Notice of Submission | 6/3/2014 | Enter Revision | Mg h Basket |
| O | 60966698 1376942 | der | i | Petitioners Certificate of Written Discovery | 5/28/2014 | Enter Revision | Agg 12 &kW |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 60945937 | 00 35 | | Counter-Petitioners Comments on Necessary Discovery and Disclosure | 5127/2014 | Enter Revision | AO 12 fieskat |
| ID | 60957456 | I | 1 | DISCX - ORDER SIGNED GRANTING DISCOVERY | 5/27/2014 | EnterBayilian | gad 12 Basket |
| | | | | TRRQX - ORDER SIGNED GRANTING TRIAL REQUEST | 5/27/2014 | | |
| 1:1 | 60952758 1359063 | (e1 | | Notice Submission | 5/24/2014 | Enter Revision | t1 12 Basket |
| O | 6097223Z 1356441 | lir 1 | | Counter-Petitioner's Amended Cerifllcate Of Written Dicovery Prounded To Counter-Respondent Steve Ard | 5/23/2014 | Enter Revision | MI 12 Basket |
| ID | 60950547 1338070 | (e9 | | C'S Exhibit A | 5/22/2014 | Enter Revision | MI 12 Basket |
| O | 60950546 1338070 | O | 22 | Counter-Petitioner's Comments on Necessary Discovery and Disclosure | 5/22/2014 | Enter Revision | m_4 12 Basket |
| EI | 60877348 | I@ | 5 | STCOX - ORDER SIGNED GRANTING STATUS CONFERENCE | 5/20/2014 | Enter Revision | Mg 12 Basket |
| O | 60810266 | Ifil | 5 | STCOX - ORDER SIGNED GRANTING STATUS CONFERENCE | 5/15/2014 | Enter Revision | Add To Basket |
| | 60918860 1217732 | de 1 | | Counter-petitioner's certificate of written discovery propounded to counter-respondent Steve Ard | 5/9/2014 | Enter Revision | &151 12 Basket |
| O | 60918862 1217732 | O | 3 | Sub Doc: Filing letter | 519/2014 | Enter Revision | &la 12 Basket |
| O | 62608221 | etr 2 | | Undeliverable Return Mail | 5/7/2014 | Enter Revision | &Id 12 Basket |
| EI | 60619091 1133315 | 4· 5 | | Notice of Submission | 4/30/2014 | Enter Revision | Ald 12 Basket |
| O | 60726298 1133315 | tr 5 | | Respondents Motion for Additional Temporary Orders for Spousal Support and Interim Attorney's Fees and Request for Hearing | 4/30/2014 | Enter Revision | MI 12 1261kel |
| (3 | 60726299 1133315 | O | 1 | Sub Doc: Proposed Order | 4/30/2014 | Enter Revision | M 12 Basket |
| O | 60619615 | @I | 1 | TRNCY - ORDER SIGNED DENYING TRANSFER (COMPLETE) | 4/29/2014 | Enter Revision | MA 12 Basket |
| O | 60589712 1102576 | | 4 | Counter Petitioners First supplemental Reply count to Counter-Respondents Response to Motion to Transfer Venue | 4/28/2014 | Enter Revision | M 12 j36811 |
| O | 60549121 1069469 | tr | 1 | Objection to Associate Judge Presiding Over Motion to To Transfer Venue Hearing | 4/23/2014 | Enter Revision | MA To Basket |
| EI | 63092622 | crer 2 | | Filing letter | 4/8/2014 | Enter Revision | M 12 Basket |
| O | 60145300 808264 | Ger 6 | | Plaintiffs First Supplemental Response to Respondents Motion to Transfer | 3/25/2014 | Enter Revision | M To Basket |
| O | 60487963 716111 | de | 8 | Counter-Petitioner's Brief No. 2 In Support of Reply to Counter-Respondents Brief/Response to Motion to Transfer Venue | 3/14/2014 | Enter Revision | Asq 12 Basket |
| O | 60487966 716111 | tr | 1 | Sub Doc: Exhibit A | 3/14/2014 | Enter Revision | Add IQ Enlist |
| O | 60487967 716111 | e(e | 2 | Sub Doc: Exhibit B | 3/14/2014 | Enter Revision | ,EgIsi 12 Basket |

| | | | | | | | Enter Revision | |
|---|---|---|---|---|---|---|---|---|
| O | 60487968 716111 | ce 1 | | Sub Doc: Proposed Order On Opposed Motion To Transfer Venue | 3/14/2014 | | Enter Revision | bad IQ gasket |
| El | 60275277 689200 | er 1 | | Motion for Hearing on Opposed Motion to Transfer Venue | 3/11/2014 | | Enter Revision | 644 TS Met |
| El | 60275278 689200 | r' 2 | | Sub Doc: Proposed Order for Motion for Heating on Opposed Motion to Transfer Venue | 3/11/2014 | | Enter Revision | Basket |
| O | 59925862 051422 | de 4 | | Brief in Support of Petitioner's Response to Motion to Transfer | 3/7/2014 | | Enter Revision | old..4 12 Basket |
| El | 59956206 MIZE | 4 2 | | Second Affidavit for Opposed Motion to Transfer Venue | 3/7/2014 | | Enter Revision | Add 14 Basket |
| O | 59903652 624999 | dr 2 | | Opposed Motion to Transfer Venue | 3/4/2014 | | Enter Revision | 1 Basket |
| ID | 59903654 624999 | 4t 79 | | Sub Doc: Texas Cases | 3/4/2014 | | Enter Revision | 6.011 To IM |
| O | 59882854 619782 | 4 3 | | Supplemental Second Amended Counter-Petition For Divorce | 3/4/2014 | | Enter Revision | Add To lAthgj |
| O | 59771113 517722 | de7 | | Counter-Petitioner's Brief No. 1 Oppsed Motion to Transfer Venue | 2/20/2014 | | Enter Revision | mg Tic |
| Ei | 63071613 | grer 2 | | Returned Mail-Undeliverable | 1/30/2014 | | Enter Revision | IQ haat |
| ID | 59459768 212242 | tr 1 | | Notice of Hearing | 1/28/2014 | | Enter Revision | AO IQ gasket |
| O | 59459769 IMO | 4 2 | | Sub Doc: Correspondence to Allan Cease | 1/28/2014 | | Enter Revision | 60 ill Basket |
| ID | 59223461 188841 | atir 13 | | Reply to Response Motion Transfer Venue | 1/12/2014 | | Enter Revision | mg IQ Basket |
| O | 59221537 177910 | (er 1 | | Counter Petitioners notice of hearing for future hearing on motion to transfer venue | 1/10/2014 | | Enter Revision | 12 Basket |
| El | 58259250 FAX15624202 | tr 2 | | Response to Motion to Transfer | 11/12/2013 | | Enter Revision | mg IQ Basket |
| O | 58273915 FAX15624202 | tr 1 | | Sub Doc: FREEfax Cover Sheet | 11/12/2013 | | Enter Revision | 6S81, 12 gasket |
| El | 58934197 | 2 | | Cover letter | 11/5/2013 | | Enter Revision | &Id 12 Basket |
| ID | 58062691 FAX15611366 | ar 3 | | Respondent's Certificate of written discovery directed to respondent | 10/30/2013 | | Enter Revision | M 12 Mkt |
| izi | 58063026 FAX15611366 | tr1 | | Sub Doc: FREEfax Cover Sheet | 10/30/2013 | | Enter Revision | AO h Basket |
| O | 57845282 FAX15598400 | tr1 | | FREEfax Cover Sheet | 10/16/2013 | | Enter Revision | Aid lLg gasket |
| O | 57871176 FAX15598400 | 4 3 | | Opposed Motion To Transfer | 10/16/2013 | | Enter Revision | ilgst IS |
| O | 57871177 FAX15598400 | | | Sub Doc: Proposed Order On Opposed Motion To Transfer Venue | 10/16/2013 | | Enter Revision | Add 12 Basket |
| 1:1 | 57675533 | O 2 | | RECUX - ORDER SIGNED RECUSING JUDGE | 9/30/2013 | | Enter Revision | Add To Basket |
| O | 57507109 FAX15581185 | oer 4 | | 5th Amended Proposed Division of Property of Martha Phillips | 9/27/2013 | | Enter Revision | asid 111 gasket |
| El | 57514010 FAX15581185 | cie 1 | | Sub Doc: FREEfax Cover Sheet | 9/27/2013 | | Enter Revision | Ad4 TS |

| | ID | | | Description | Date | Party | Action | |
|---|---|---|---|---|---|---|---|---|
| O | 57508241 FAX15581228 | 41 | 6 | **Counter-Petitioner's Exhibit List Part II with Proof of Service** | 9/27/2013 | | Enter Revision | Basket 60 12 |
| O | 57514183 f&V 5581 221 | ti g | 1 | *Sub Doc: FREEfax Cover Sheet 9/27/2013* | | | Enter Revision | Basket Agg 12 |
| O | 57512869 fAX15581597 | f O | 19 | **Motion to Strike Amended Pleading** | 9/27/2013 | | Enter Revision | Basket /101 12 n Basket |
| | /210202 FAX15581597 | etc | 1 | *Sub Doc: FREEfax Cover Sheet 9/27/2013* | | | Revisio | 1 s Basket |
| O | 57512870 FAX15581597 | der | 2 | *Sub Doc: Proposed Order Striking Amended Pleading* | 9/27/2013 | ARD, STEVE | Enter Revision | MEI D Basket |
| O | 57508226 FAX15581224 | | 5 5 | **Petitioner's First Amended Exhibit List Pad II** | 9/27/2013 | | Enter Revision | ATld Basket |
| O | 57514013 FAX15581224 | Car | 1 | *Sub Doc: FREEfax Cover Sheet 9/27/2013* | | | Enter Revision | Add To TB |
| O | 57454369 FAX15579479 | 4gf | 2 | **Counter-Petitioner's Certificate of Written Discovery** | 9/26/2013 | | Enter Revision | Add Casket |
| O | 57456796 FAX15579479 | ger | 1 | *Sub Doc: FREEfax Cover Sheet 9/26/2013* | | | Enter Revision | Add To Basket |
| O | 57454519 FAX15579480 | 4. | 2 | **Counter-Petitioner's Certificate of written discovery** | 9/26/2013 | | Enter Revision | Add 12 Basket |
| O | 57456792 FAX15579480 | 4. | 1 | *Sub Doc: FREEfax Cover Sheet 9/26/2013* | | | Enter Revision | Mg 82sket |
| O | 57465978 FAX15580417 | ge | 4 | **Financial Information Statement for Final Divorce** | 9/26/2013 | ARD, STEVE | Enter Revision | ALIA 12 Basket |
| O | 57497995 FAX15580417 | 4 | 1 | *Sub Doc: FREEfax Cover Sheet 9/26/2013* | | | Enter Revision | Add IQ Basket |
| O | 57485979 FAX15580417 | , | 4 | *Sub Doc: Petitioner's Divorce Inventory Summary Sheet* | 9/26/2013 | ARD, STEVE | Enter Revision | To Basket |
| O | 57465980 EAKL 5804 11 | 4' | 21 | **First Amended Inventory a Appraisement of Steven W. Ard** | 9/26/2013 | ARID, STEVE | Enter Revision | Agg IQ Basket |
| O | 57465981 FAX15580417 | tr | 5 | *Sub Doc: Exhibit "A'* | 9126/2013 | | Enter Revision | &11 IQ Basket |
| O | 57461429 FAX15579730 | de | 1 | **FREEfax Cover Sheet** | 9/26/2013 | | Enter Revision | Mg 12 Basket |
| O | 57465982 FAX15580417 | IC | 5 | **Petitioner's Exhibit List-Part II** | 9/26/2013 | | Enter Revision | Lidg IQ Basket |
| O | 57510570 FAX15579730 | Ar | 5 | **Supplemental and Amended Sworn Inventory and Appraisal of Counter-Petitioner** | 9/26/2013 | | Enter Revision | Add To Basket |
| O | 57510571 FAX15579730 | ter | 6 | *Sub Doc: Exhibit CPS X-E* | 9/28/2013 | | Enter Revision | Add To Basket |
| O | 57445398 FAX15578789 | atc | 5 | **Brief in Support of Disproportionate Division** | 9/25/2013 | | Enter Revision | Add Ig Basket |
| O | 57453822 FAX15578789 | dor | 1 | *Sub Doc: FREEfax Cover Sheet 9/25/2013* | | | Enter Revision | Mil 12 Basket |
| O | 57445381 FAX15578787 | oo g | 23 | **Counter-Petitioner's Brief in Support of Pro Se Attorney's Fees, Affidavit and Exhibit A and Proof of Service** | 9/25/2013 | | Enter Revision | Basket |
| O | 57453791 FAX15578787 | d e | 1 | *Sub Doc: FREEfax Cover Sheet 9/25/2013* | | | Enter Revision | Aug 12 Basket |

| | Doc # / Fax | | Pages | Description | Date | Party | Enter Revision |
|---|---|---|---|---|---|---|---|

O 57452995 FAX15578095 — Ir — 1 — **Amended Financial Information Statement for Marsha Phillips** — 9/2412013 — Enter Revision 6.a1 / IQ / Basket

O 57452996 FAX15578095 — 14 — *Sub Doc: Exhibit A* — 9/24/2013 — Enter Revision &id / 12 / &filial

O 57430981 FAX15577934 — 2 — **Financial Information Statement for Marsha Phillips** — 9/24/2013 — Enter Revision Ald / 12 / MIMI

O 17.14.0AZ FAX15578095 — 1 — **FREEfax Cover Sheet** — 9/24/2013 — Enter Revision Ms' / 12 / Basket

O 57430980 FAX15577934 — atr — 21 — **Sworn Inventory and Appraisal of Counter-Petitioner/Respondent** — 9/24/2013 — Enter Revision 8.0 / 12 / Basket

O 57440578 FAX15577934 — 4'i — *Sub Doc: FREEfax Cover Sheet* — 9/24/2013 — Enter Revision 6.Eld / h / Basket

O 57379928 FAX15575499 — tr — 6 — **Counter-Petitioner's Second Amended Answer** — 9/20/2013 — ARD-PHILLIPS, MARSHA — Enter Revision Ma / To / 101e1

O 57384635 FAX15575499 — tr — 1 — *Sub Doc: FREEfax Cover Sheet* — 9/20/2013 — Enter Revision AO / To / Basket

O 57381053 FAX15575615 — *xf* — 21 — **Second Amended Couter-Petition for Divorce** — 9/20/2013 — ARD-PHILLIPS. MARSHA — Enter Revision Add / h / Basket

O 57381054 FAX15575615 — *t* — 66 — *Sub Dx: Exhibits for Second Amended Counter-Petitioner for Divorce* — 9/20/2013 — Enter Revision Mill / 12 / Basket

O 57384693 FAX15575615 — cer — 1 — *Sub Dx: FREEfax Cover Sheet* — 9/20/2013 — Enter Revision 6.11 / IQ / Basket

O 57363101 FAX15574356 — 2 — **Filing letter** — 9/19/2013 — Enter Revision / 12 / Basket

O 57365453 FAX15574356 — tr — 1 — *Sub Doc: FREEfax Cover Sheet* — 9/19/2013 — Enter Revision mid / h / Basket

1:1 1220688 FAX15573605 — 4 — 2 — **Letter requesting 2007 Income Tax document** — 9/19/2013 — Enter Revision &ld / 12 / BMW

O 57353663 FAX15573605 — II e — 1 — *Sub Dx: FREEfax Cover Sheet* — 9/19/2013 — Enter Revision &id / IQ / Mild

O 57344065 FAX15573110 — 2 — **Certificate of written discovery** — 9/18/2013 — Enter Revision MI / 12 / Basket

O §Laif27.2 FAX15573110 — der — 1 — *Sub Doc: FREEfax Cover Sheet* — 9/18/2013 — Enter Revision / 1s / Basket

O 57215347 EgM5642,12 — 7 — **Emergency Motion for Hearing an respondents motion to compel petitioner to respond to all interrogatories, reqyest for production and rule 194 disclosures, motion for sanctions and request for order for petitioner to produce an accounting** — 9/9/2013 — Enter Revision Aid / 12 / Basket

O 5.71,15348 FAX15564272 — ter — 9 — *Sub Doc: Index* — 9/9/2013 — Enter Revision &0_4 / 12 / Basket

O 57207657 FAX15564272 — ler — 1 — **FREEfax Cover Sheet** — 9/9/2013 — Enter Revision MI / h / Basket

O 57170022 FAX15561622 — 'Cr — 1 — **Respondents Certifcate of Written Discovery** — 9/5/2013 — Enter Revision mg / lg / Basket

O 57170507 FAX15561622 — 1 — *Sub Doc: FREEfax Cover Sheet* — 9/512013 — Enter Revision 6.0 / 12 / Basket

O 57123052 FAX15558192 — itr — 2 — **Petitioner's Certificate of written discovery directed to respondent** — 8/30/2013 — Enter Revision MA / 14 / Basket

| | Doc # | | | Description | Date | | |
|---|---|---|---|---|---|---|---|
| O | 57123223 FAX15558192 | tr 1 | | *Sub Doc: FREEfax Cover Sheet 8/30/2013* | | Enter Revision | Mg 1.2 Basket |
| O | 57115771 FAX15557816 | 448r 2 | | **Petitioner's Certificate of written discovery directed to respondent** 8/29/2013 | | gnter Revision | Mg 12 Basket |
| El | 57120675 FAX15557816 | 0 1 | | *Sub Doc: FREEfax Cover Sheet 8/29/2013* | | Enter Revision | P rasket |
| O | 57060541 FAX15555151 | gar 2 | | **Petitioner's Certificate of written discovery Directed To Respondent** 8/27/2013 | | Enter Revision | Mg 19 Basket |
| 0 | 57081729 FAX15555151 | der 1 | | *Sub Doc: FREEfax Cover Sheet 8/27/2013* | | Enter Revision | tlgg D Basket |
| 0 | 57082806 FAX15555315 | fle 6 | | **Respondents Response to Petiitonees Motion to Compel of JULY 28.2013.** 8/27/2013 | | Enter Revision | 6gg D Basket |
| O | 57082926 FAX15555315 | ter 1 | | *Sub Doc: FREEfax Cover Sheet 8/27/2013* | | Enter Revision | To Basket |
| 0 | 57067098 FAX15554027 | ▬ 1 | | **FREEfax Cover Sheet** 8/26/2013 | | Enter Revision | Aul To Basket |
| 0 | 57085932 FAX15554027 | tr 3 | | **Respondent's Certificate of Written Discovery** 8/2612013 | | Enter ism | ism D Basket |
| 0 | 57085931 FAX15554027 | 4. 1 | | *Sub Doc: Filing letter* 8/26/2013 | | Enter Revision | Aid To Basket |
| 0 | 56976192 FAX15548021 | tr 3 | | **Request for Identification of Withheld Production.** 8/18/2013 | | Enter Revision | ArkI IQ Basket |
| . | 56979947 FAX15548021 | ir 1 | | *Sub Doc: FREEfax Cover Sheet 8/16/20/3* | | Enter Revision | 6gg 12 Basket |
| 0 | §6827567 FAX15536740 | le 1 | | **Amended Certificate of Service8.2.2013** 8/2/2013 | | Enter Revision | Mg 12 Basket |
| 0 | 56832891 FAX15536740 | .or 1 | | *Sub Doc: FREEfax Cover Sheet 8/2/2013* | | Enter Revision | MI IQ Basket |
| 0 | 56828890 FAX15536620 | O 1 | | **FREEfax Cover Sheet** 8/2/2013 | | Enter Revision | tigg 19 Basket |
| 0 | 56857275 FAX15536620 | If ar 3 | | **Respondents Certificate of Written Discovery Directed to Petitioner** 8/2/2013 | | Enter Revision | &gg D Basket |
| 0 | 56857274 FAX15536620 | IC 1 | | *Sub Doc: Filing Letter* 8/2/2013 | | Enter Revision | &Id IQ agil |
| 0 | 56787644 FAX15533413 | · 1 | | **FREEfax Cover Sheet** 7/30/2013 | | gnter Revision | Losj IQ Basket |
| 0 | 56881816 | IEW 5 | | **Plaintiffs Response to Motion for Protection and Motion for Sanctions** 7/30/2013 | | Enter Revision | Mg To Basket |
| O | 56881805 | de 1 | | *Sub Doc: Filing letter* 7/30/2013 | | Enter Revision | MI To Basket |
| O | 56881819 | d 2 | | *Sub Doc: Proposed Order* 7/30/2013 | | Enter Revision | Drasket |
| 0 | 61127378 FAX15533413 | car 5 | | **Respondents Motion for Additional Temporary Orders for Spousal Support and Interim Attorneys' Fees. and Request for Hearing** 7/30/2013 | | Enter Revision | Mg IQ Basket |
| 0 | 61127379 FAX15533413 | le 1 | | *Sub Doc: Proposed Order* 7/30/2013 | | Enter Revision | Mg D Basket |
| 0 | 5688213t | eder 1 | | **Letter regarding Certificate of Written Discovery** 7/26/2013 | | Enter | Adit D |

| | | | | | Date | | Enter Revision | |
|---|---|---|---|---|---|---|---|---|
| O | 56882133 | aer | 3 | Petitioners Certificate of written discovery directed to respondent | 7/26/2013 | | Enter Revision | MI 12 Basket |
| | 56739651 ED101J017615771 fie | | 25 | Respondent's Motion for Protection From Discovery | 7/25/2013 | | Enter Revision | Mg 13 Basket |
| • | 01.215fg FAX15528821 | | 1 | Designation and Notice of Only Attorney of Record for Respondent | 7/24/2013 | | Enter Revision | Ms1 Basket |
| o | 56723693 FAX15528821 | der | 1 | *Sub Doc: FREEfax Cover Sheet* | 7/24/2013 | | Enter Revision | aldsl Basket |
| O | 56708221 | 411,4 | 2 | Letter Regarding Order of Assignment | 7/19/2013 | | Enter Revision | grig To Basket |
| 0 | MUIR FAX15525400 | IC | 3 | Motion for Pretrial Conference | 7/19/2013 | | Enter Revision | aig To Basket |
| O | 56682505 FAX15525400 | | 1 | *Sub Doc: FREEfax Cover Sheet* | 7/19/2013 | | Enter Revision | A4 To Basket |
| : | 56552263 | &sr | | Notice of Address Change | 6/4/2013 | | Enter Revision | Add To Basket |
| o | 58552265 | ajtr | 2 | *Sub Doc: Cover /offer* | 6/4/2013 | | Enter Revision | mg Basket |
| o | 56165837 | r@l | 1 | TRANX - ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 5/29/2013 | | Enter Revision | 64.4 Basket |
| o | 55424058 | ill | 1 | DIJUX - ORDER SIGNED DISQUALIFYING JUDGE | 4/18/2013 | | Enter Revision | 60 angst |
| O | 47431268 gniou0,6125806 | | 1 | Designation of Solo Attorney on 1/10/2011 Case | | | Enter Revision | Agg 14 Bakal |
| : | 47306927 | 41 | 2 | ATFEX - ORDER SIGNED AWARDING ATTORNEY FEES | 12/14/2010 | | Enter Revision | Mg 12 Basket |
| o | 64098745 | coo | | PROPOSED ORDER ON JUDICIAL DETERMINATION JENKIN 8 KAMIN'S CLAIMS FOR ATTORNEYS' FEES | 12/14/2010 | | Enter Revision | 60 13.221221 |
| o | 64098753 | 420 | 2 | proposed order on judicial determination Jenkin i3 Kamins claims for attorneys fees | 12/14/2010 | | Enter Revision | gad Basket |
| O | 47201580 ED101J016094410 fie | | 2 | PROPOSED Order ON JUDICAL TERMINATION JENKIN AND KAMINS ClaimS FOR ATTORNEY FEES | 12/13/2010 | | Enter Revision | gild 12 Basket |
| O | 47201579 ED101J016094410 | | 1 | *Sub Doc: Cover Letter* | 12/13/2010 | | Enter Revision | Agg Basket |
| o | §5361410 ED101J016084858 4g | | 2 | Notice of Amended Certificate of Service | 12/7/2010 | | Enter Revision | Aitg 14 Basket |
| | 65361411 ED101J016084$58 | | 5 | *Sub Doc: Exhibit A* | 12/7/2010 | | Enter Revision | 1241 14 Basket |
| o | 64098751 | egr | | Exhibit A | 12/8/2010 | | Enter Revision | ggg 14 Basket |
| o | 64098758 | agr | 2 | MOTION TO MODIFY ORDER ON JUDICIAL DETERMINATION OF INTERVENTION | 12/6/2010 | | Enter Revision | Agg To Basket |
| o | 64098762 | Igo | | *Sub Doc: Exhibit A* | 12/6/2010 | | Enter Revision | Add To gags! |
| o | 64098764 | exe | 2 | *Sub Doc: Exhibit B* | 12/8/2010 | | Enter Revision | MI 14 E8,11521 |
| o | 64098747 | aft | 2 | MOTION TO MODIFY ORDER | 12/6/2010 | | Enter Revision | Mg |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ON JUDICIAL DETERMINATION ON INTERVENTION | | | 12 Basket |
| CI | 64098743 | air | Deputy Report Statement | 11/23/2010 | Enter Revision | Ada 12 Basket |
| ❑ | 4705853 | rgl [1] | MODIY • ORDER DENYING MODIFICATION AND AMENDING TEMP ORDERS SIGNED | 11/23/2010 | Enter Revision | . 12 gasket |
| CI | 47058556 | • [2] | ATFEX - ORDER SIGNED AWARDING ATTORNEY FEES | 11/23/2010 | Enter Revision | M...2 12 Basket |
| CI | 47014105 E0101J016085199 [4I] | [1] | Designation of New Attorney In Charge | 11/21/2010 | Enter Revision | &ld gasket |
| CI | 46963630 ED101,1016057633 | [2] | Objection to Consolidation of Hearings Scheduled on Nov. 23. 2010 and the Participation of Attorneys Allan Cease, Charles Long and Harris in any further state court bankruptcy hearings and the participation of Eileen Gaffney in a modification of temp spousal support hearing | 11/18/2010 | Enter Revision | Add To Basket |
| EI | 46933470 E0101J016052650 atf | [1] | Response on motion for rendition of judgment | 11/12/2010 | Enter Revision | Add To Basket |
| ❑ | 46933471 E0101J016052850 | [1] | Sub Doc: Exhibit A | 11/12/2010 | Enter Revision | M.2 12 gasket |
| CI | 64098783 RO [3] | | UNOPPOSED MOTION FOR RENDITION OF JUDGMENT | 11/1/2010 | Enter Revision | 12 ROW |
| ❑ | 64098786 'Re [3] | | Sub Doc: Exhibit A | 11/1/2010 | Enter Revision | 12 126215.6.1 |
| ID | 46724022 ED101J016016912 | [2] | Opposed Motion to Modify Temporary Spousal Support and Order Setting Hearing | 10/20/2010 | Enter Revision | gasket |
| ❑ | 46724023 W101.101601691% ' | [1] | Sub Doc: Exhibit A | 10/2012010 | gnter Revision | gasket |
| ❑ | 46724024 ED101J016016912 [4"14"] | [1] | Sub Doc: Exhibit 8 | 10/20/2010 | Enter Revision | Basket |
| ❑ | 46724025 gnio·uomiggig der | [1] | Sub Doc: Exhibit C | 10/20/2010 | Enter ftyitga | 12 Basket |
| ID | 46360446 ED101J015958976 | [2] | Response to Motion to enter order and order of judicial determination on Jenkins and kamins proof of claim in bankruptcy court case no 09-37734 chapter 7 | 9/14/2010 | Enter Revision | Ao 12 )12212/1 |
| ❑ | 46360451 ED101J015958976 [4"er] | [I] | Sub Doc: Exhibit A | 9/14/2010 | Enter Revision | &s1 12 Basket |
| Q | 46366670 ED101J015958976 if | [7] | Sub Doc: exhibit b | 9/14/2010 | Enter Revision | AO To Basket |
| ❑ | 46366671 gD101J015958976 or | [1] | Sub Doc: exhibit c | 9/14/2010 | Enter Revision | Mst le Basket |
| ❑ | 46366672 ED101J015958976 Alr | [1] | Sub Doc: exhibit d | 9/14/2010 | Enter Revision | Add 12 Basket |
| CI | 46366673 FD101J015958976 If | [3] | Sub Doc: exhibit e | 9/14/2010 | Enter Revision | cA 12 1:1221211 |
| Q | 4.6366674 0101J015958978 c r | [19] | Sub Doc: exhibit I | 9/14/2010 | Enter Revision | Add 12 B61/At |
| ❑ | 64098902 | [1] | Filing letter | 8/26/2010 | Enter Revision | 60 14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Est |
| O | 64098871 | ofer 2 | ORDER ON JUDICIAL DETERMINATIONS OF INTERVENTION | 8/26/2010 | Enter Revision | Add 12 Basket |
| O | 640945872 | dye 1 | *Sub Doc: Exhibit* | *8/26/2010* | Enter Revision | 80 12 Basket |
| O | 64098872 | 1 | FACSIMILE COVER SHEET *Sub Doc: FACSIMILE COVER SHEET* | 8/28/2010 8/26/2010 | Enter Revision | Add IQ Basket |
| O | 640 23.112 | 2 | FACSIMILE COVER SHEET NOTICE OF TRIAL REGARDING ADJUDICATION OF FEES/EXPENSES | 8/26/2010 8/20/2010 | Enter Revision | Add IQ gasket |
| O | 64098874 | rgrer 1 | filing letter | 8/7/2010 | Enter Revision | garl D Basket |
| O | 64098873 | de 4 | Unoppwsed order to modifying stay (signed) | 8/7/2010 | Enter Revision | A. d d IS Basket |
| O | 45059361 | 41 4 | DSRFX • ORDER DISBURSING REGISTRY FUNDS SIGNED | 4/5/2010 | Enter Revision | Add 12 Basket |
| O | 44511115 | IRO 7 | NOTICE OF FILING OF NOTICE OF REMOVAL | 11/25/2009 | Enter Revision | Ad To Basket |
| O | 44524685 | IRO 5 | OPPOSED MOTION TO REINSTATE TEMPORARY SPOUSAL SUPPORT, REQUEST FOR INJUNCTIVE RELIEF & ORDER SETTING HEARING | 11/16/2009 | Enter Revision | Add To Basket |
| O | 44524887 | IRO 1 | DESIGNATION OF CO-COUNSEL | 11/12/2009 | Enter Revision | *Add* 12 Basket |
| O | 44511118 | tatr 1 | Rule 11 Agreement | 11/10/2009 | Enter Revision | MI 12 Basket |
| O | 44511119 | otir 1 | Rule 11 Agreement | 11/10/2009 | Enter Revision | L td 12 Basket |
| O | 64098891 | Igo 1 | Rule 11 Agreement | 11/10/2009 | Enter Revision | .8dd 12 Basket |
| O | 84100712 | IRO 1 | *Sub Doc: Rule 11 Agreement* | *11/10/2009* | Enter Revision | Add 12 MIMI |
| O | 44511106 | f tr 1 | DEPUTY REPORTER STATEMENT | 10/16/2009 | Enter Revision | MI 12 Basket |
| O | 44511117 | 00 2 | NOTICE OF BANKRUPTCY | 10/12/2009 | Enter Revision | 60 12 Basket |
| O | 44511116 | off 1 | *Sub Doc: Cover letter* | *10/12/2009* | Enter Revision | Add To Basket |
| O | 44524749 | 2 | Notice of Bankruptcy | 10/12/2009 | Enter Revision | 60 12 gasket |
| O | 64098893 | 1 | Affidavit | 10/9/2009 | Enter Revision | 8i To Basket |
| O | 64098892 | otr 4 | Answer to original petition in intervention | 1019/2009 | Enter Revision | Add To Basket |
| O | 43130 36 | ojer 52 | Answer to Original Petition in Intervention and Motion to Strike Original Petition in Intervention | 10/9/2009 | ARD-PHILLIPS, MARSHA Enter Revision | L.dd Id Basket |
| O | WARM | of 1 | Exhibit A | 10/9/2009 | grtter Revision | mg Ist gasket |
| O | 640902} | ogr 1 | Exhibit B | 10/9/2009 | Enter Revision | MA 12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| O | 64140850 | are 105 | Exhibit C | 10/9/2009 | Enter Revision | Basket Ai |
| O | 44524688 | @κ 1 | FAX CONFIRMATION | 10/6/2009 | Enter Revision | Basket 6gg |
| O | 43521617 | I 1 | DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED | 10/6/2009 | Enter Revision | Basket Wit |
| O | 43508157 | Iii 1 | ATFEX - ORDER SIGNED AWARDING ATTORNEY FEES DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED | 10/6/2009 10/2/2009 | Enter Revision | Basket Mg 12 |
| O | 43508158 | @ 2 | DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED | 10/2/2009 | Enter Revision | Basket wit 12 |
| O | 41 1.LI | ajar 4 | Amended Opposed Motion for Interim Attorneys' Fees | 10/1/2009 | Enter Revision | Basket 12 |
| In | 44524752 | littr 1 | Sub Doc: Exhibit A | 10/1/2009 | Enter Revision AO To | Basket |
| O | 44524754 | egr 1 | Sub Doc: Exhibit B | 10/1/2009 | Enter Revision Add To | Basket |
| O | 44524756 | d 1 | Sub Doc: Proposed Order on Opposed Motion for Interim Attorneys Fees | 10/1/2009 | Enter Revision 60 12 | Basket |
| O | 44524772 | are 4 | Amended Opposed Motion to Continue | 10/1/2009 | Enter Revision Agil h | Basket |
| Et | 44524781 | talc 1 | Proposed Order on Opposed Motion to Continue | 10/1/2009 | Enter Revision Agg Ist | Basket |
| O | 44524763 | eft 1 | Sub Doc: Exhibit A | 10/1/2009 | Enter Revision 12 | Basket |
| O | 44524764 | egg 2 | Sub Doc: Exhibit B | 10/1/2009 | Enter Revision Mg 12 | Basket 13.6A2.1 |
| O | 44524766 | gpor 1 | Sub Doc: Exhibit C | 101/2009 | Enter Revision Agg 12 | Basket |
| O | 44524768 | 2 | Sub Doc: Exhibit D | 10/1/2009 | Enter Revision Mg 12 | Basket |
| O | 44524770 | IRO 5 | Sub Doc: Exhibit E | 10,11/2009 | Enter Revision Agg 12 | Basket |
| O | 43480409 E0101J015531016 de 3 | | Petitioners Response to Respondents opposed Motion for Interim Attorneys Fees and opposed motion for payment of attorneys fees charges, opposed motion to continue and petitioners opposed motion for additional interim attorneys fees | 9/30/2009 | Enter Revision &Lit IQ | Basket |
| O | 44505943 | lire 1 | Citation | 9/25/2009 | ARD-PHILLIPS, MARSHA | Enter Revision Mit 12 flasket |
| O | 41 rA9&1 | OW 1 | Sub Doc: Affidavit of Service | 912512009 | ARD-PHILLIPS. MARSHA | Enter Revision aid 12 Basket |
| Et | 44511109 | etr 3 | OPPOSED MOTION FOR INTERM ATTORNEYS FEES | 9/25/2009 | Enter Revision W4 To | Basket |
| O | 44511108 | 1 | Sub Doc: PROPOSED ON OPPOSED MOTION FOR INTERM ATTORNEYS FEES | 9/25/2009 | Enter Revision Add 12 | Basket |
| O | 44527688 | IRO 3 | OPPOSED MOTION FOR PAYMENT OF ATTORNEY'S FEES CHARGES | 9/25/2009 | Enter Revision At! 12 | Basket |

| | | | | | | |
|---|---|---|---|---|---|---|
| O | 44527687 | ,RO 1 | *Sub Doc: PROPOSED ORDER 9/25/2009 ON OPPOSED MOTION FOR PAYMENT OF ATTORNEY'S FEES CHARGES* | | Enter Revision | &IA 12 Basket |
| O | 44524757 | 410 2 | **Opposed Motion to Continue** | 9/25/2009 | Enter Revision | Mg 12 Basket |
| O | 44524759 | War 1 | *Sub Doc: Proposed Order on 9/25/2009 Opposed Motion to Continue* | | Enter Revision | Mg IS Basket |
| O | 44511120 | 10 8 | **Docket sheet** | 9/21/2009 | Enter Revision | &hi Is Basket |
| O | 44511127 | ojer 4 | **ORIGINAL PETITION IN INTERVENTION** | 9/21/2009 | Enter Revision | Mg 12 Wig |
| O | 4451112Q | ea⌐ 2 | *Sub Doc: Civil Process Request 9/21/2009* | | Enter Revision | Aki To Basket |
| O | 44511125 | e/tr 1 | *Sub Doc: Cover leiter* | 9/21/2009 | Enter Revision | Add 12 Basket |
| O | 44511121 | latⁱ " | *Sub Doc: Exhibit A* | 9/21/2009 | Enter Revision | Ag To Basket |
| O | 44511123 | Ego 40 | *Sub Doc: Exhibit B* | 9/21/2009 | Enter Revision | Mg 12 Basket |
| O | 44511124 | oc 1 | *Sub Doc: Exhibit C* | 9/21/2009 | Enter Revision | Mg 12 Basket |
| O | 64098793 | ,RO 4 | **Original Petition In Intervention 9/21/2009** | | Enter Revision | Agg 12 Basket |
| O | 64098794 | ¹@fer 11 | *Sub Doc: Exhibit A* | 9/21/2009 | Enter Revision | Mg 12 116.8.11.1 |
| O | 64098866 | i⌐40 | *Sub Doc: Exhibit B* | 9/21/2009 | Enter Revision | Achl 12 Basket |
| O | 64098869 | ¹OO 1 | *Sub Doc: Exhibit C* | 9/21/2009 | Enter Revision | Mg 12 Basket |
| O | 43297733 | I 2 | **WDATX - ORDER GRANTING 9/4/2009 WITHDRAWAL OF ATTORNEY SIGNED** | | Enter Revision | 6skt 12 Basket |
| 0 | 44509456 | ear 3 | **petitioner's response to motion 9/4/2009 to continue** | | Enter Revision | big 12 Basket |
| O | 43220315 | ,rt 4 | **opposed motion for withdrawal 9/1/2009 of counsel** | | Enter Revision | agg 12 Basket |
| O | 43220316 | der 2 | *Sub Doc: exhibit 1* | 9/1/2009 | Enter Revision | MI 12 Basket |
| O | 43220317 | 4 1 | *Sub Doc: exhibit a* | 9/1/2009 | Enter Revision | Add IQ gam |
| O | 43220319 | r' 1 | *Sub Doc: fax confirmation report 9/1/2009* | | Enter Revision | Add To Basket |
| O | 43220318 | 1r I | *Sub Doc: proposed order* | 9/1/2009 | Enter Revision | Mii 12 Basket |
| O | 44509679 | 3 | **opposed motion to continue** | 8/31/2009 | Enter Revision | Add 12 Basket |
| O | 44509680 | 02.O I | *Sub Doc: Proposed order on opposed motion to continue* | 8/31/2009 | Enter Revision | Ltd, h Basket |
| O | 44509455 | @Kr 5 | **reporter's certification deposition 8/28/2009 of steve and june 10, 2009** | | Enter Revision | Mg 12 Basket |
| O | 4450968Z | /V( 1 | **Filing letter** | 8/27/2009 | Enter Revision | Mg |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 44505940 | ,gre 1 | Certificate of written discovery 7/29/2009 | ARD, STEVE | Enter Revision | bk 12 Basket | 12 /121101 |
| O | 44505941 | Of 1 | Sub Doc: Filing letter | 7/29/2009 | ARD, STEVE | Enter Revision | adlit 12 Mahal |
| O | 44511113 | eg 3 | OPPOSED MOTION FOR ADDITIONAL INTERN ATTORNEYS FEES | 7/29/2009 | | Enter Revision | 621 12 BMW |
| O | 44511118 | Erg 2 | Sub Doc: PROPOSED ORDER RELEASING FUNDS FROM REGISTRY OF THE COURT | 7/29/2009 | | Enter Revision | 6,0 12 filllilli |
| 0 | 44521M22 | ettr 3 | opposed motion for interim fees and expenses | 7/28/2009 | | Enter Revision AO | 12 Basket |
| O | 44509496 | Kr 1 | Sub Doc: Cover letter | 7/28/2009 | | Enter Revision | Mel 12 Basket |
| 0 | 9ciagLUN | OO 2 | Sub Doc: Exhibit 8 | 7/28/2009 | | Enter Revision | AO B2 Basket |
| 0 | 44509495 | 420 1 | Sub Doc: Proposed order on opposed motion for interim attorneys tees and expenses | 7/28/2009 | | Enter Revision | Ms1 12 gasket |
| O | 42934395 | I@ 9 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 7/27/2009 | | Enter Revision | MILL Basket |
| 1:1 | 44115245 | oire 1 | Rule 11 Agreement | 7/24/2009 | ARD, STEVE | Enter Revision | 60 12 Basket |
| O | 44510774 | girtr 1 | Stipulations of the Parties Concerning The Jury Charge - Partition & Exchange Agreement | 7/24/2009 | | Enter Revision | 6,451 12 13.22kt |
| O | 44505948 | ailr 3 | Strike lists | 7/21/2009 | ARD, STEVE | Enter Revision | add IQ Basket |
| O | 44505948 | we 4 | Sub Doc: Juror Questionnaire | 7/21/2009 | ARD, STEVE | Enter Revision | 60 12 Basket |
| O | 44505949 | age 6 | Sub Doc: Stnke lists. File Copy | 7/21/2009 | ARD, STEVE | Enter Revision | MI 12 !fit |
| O | 45107465 | tre 28 | Strike lists | 7/21/2009 | ARD, STEVE | Enter Revision | 6itd 12 Basket |
| O | 44510775 | ear 5 | Marsha Ard-Phillips' Motion in Limine | 7/20/2009 | | Enter Revision | Add 12 /Mitt |
| O | 44524683 | ire 5 | MARSHA ARD-PHILLIPS' MOTION IN LIMINE | 7/20/2009 | | Eater Revision | ad 12 ilafilLig |
| 0 | 41520.42 | IiPe 5 | Sub Doc: MARSHA ARD-PHILLIPS' proposed ORDER IN LIMINE | 7/20/2009 | | Enter Revision | 6 12 Basket |
| O | 44524875 | Kr 5 | Motion In Limine | 7/20/2009 | | Enter Revision | 60 12 Basket |
| O | 44524747 | RO 1 | Sub Doc: Proposed Order on Motion in Limine | 7/20/2009 | | Enter Revision | &It 12 Basket |
| O | 42934397 | 42 1 | STIPX - ORDER APPROVING STIPULATION SIGNED | 7/20/2009 | | Enter Revision | &to II gasket |
| O | 42934396 | I 5 | MLIMX - ORDER SIGNED GRANTING MOTION IN LIMINE | 7/20/2009 | | Enter Revision | 60 I2 Baskej |
| O | 44524779 | WIC 5 | Motion in Limine | 7/17/2009 | | Enter Revision | ALtg 12 gaga |
| O | 44524783 | RO 9 | Petitioner's Exhibit Ust | 7/17/2009 | | Enter Revision | Adif 12 B.aalssi |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 44524776 | gide 2 | Petitioner's Statement of the Case | 7/17/2009 | | Enter Revision | mg 12 Basket |
| O | 44524777 | ₁RO 2 | Petitioners Objections to Respondent's Trial Exhibits | 7/17/2009 | | Enter Revision | m_g Basket |
| O | 44524693 | @de 17 | proposed Charge of the Court | 7/17/2009 | | Enter Revision | AO 12 Basket |
| O | 44524781 | ₍ate' 1 | Proposed Order On Motion In Limine | 7/17/2009 | | Enter Revision | go 12 Basket |
| O | 44524690 | eser 1 | proposed REQUESTED JURY CHARGE | 7/17/2009 | | Enter Revision | isgja 12 Basket |
| O | 44524785 | CIO B | RESPONDENTS OBJECTIONS TO PETITIONERS EVIDENCE ATTACHED TO RESPONSES TO RESPONDENTS TRADITIONAL & NO-EVIDENCE MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 7/17/2009 | | Enter Revision | g lid To Basket |
| O | 44524697 | ▥ 2 | RESPONDENTS OBJECTIONS TO PETITIONERS TRIAL EXHIBITS | 7/17/21309 | | Enter Revision 60 | 12 fasce |
| O | 42825076 | ▥ 14 | fourth amended Inventory and appraisement of Marsha Ard-Phillips (agreement enforced) | 7/16/2009 | ARD-PHILLIPS, MARSHA | Enter Revision go | To 13asiLet |
| O | 42825077 | ▥ 5 | *Sub Doc: exhibit A* | 7/16/2009 | | Enter Revision Add | la Basket |
| ❏ | 42825206 | ▥ 12 | Fourth Amended Inventory and Appraisement of Marsha Ard-Phillips (Agreement Not Enforced) | 7/16/2009 | | Enter Revision &j.A | 12 Basket |
| O | 42825207 | ▥ 1 | *Sub Doc: exhibit a* | 7/16/2009 | | Enter Revision Mg | To Basket |
| ❏ | 42825208 | ▥ 4 | *Sub Doc: exhibit b* | 7/16/2009 | | Enter Revision gki | To Basket |
| ❏ | 42792168 ED101J015459376 ⁴¹¹▪⁻ | | 61 | Notice of Filing and Intention to Use Business Records | 7/16/2009 | ARD-PHILLIPS, MARSHA | Enter Revision Astjl 1.12 Basket |
| O | 42789121 ED101J015458828 | ▥ 2 | Petitioners Objections to Trial Exhibits | 7/16/2009 | | Enter Revision &Id | 12 Basket |
| O | 42788901 Fr:101.1015458820 | ▥ 13 | Petitioners Proposed Division | 7/16/2009 | | Enter Revision Mg | 12 Basket |
| O | 84656108 | IRO 3 | Receipt | 7/16/2009 | | Enter Revision Mil | 12 Basket |
| O | 42825203 | ▥ 4 | Third Amended Proposed Property Division of Marsha Ard-PhItlips (No post-nup) | 7/16/2009 | | Enter Revision go | To Basket |
| O | 42825204 | ▥ 1 | *Sub Doc: exhibit a* | 7/18/2009 | | Enter Revision Add | To Basket |
| ❏ | 42825205 | der 4 | *Sub Doc: exhibit b* | 7/16/2009 | | Enter Revision Add | To Basket |
| O | 42625200 | de 4 | Third Amended Proposed Property Division of Marsha Ard-Phillips (With Post-Nup) | 7/16/2009 | | Enter Revision mg | To Basket |
| O | 42825201 | ▥ 1 | *Sub Doc: exhibit a* | 7/16/2009 | | Enter Revision Agg | 12 11ace |
| : | 42825202 | a' 4 | *Sub Doc: exhibit b* | 7/16/2009 | | Enter Revision Agtg | 12 Basket |
| O | 44510773 | ▥ 1 | Written Deposition of the Custodian of Records for AT&T (by Affidavit Only) | 7/16/2009 | | Enter Revision AO | 12 Basket |

| | | | | Document | Date | Party | Status |
|---|---|---|---|---|---|---|---|
| ❑ | *44510771* | @le | | *Sub Doc: Filing letter* | 7/16/2009 | | Enter Revision Add 12 flasket |
| O | *44510772* | *al* 1 | | *Sub Doc: Written Deposition of the Custodian of Records for Peoples Bank 8 Trust Company of Pointe Coupee* | 7/16t2009 | | Enter Revision Add 12 6.8.89.1 |
| ❑ | 42753673 ED101J015456524 | ⁴ˡg | 91 | Inventory 8 Appraisement of Steven W. Ard | 7/14/2009 | | gnter Revision Add 12 Basket |
| EI | 42747786 g0101J015456098 | | 6 | Designation of Expert and Fact Witnesses | 7/13/2009 | | Enter Revision Add 18 gni& |
| ❑ | 4274826Q go101m545e101 | ⁴gf | 36 | Marsha ARD PHILLIPS NOTICE OF FILING AFFIDAVIT OF MARIA RAMIREZ CUSTODIAN OF RECORDS FOR BUSINESS RECORDS OF DR. HARVEY ROSENSTOCK | 7/13/2009 | | Enter Revision Add 12 138.89.1 |
| ❑ | 42747939 gD101J015456100 | der 14 | | Marsha Ard Phillips Notice of Filing Affidavit of Marian Ortiz Custodian of Records for Busines Records of Rosenstock Clinic | 7/13/2009 | | Enter Revision Add TLQ Basket |
| ❑ | 42748005 ED101J015456104 | | 40 | *Sub Doc: Marsha ARd-Phillips Notice of Re-Filing Affidavit for Business Records of Martca Lindsey* | 7/13/2009 | | Enter Revision Add Basket |
| 1:1 | 42748094 F0101.1015456104 | ◄ᵘ | 97 | Marsha ARD-Phillips Notice of Re filing affidavit of S. Jeffrey Ackerman MD, Custodian of Records For Business Records of MAC Gregor Medical Clinic | 7/13/2009 | | Enter Revision ASid lifitsit91 |
| ❑ | 42748263 ED101J01545610R | ᵈir 27 | | MARSHA ARD-PHILLIPS NOTICE OF RE-FILING AFFIDAVIT OF JANE DIMAS CUSTODIAN OF RECORDS FOR BUSINESS RECORDS OF DR. HARVEY ROSENSTOCK | 7/13/2009 | | Enter Revision Add 14 Etillikel |
| EI | 42747762 EO101J015455985 | cer | 1 | Proposed Rule 11 Agreement Regarding Pre-Trial Deadlines | 7/13/2009 | | Enter Revision Add 12 Bakal |
| ❑ | 64856106 | Erg 2 | | Receipt | 7/13/2009 | | Enter Revision Add 12 Basket |
| Ei | 42758568 | der 13 | | second amended inventory and appraisement of marsh ard-phfilips | 7/13/2009 | | Enter Revision 12 Basket |
| O | *42758569* | ⁹ar 5 | | *Sub Doc: exhibit a* | 7/13/2009 | | Enter Revision 12 flaalssi |
| ❑ | *44.5.2.41%* | @IS' i | | Filing letter | 7/10/2009 | | enter Revision Add 12 DRAM |
| O | 44524696 | aer 2 | | NOTICE IN ACCORDANCE WITH TEXAS RULES OF CIVIL PROCEDURE 193.7 | 7/10/2009 | | gnter Revision Add 132 Basket |
| ID | 42739030 | ᵤᵣℓ 4 | | PETITIONERS SECOND SUPPLEMENTAL ORIGINAL ANSWER TO RESPONDENTS FIRST AMENDED ORIGINAL COUNTERPETMON FOR DIVORCE | 7/10/2009 | ARD, STEVE | Enter Revision Basket |
| In | 42735103 goiouoi 5454777 | de 2 | | Petitioners Statement of Intent To Use Unfiled Discovery | 7/10/2009 | ARD-PHILLIPS, MARSHA | Enter Revision Add 12 Basket |
| Ei | 44524774 | 0214C 3 | | Petitioners Trial Witness List | 7/10/2009 | | Enter Revision Add ask |
| In | 64656105 | We | | Receipt | 7/10/2009 | | Enter Revision ASiSi 12 13141911 |
| EI | 42734919 ED101J01545471R | 4' 2 | | Rule 11 Agreement - Extend Date to Respond to MSJs | 7/10/2009 | | Enter Revision Add 12 Engel |
| | 42739003 | ◄ᐧB 1 | | APRX - ORDER SIGNED | 7/9/2009 | | Enter Revision Add |

| | | | | | | |
|---|---|---|---|---|---|---|
| O | | | GRANTING AGREEMENT PER RULE 11 | | | Basket |
| ❏ | 44⁵921..⁵4 | &Cr ' | RECEIPT | 7/8/2009 | | Enter Revision, **Add 12** |
| | | | | | | Basket |
| ❏ | 42701695 0u01 54514n | | Rule 11 Agreement Regarding Pretrial Deadlines | 7/8/2009 | | Enter Revision **Add 12** |
| | | | | | | Basket |
| O | 65299865 | 1 | Rule 11 Agreement Regarding Pretrial Deadlines | 7/8/2009 | | Enter Revision **Add 12** |
| | | | | | | Basket |
| O | 44505909 | Igo ³³ | Affidavit for Buisness Records | 7/6/2009 | ARC/ STEVE | Enter Revision **all 12** |
| | | | | | | Basket |
| EI | 44505925 | 3 | *Sub Doc: Affidavit for Buisness Records* | 7/6/2009 | ARD. STEVE | meter Revision **Add 12** |
| | | | | | | Basket |
| O | 44505910 | 1 | *Sub Doc: Filing letter* | 7/6/2009 | ARD, STEVE | Enter Revision **Add To** |
| | | | | | | Basket |
| ❏ | 44505920 | 5 | *Sub Doc: Marsha Ard-Phillips' Notice of Filing Affidavit For Buisness Records of Bellaire Police Department* | 7/8/2009 | ARD, STEVE | Enter Revision **6s14** |
| | | | | | | Basket |
| ❏ | 44505913 | Or 2 | *Sub Doc: Marsha Ard•Phillips' Notice of Filing Affidavit For Buisness Records of Glen Kelton Ro-Tnack* | 7/8/2009 | ARD, STEVE | Enter Revision **Add To** |
| | | | | | | Basket |
| ID | 44505930 | ‚atc 2 | *Sub Doc: Marsha Ard-Phillips' Notice of Filing Affidavit For Buisness Records of Richard Swenson, M.D.* | 7/6/2009 | ARD. STEVE | Enter Revision **Add 12** |
| cl | 44524701 | ‚RO 2 | MARSHA ARD-PHILLIPS' NOTICE OF FILING AFFIDAVIT OF NO RECORDS FOR EQUAL EMPLOYMENT OPPORTUNITY COMMISSIONS HOUSTON DISTRICT OFFICE | 7/6/2009 | | Enter Revision **Add** Basket |
| ❏ | 4024702 | atir 2 | *Sub Doc: Affidavit OF R.J. RUFF, JR.* | 7/6/2009 | | Enter Revision ‚8‚‚dg **12** |
| | | | | | | Basket |
| 1:1 | 44524899 | ale | *Sub Doc: Filing letter* | 7/8/2009 | | Enter Revision **60 12** |
| | | | | | | Basket |
| ❏ | 44505937 | 00 4 | **Opposed Motion For Withdrawal of Counsel** | 7/2/2009 | ARD, STEVE | Enter Revision **bag** Basket |
| ID | 44505935 | @tO | *Sub Doc: Filing letter* | 7/2/2009 | ARD, STEVE | Enter Revision **6,0 12** |
| | | | | | | Basket |
| O | 44505939 | eẽr ³ | *Sub Doc: Opposed Motion For Continuance* | 7/7%2009 | ARD, STEVE | Enter Revision **Mg 12** |
| | | | | | | Basket |
| ❏ | 44505938 | erg 2 | *Sub Doc: Order On Motion For Withdrawal of Counsel* | 7/2/2009 | ARD, STEVE | Enter Revision **Add 12** |
| | | | | | | Basket |
| 1:1 | 44505942 | elf | **Order On Opposed Motion For Continuance** | 7/2/2009 | ARD, STEVE | Enter Revision **Add** Basket |
| ❏ | 44509457 | egar 1 | **Filing letter** | 7/1/2009 | | Enter Revision **80 To** |
| | | | | | | Basket |
| o | 42791677 | Igre ³ | **Petitioner's First Supplemental Original Answer to Respondent's Original Counterpetition for Divorce** | 7/1/2009 | ARD, STEVE | Enter Revision *Add To* |
| | | | | | | Basket |
| 1:1 | 44512404 | cor 2 | notice of filing affidavit of r. j. ruff jr. | 6/29/2009 | | Enter Revision **Add To Etsce** |
| ❏ | 4 1/24125 | ‚irg 2 | *Sub Doc: Exhibit A* | 8/2912009 | | Enter Revision **Add 12** |
| | | | | | | Basket |
| 1:1 | 44512399 | 2 | notice of filing of business records affidavit of custodian of records for bellaire police | 6/29/2009 | | Enter Revision **Add 12** Basket |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | department | | | | |
| O | _44512401_ | *020* 1 | *Sub Doc: Cover letter* | 6/29/2009 | | Enter Revision | **MI** 12 Basket |
| 1:1 4/21126 °° | | glit**L**ar 3 | *Sub Doc: Exhibit A* | 6/29/2009 | | Enter Revision | **Add To** Basket |
| O | _44512408_ | **we 2** | notice of filing of business records affidavit of custodian of records for dr. glen Kelton ro-track | 6/29/2009 | | Enter Revision | **add** 12 Basket |
| O | _44512407_ | 4itstr 33 | *Sub Doc: Exhibit A* | 6/29/2009 | | Enter Revision | **&Id IQ** Basket |
| O | _44512408_ | grer 2 | notice of filing of business records affidavit of custodian of records for family mental health center. inc | 6/29/2009 | | Enter Revision | *Aga* 12 Basket |
| O | _44512409_ | *ear* 19 | *Sub Doc: Exhibit A* | 6/29/2009 | | Enter Revision | **mg To** Basket |
| O | 44512402 | 2 | notice of filing of business records affidavit of custodian of records for richard swenson. m.d. | 6/2912009 | | Enter Revision | **Add D** Basket |
| O | _44512403_ | *lit⊜e* 3 | *Sub Doc: Exhibit A* | 6/29/2009 | | Enter Revision | **Mil To** Basket |
| O | _44512410_ | gte 2 | notice of filing of business records affidavit of custodian of records for rosentatock clinic | 6/29/2009 | | Enter Revision | **tsrkl** 12 Basket |
| O | _44512411_ | *Mr* 12 | *Sub Doc: Exhibit A* | 8/29/2009 | | Enter Revision | Add 12 |
| O | 44512412 | **RO 2** | notice of filing of business records affidavit of custodian of records for Shirley Madman. ed.d | 6/29/2009 | | Enter Revision | **agg I** Basket |
| O | _44512413_ | ewer 31 | *Sub Doc: Exhibit A* | 6/28/2009 | | Enter Revision | **,ggsl D** Basket |
| O | 42622930 | I I | **APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11** | 6/26/2009 | | Enter Revision | **,ggil** 12 Basket |
| O | 44509684 | 9 9 | first amended counter-petition for divorce | 6/25/2009 | | Enter Revision | **Add IQ** Basket |
| O | _44509685_ | egyar 1 | *Sub Doc: Cover letter* | 6/28/2009 | | Enter Revision | **AO To** Basket |
| O | 42630995 | 3 3 | **Respondent First Amended Answer** | 6/25/2009 | ARD PHILLIPS, MARSHA | Enter Revision | **AI** 12 fiagUe |
| O | 64656104 | 1 1 | **Receipt** | 8/24/2009 | | Enter Revision | **&IA** 12 Basket |
| O | 42586441 ED101.1015441303 | 'e 1 | **Rule 11 Agreement Regarding Discovery** | 6/24/2009 | | Enter Revision | **Add To** Basket |
| O | 44505978 | 1 1 | **Filing letter** | 8/23/2009 | | Enter Revision | **Add** 12 Basket |
| O | 44509702 | **Erg 1** | **Filing letter** | 6/23/2009 | ARD, STEVE | Enter Revision | **Add D** Basket |
| O | 44505980 | **IRO 3** | **Notice to take deposition by written questions** | 6/23/2009 | | Enter Revision | **mg** 12 asice |
| O | _44505981_ | *latr 1* | *Sub Doc: Exhibit A* | 6/23/2009 | ARD, STEVE | Enter Revision | **MA IQ** Basket |
| O | _44505979_ | 1 | *Sub Doc: Filing letter* | 6/23/2009 | | Enter Revision | **Add** 12 Basket |
| O | _44509686_ | littr 3 | notice to take deposition by | 6/23/2009 | | Enter Revision | AOS1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | written questions | | | 12 Basket |
| O | 44509688 | 1 | *Sub Doc: Cover letter* | 6/23/2009 | | gnter Revision Agst IQ Basket |
| O | 44509687 | eg 1 | *Sub Doc: Exhibit A* | 6/23/2009 | | Enter Revision asigl 12 Basket |
| O | 44505983 | of 2 | **Re-Notice of Hearing** | 8/23/2009 | ARD, STEVE | Eider Revision mg IQ fiaalsal |
| O | 44509689 | ,atier 2 | **petitioner's certificate of written directed to respondent** | 6/22/2009 | | Enter Revision Alf ii IQ Basket |
| O | 44509691 | ear 1 | *Sub Doc: Cover letter* | 6/23/2009 | | Enter Revision Add IQ Basket |
| O | 44509892 | eser 2 | **Rule 11 Agreement** | 6/18/2009 | | Enter Revision Add To Basket |
| O | 44509693 | cre 1 | **Filing letter** | 6/10/2009 | | Enter Revision Add To Basket |
| O | 42484737 | ggl 1 | **DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED** | 6/10/2009 | | Enter Revision Add To Basket |
| O | 42485372 | 1E1 2 | **DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED** | 6/10/2009 | | Enter Revision Add 1:2 Ilitsce |
| O | 42414738 | 411 1 | **MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED WDEXX - ORDER GRANTING WITHDRAWAL OF EXHIBITS SIGNED** | 6/10/2009 6/10/2009 | | Enter Revision Mg 14 Basket |
| O | 4452480 | tiPar 1 | **Certificate of written discovery** | 6/8/2009 | | Enter Revision Ma 14 Basket |
| CI | 44524864 | tirar 1 | *Sub Doc: Filing letter* | 6/8/2009 | | Enter Revision Ali f bala |
| O | 44524863 | ear 1 | **Certificate of written discovery** | 6/3/2009 | | Enter Revision AO 12 Basket |
| IO | 44524862 | IRO 1 | *Sub Doc: Filing letter* | 6/3/2009 | | Enter Revision Add 14 Basket |
| O | 44524881 | OO 2 | **rule 11 agreement** | 6/2/2009 | | Enter Revision AO 12 Basket |
| Ei | 44524860 | 1 | **Certificate of written discovery** | 5/22/2009 | | Enter Revision Mg IQ Basket |
| O | 44524859 | ig'ar 1 | *Sub Doc: Filing letter* | 5/22/2009 | | Enter Revision mg 1.2 kkgce |
| O | 44524818 | 1 | **Rule 11 Agreement Regarding Temporary Orders Hearing** | 5/15/2009 | | Enter Revision Add 12 algu |
| O | 44524857 | ele 1 | *Sub Doc: Filing letter* | 5/15/2009 | | Enter Revision Add To Basket |
| O | 44524856 | figtr 1 | **Certificate of written discovery** | 5/11/2009 | | Enter Revision Add 12 Basket |
| O | 44524855 | IRO 1 | *Sub Doc: Filing letter* | 5/11/2009 | | Enter Revision Add To Basket |
| O | 44505900 | ear 3 | **opposed first amended motion for Interim fees and expenses** | 4/22/2009 | | Enter Revision Add 14 BMW |
| O | 44505905 | iger 12 | *Sub Doc: Appendix 1* | 4/22/2009 | | Enter Revision Ms! lia Basket |

*O Idmosz*

| | Doc # | | Description | Date | Party | Revision | |
|---|---|---|---|---|---|---|---|
| | | C@IO 64 | *Sub Doc: Appendix 2* | 4/22/2009 | | Enter Revision | 60 12 Basket |
| O | 44505908 | *egg* 1 | *Sub Doc: Cover letter* | 4/22/2009 | | Enter Revision | Agg IQ Basket |
| O | 44505901 | Ifftr 93 | *Sub Doc: Exhibit A* | 4122/2009 | | Enter Revision | 622 12 ilfifilifil |
| O | 44505902 | *ajar* 2 | *Sub Doc: Exhibit 8* | 4/22/2009 | | Enter Revision | 6gil 12 Basket |
| O | 44505903 | er 3 | *Sub Doc: Exhibit C* | 4/22/2009 | | Enter Revision | Mg 12 B2821 |
| 0 | 44505904 | eig 4 | *Sub Doc: Exhibit D* | 4/22/2009 | | Enter Revision | &a 12 gasket |
| o | 41942882 | ler 3 | response to motion for additional temporary orders and opposed cross-motion to modify temporary | 4/22/2009 | AFtD, STEVE | Enter Revision | Mg 12 gasket |
| O | 41942883 | 4. 4 | *Sub Doc: Exhibit A* | 4/22/2009 | | Enter Revision | Mg L4 fiatd |
| O | 44524436 | IRO 1 | **Certificate of written discovery** | 4/21/2009 | | Enter Revision | Mg 12 Magi |
| 0 | 1/52ll435 | 42O 1 | *Sub Doc: Filing letter* | 4/21/2009 | | Enter Revision | Mg 12 MAM |
| In | Illiithig | l | deputy reporter statement | 4/18/2009 | | Enter Revision | Mg 12 Basket |
| O | 44524434 | WC 1 | **Filing tatter** | 3/25/2009 | | enter Revision | Mg 12 Basket |
| O | 44524853 | Kr 3 | **Motion for Additional Temporary Orders** | 3/25/2009 | | Enter Revision | Mg 12 Beget |
| O | 44524854 | ige 2 | *Sub Doc: Affidavit of Marsha Ard-Phillips in Support of Motion to Modify Temporary Orders* | 3252009 | | Enter Revision | 8.gig 12 BMW |
| O | 44524852 | l | **Certificate of written discovery** | 3/24/2009 | | Enter ikai2120 | 8.42 12 flilfilitt |
| O | 44524851 | er 1 | *Sub Doc: Filing letter* | 3/24/2009 | | Enter Revision | Agg 12 Basket |
| O | 44505974 | 25 | **Payment Summary** | 102009 | ARD, STEVE | Enter Revision | Mg 12 Basket |
| O | 4450597g | 41⁶1r 1 | *Sub Doc: Letter* | 1/2/2009 | ARD. STEVE | Enter Revision | Mg 12 /518821 |
| O | 44505971 | ritar 9 | **Videotaped Deposition of Marsha Ard-Phillips** | 1/2t2009 | ARD-PHILLIPS, MARSHA | Enter Revision | MI 12 02821 |
| O | 44505967 | go 1 | *Sub Doc: Filing letter* | 11212009 | ARD-MARSHA | Enter Revision | Mg 12 Basket |
| O | 44505969 | INC 1 | *Sub Doc: Filing letter* | 12/2009 | ARP-PHILLIPS. MARSHA | Enter Revision | Mg 12 Basket |
| O | 44505968 | 420 9 | *Sub Doc: Letter* | 1/2/2009 | ARD-PHILLIPS, MARSHA | Enter Revision | 12 Basket |
| O | 40237195 | Oa 1 | **CONTX - ORDER SIGNED GRANTING CONTINUANCE** | 12/3/2008 | | Enter Revision | Mg 12 Basket |
| O | 40237196 | 112 1 | **PTCHX - ORDER SIGNED GRANTING PRETRIAL CONFERENCE** | 12/3/2008 | | gutter Revision | Mg 12 Basket |
| O | 44524421 | tr 3 | **Opposed Motion for Interim Fees** | 11/28/2008 | | Enter Revision | Mg |

| | Doc # | | Document | Date | | | |
|---|---|---|---|---|---|---|---|
| | | | & Expenses | | | | 12 Basket |
| ₤44524420 | ear | | *Sub Doc: Filing letter* | *11/26/2008* | Enter Revision | 6sisi | 12 Basket |
| C ±/§ 2*RN* | [Ere | | *Sub Doc: Proposed Order on Opposed Motion for Interim Attorney's Fees & Expenses* | *11/26/2008* | Enter Revision | Mg 112 | Basket |
| o 65299852 | IRO | | **Signed Order** | 11/17/2008 | Enter Revision | AI | Basket |
| O 39992926 goi o I J015299443 | /er 2 | | **Petitioners Certificate of Written Discovery Directed to respondent** | 11/14/2008 | Enter Revision | Ackl 12 | Basket |
| O 44524418 | rktr | | **Notice of Hearing on Joint Motion for Preferential Jury Trial Setting** | 11/13/2008 | Enter Revision | mg 12 | Basket |
| 0 115264.11 | @far 1 | | *Sub Doc: Filing letter* | *11/13/2008* | Enter Revision | Add To | Basket |
| O 39796465 | ' 2 | | **APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11** | 10/23/2008 | Enter Revision | Add To | Basket |
| O 44524419 | IRO 3 | | **Agreed Joint Motion for Preferential Jury Trial Setting** | 10/20/2008 | Enter Revision | Add To | Basket |
| O 44524416 | RO 2 | | **Notice of Intention to take Oral Deposition of Marsha Phillips** | 10/15/2008 | Enter Revision | Add To | Basket |
| O 44524415 | estr | | *Sub Doc: Filing letter* | *10/15/2008* | Enter Revision | Add 12 | Basket |
| O 44524414 | etr 2 | | **Petitioners Certificate of Written Discovery Directed to Respondent** | 10/6/2008 | Enter Revision | egg 12 | Basket |
| O 44524413 | Fase | | *Sub Doc: Filing letter* | *16612008* | Enter Revision | 814 12 | Basket |
| O 44524412 | etC 2 | | **Notice of Intention to take Oral Deposition of Marsha Phillips** | 9/2/2008 | Enter Revision | Edgi 12 | Basket |
| ' ±0.2.4A/1 | evr | | *Sub Doc: Filing letter* | *9/2/2008* | enter Revision | Aug 12 | Basket |
| O 44524408 | @off | | **Filing letter** | 8/29/2008 | Enter Revision | Ms1 12 | Basket |
| O 44524409 | ilKtr 3 | | **Motion to Quash Notice of Deposition of Marsha Phillips** | 8/2912008 | Enter Revision | &ILI To | Basket |
| ❑ 44524410 | 2ser 2 | | *Sub Doc: Exhibit A* | *8/28/2008* | Enter Revision | ,80 12 | Basket |
| ❑ 44524408 | oluer 1 | | **Certificate of written discovery** | 8/18/2008 | Enter Revision | AO 12 | Basket |
| o 44524405 | etar 1 | | *Sub Doc: Filing letter* | *8/18/2008* | Enter Revision | Ads( 12 | Basket |
| ❑ 44524404 | !Erg I | | **Written Deposition of the Custodian of Records for AT&T Corp. (by affidavit only)** | 8/13/2008 | Enter Revision | Add To | Basket |
| O 38913885 | ' 2 | | **ATFEX - ORDER SIGNED AWARDING ATTORNEY FEES** | 7/29/2008 | Enter Revision | Add 12 | Basket |
| O 44524407 | 1 | | **Filing letter** | 7/28/2008 | Enter Revision | ekiLl To | Basket |
| O 44509720 | 1 | | **Certificate of written discovery** | 7/21/2008 | ARD, STEVE | Enter Revision Mg | Basket |
| 0 IA219 19 | 1 | | **Filing letter** | 7/21/2008 | Enter Revision | MI 12 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **RSING** REGISTRY FUNDS SIGNED | 7/16/2008 | | Enter Revision | &Id 12 Basket |
| 0 | 4401977 | aft 2 | Re-Notice of Hearing | 7/3/2008 | | Enter Revision | Aid IS Basket |
| O | 44509700 | RO 2 | Re-Notice of Hearing | 7/3/2008 | ARD, STEVE | Enter Revision | ads1 12 Omit |
| O | 44505975 | Wtr 1 | Sub Doc: Filing Letter | 7/3/2008 | ARD, STEVE | Enter Revision | AO 12 Basket |
| O | 44524432 | @per 1 | Filing letter | 6/18/2008 | | Enter Revision | 651g1 12 Basket |
| O | 4112.+433 | etr 1 | Sub Doc: Certificate of written discovery | 6/18/2008 | | Enter Revision | Mg 12 Basket |
| O | 44524553 | etc 1 | Filing letter | 8/11/2008 | | Enter Revision | Add IQ Basket |
| 0 | 44587747 | tFgr 3 | Opposed Motion for Additional Interim Attorney's Fees | 8/11/2008 | | Enter Revision | gad 12 afil/i61 |
| O | 44509725 | es 1 | Certificate of written discovery | 8/3/2008 | ARD, STEVE | Enter Revision | agd 12 Basket |
| O | 44509724 | 420 1 | Sub Doc: Filing letter | 6/3/2008 | ARD, STEVE | Enter Revision | Add 12 ilaSlsfil |
| O | 44509722 | RO 2 | Notice in Accordance with TRCP 193.7 | 5/23/2008 | ARD, | | 12 Basket |
| 1:1 | I4509724 | tr 1 | Sub Doc: Filing letter | 5123/2008 | AFtD, | | Aglil 12 Basket |
| O | 44505984 | 44 3 | Letter | 5/22/2008 | ARD-L IPS, | Enter Revision | MI |
| O | 44505985 | egg 1 | Sub Doc: Filing letter | 5/22/2008 | ARD- | Enter Revisiori | AU |
| O | 44509698 | 2 | Motion For Appointment of Receiver | 5/22/2008 | ARD, STEVE | Enter Revision | 6,0 12 Basket |
| O | 37924898 | I 1 | ORTX - ORDER SIGNED RESETTING TRIAL | 5/22/2008 | | Enter Revision | Asict 12 Basket |
| O | 44509703 | 3 | Petitioners Response To Respondents Motion For Additional Temporary Orders | 5/22/2008 | ARD, STEVE | Enter Revision | AElgl 12 altig |
| O | 44509704 | 2 | Sub Doc: Motion To Compel Discovery and For Sanctions | 5/22/2008 | ARD, STEVE | Enter Revision | ggg 12 Basket |
| O | 44509727 | RO 1 | Filing letter | 5/21/2008 | | Enter Revision | Ad_cl IQ Basket |
| O | 37924903 | r 3 | APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 5/21/2008 | | Enter Revision | Nisi 12 Basket |
| O | 44509730 | '00 1 | Certificate of written discovery | 5/20/2008 | ARD, | | 12 Basket |
| O | 9922272.4 | d 1 | Sub Doc: Filing letter | 5/20/2008 | ARID, | | 12 Basket |
| O | 44510140 | egg 2 | ENTRY OF APPEARANCE AND DESIGNATION OF ATTORNEY | 5/16/2008 | | Enter Revision | &Id |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IN CHARGE | | | D.2.821 |
| O | _44510139_ | 1 | *Sub Doc: Cover letter* | snanoos | Enter Revision | Acja 12 E124152.1 |
| O | 44510137 | ere 2 | **Notice of Hearing** | 5/14/2008 | Enter Revision | &id 12 13.2.821 |
| O | 44510138 | &C 2 | **Notice of Hearing** | 5/14/2008 | gnter Revision | add 12 Basket |
| El | 4452102 | At 50 | repondent's amended response to petitioner's motion for summary judgment | 5/14/2008 | gnter Revision | add 12 D22122 |
| O | 44524551 | 60 2 | **Letter to Judge Burg** | 5/12/2008 | Enter Revision | 6itgl IQ Basket |
| O | 44524550 | ₵M 4 | **Opposed Motion for Interim Attorney's Fees** | 5/12/2008 | Enter Revision | add h |
| O | 37538715 | t@l 2 | **DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED** | 5/2/2008 | Enter Revision | add 12 Basket |
| O | 37530654 go101J015208805 | O 2 | **Petitioner's Certificate of Written Discovery Directed to Respondent** | 5/12008 | Enter Revision | 60 h Basket |
| O | 44524611 | ¹@itt 1 | **PROPOSED ORDER ON PETITIONERS MOTION TO DISBURSE FUNDS FROM REGISTRY OF THE COURT** | 4/30/2008 | Enter Revision | Add Basket |
| O | 44567744 | 1 | **Exhibit 1** | 4/28/2008 | Enter Revision | 60 12 DOW |
| O | 44567745 | fire 1 | **Exhibit 2** | 4/28/2008 | Enter Revision | add 12 13.22/121 |
| O | 44567746 | ater 1 | **Exhibit 3** | 4/28/2008 | Enter Revision | .80 12 Basket |
| O | 44524721 | LW 1 | **Exhibit C** | 4/28/2008 | Enter Revision | add 12 Basket |
| O | 44524723 | ar 1 | **Exhibit D** | 4/28/2008 | Enter Revision | AO 12 Basket |
| O | 44524625 | //gre 1 | **FAX CONFIRMATION** | 4/28/2008 | Enter Revision | bad Basket |
| O | 44524627 | 1 | **FAX CONFIRMATION** | 4/28/2008 | Enter Revision | 6Lid 12 1322122 |
| O | 44524606 | eler 1 | **LETTER TO COUNSEL** | 4/28/2008 | Enter Revision | ea L.i. finial |
| O | 44524626 | of 1 | **LETTER TO MR.DAVID** | 428/2008 | Enter Revision | add 11/ Begc t |
| O | 44524604 | @PO 1 | **LETTER TO MR2IEGLER** | 4/28/2008 | Enter Revision | ISM 14 fleDce |
| O | _44524605_ | eˡor 1 | *Sub Doc: FAX CONFIRMATION 4128/2008* | | Enter Revision | Agd 1_4 BOW |
| O | 44524618 | ocr 1 | **MOTION FOR INTERIM ATTORNEYS FEES** | 4/28/2008 | Enter Revision | 6,0 IQ Enakt |
| O | 44509677 | eft 1 | **Notice of Hearing** | 4/28/2008 | Enter Revision | 651E1 12 Basket |
| O | 44510133 | 2 | **PETITIONERS CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT** | 4/28/2008 | Enter Revision | add 12 fiagawl |
| O | _4451014_ | etr 1 | *Sub Doc: Cover letter* | 428ri008 | Enter Revision | AO IQ &Aid |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 44524617 | @re 1 | PROPOSED ORDER ON MOTION FOR INTERIM ATTORNEYS FEES | 4/28/2008 | | Enter Revision Agg | 12 |
| Et | 44524720 | WC' 2 | PROPOSED ORDER ON MOTION TO COMPEL DISCOVERY & FOR SANCTIONS | 4/28/2008 | | Enter Revision Ltd | Basket |
| CI | 44524831 | la'e 1 | PROPOSED ORDER ON OPPOSED RESPONDENTS REQUEST & MOTION TO RECEIVE INTERIM ATTORNEYS FEES & COSTS IN CONSTRUCTIVE TRUST ACCOUNT | 4/28/2008 | | Enter Revision | 12 Basket |
| ❑ | IW.26Vin | etr 2 | *Sub Doc: LETTER TO MR. CEASE & FAX CONFIRMATION* | 4/28/2008 | | Enter Revision Agg | 12 asjet |
| | | ,ffer 6 | *Sub Doc: OPPOSED RESPONDENTS REQUEST & MOTION TO RECEIVE INTERIM ATTORNEYS FEES & COSTS IN A CONSTRUCTIVE TRUST ACCOUNT* | 41281008 | | Enter Revision Add | To Basket |
| EI | 44524612 | agr 4 | PROPOSED ORDER ON PETITIONERS MOTION TO DISBURSE FUNDS FROM REGISTRY OF THE COURT | 4/28/2008 | | Enter Revision Add | To Basket |
| In | 44567743 | O 1 | PROPOSED ORDER ON RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES | 4f28/2008 | | Enter Revision Add | To Basket |
| ❑ | 44524619 | tr 1 | RESPONSE TO RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES | 4/28/2008 | | Enter Revision Agg | 12 Basket |
| ❑ | 44524621 | lae 1 | *Sub Doc: Exhibit 1* | 4/28/2008 | | Enter Revision Agg | 12 Basket |
| ❑ | 44524622 | t@tr | *Sub Doc: Exhibit ?* | 4/28/2008 | | Enter Revision agg | 12 Basket |
| ❑ | 44524623 | LEW 1 | *Sub Doc: Exhibit 3* | 4/28/2008 | | Enter Revision Agst | 12 Basket |
| ❑ | 44524624 | imr 1 | *Sub Doc: LETTER TO MR.DAVID* | 4128/2008 | | Enter Revision ,8gEt | 12 ?mit |
| ❑ | 44524620 | tdar 1 | *Sub Doc: PROPOSED ORDER ON RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES* | 4128/2008 | | Enter eAtian Add | 12 Basket |
| O | 44524628 | RO 1 | RESPONSE TO RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES | 4/28/2008 | | Enter Revision AO | To Basket |
| ❑ | 614 19134 | ,gver 2 | Order on Motion To Compel Discovery and For Sanctions | 4/22/2008 | ARD, STEVE | Enter Revision Add | To Basket |
| ❑ | 37305817 | 411 18 | SANCX - ORDER GRANTING SANCTIONS SIGNED | 4/17/2008 | | Enter Revision Add | To Basket |
| | | | CPROX - ORDER SIGNED COMPELLING PRODUCTION | 4/17/2008 | | | |
| O | 44509726 | 4 | Respondents Former Counsel's Motion For Direction On Remaining Monies | 4/17/2008 | ARD. STEVE | Enter Revision Add | Maks! |
| L:1 | 44524707 | 1 | OPPOSED RESPONDENTS MOTION TO RESET HEARINGS ON THESE MOTIONS SET FOR APRIL 14TH & MAY 14TH, 2008 | 4/10/2008 | | Enter Revision Add | 13.211S21 |
| EI | 44567749 | etr | Objection to Setting of Hearing | 4/8/2008 | | Enter Revision AO | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | **12** Basket |
| Q | 44567750 | ear 1 | Sub Doc: Fax Confirmation | 4/8/2008 | Enter Revision | ald 12 Basket |
| Q | 44567753 | gig 1 | Sub Doc: Fax Confirmation | 4/8/2008 | Enter Revision | Msj IQ fisslisl |
| In 1112⁷⁷21 | | de 1 | Sub Doc: Fax Confirmation | 4/8f2008 | Enter Revision | Add 12 Basket |
| O | 44567752 | 1 | Sub Doc: Faxed Letter to Mr.Cease | 4/8/2008 | Enter Revision | MA 12 Basket |
| Q | 44567748 | grer 1 | Sub Doc: Filing letter | 4/8/2008 | Enter Revision | MI 12 Basket |
| 0 | 44561115 | CO 1 | Sub Doc: Rule 11 Agreement | 4/8/2008 | Enter Revision | &Id To Basket |
| Q | 44567751 | 60 1 | Sub Doc: Supplemental Objection to Setting of Headngs | 41/8/2008 | Enter Revision | IQ Basket |
| Q | 44524634 | altr 3 | Respondents Response to Petitioners Motion to Disburse Funds from Registry of the Court | 4/7/2008 | Enter Revision | Add asket |
| Q | 44509467 | ONO 1 | objection to setting of hearing | 4/4/2008 | Enter Revision | &A Is Basket |
| El 14102.4.0 | | Igo 1 | Sub Doc: Exhibit a.1 | 4/4/2008 | Enter Revision | Mg Ig Basket |
| 1:1 4452240.2 | | 1 | Sub Doc: Exhibit a.2 | 4/4/2008 | rater Revision | Mil 12 Basket |
| El | 11509470 | etr 1 | Sub Doc: Exhibit a.3 | 4/4/2008 | Enter Revision | mg IQ Basket |
| 0 | IIMLULt | RO 1 | Sub Doc: Exhibit b.1 | 4/4/2008 | Enter Revision | Ms1 Is Basket |
| El I422E72 | | 1 | Sub Doc: Exhibit b.2 | 4/412008 | Enter Revision | 60 12 &Mid |
| Q | 44509474 | ear 1 | Sub Doc: Exhibit c.2 | 4/412008 | Enter Revision | Add 12 BEM |
| 0 | 44524704 | eg 1 | OPPOSED. RESPONDENTS MOTION TO ABATE & REQUEST FOR IN CAMERA HEARING | 4/2/2006 | Enter Revision | Add Is Basket |
| Q | 44524705 | Igg 1 | Sub Doc: PROPOSED ORDER ON RESPONDENTS MOTION TO ABATE | 4/2/2008 | Enter Revision | 60 Basket |
| Q | 36956285 | @ I | CONTX - ORDER SIGNED GRANTING CONTINUANCE | 3/28/2008 | Enter Revision | 182f1 Basket |
| Q | 37093121 | lit 1 | ORTX - ORDER SIGNED RESETTING TRIAL | 3/28/2008 | Enter Revision | )1_l1 L4 Basket |
| Q | 36955867 | Igi 1 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 3/28/2008 | Enter Revision | tkit 12 |
| O | 44509477 | eaor 3 | Notice of Hearing | 3/27/2008 | Enter Revision | |
| Q | 44509482 | 420 1 | Sub Doc: Cover letter | 3/27/2008 | Enter Revision | Basket 60 To Basket |
| 0 | 44229481 | twe 2 | Sub Doc: Notice of Hearing | 3/27/2008 | Enter Revision BO | |
| ID 4⁴/602 | | RO 2 | Sub Doc: opposed motion to enforce rule 11 agreement | 3/27/2008 | Enter Revision | Basket Add 12 i |

| | ID | | | Description | Date | | Revision |
|---|---|---|---|---|---|---|---|
| O | *44509478* | *Kr* 2 | | *Sub Doc: opposed motion to modify temporary onlers* | *3t27/2008* | Enter Revision | **Add** *IS* <u>Basket</u> |
| ID | 11229M2 | @ig 2 | | *Sub Doc: unopposed motion for preferential setting* | *3/27/2008* | Enter Revision | **add** 12 <u>Basket</u> |
| 0 | 44524708 | 2 | | **CORRECTION & SUPPLEMENTAL RESPONSE TO MOVANTS MOTION TO COMPEL & REQUEST FOR SANCTIONS** | 3/26/2008 | Enter Revision | **M** IQ <u>Basket</u> |
| 0 | 'MEMO | IRO 1 | | letter | 3/26/2008 | Enter Revision | iigg 12 lia§id |
| O | 44509463 | 64' 1 | | motion for substitution and designation of attorney In charge | 3/25/2008 | Enter Revision | 6,14 To auLqI |
| 0 | 445 64 | _Ig_O 1 | | notice of submission of respondent's motion for substitution and designation of attorney In charge | 3/25/2008 | Enter Revision | mg To <u>Bask</u>et |
| O | 44567742 | 3 | | Response to Movants Motion to Compel & Request for Sanctions | 3/20/2008 | Enter Revision | **Mg** 12 **Basket** |
| O | 44510136 | firgr 3 | | **RESPONDENTS UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING** | 3/19/2008 | Enter Revision | mg 12 **Basket** |
| O | *44510135* | 1 | | *Sub Doc: Notice of Hearing* | *3/19/2008* | Enter Revision | **Am** 12 **Basket** |
| O | 44510134 | tr 1 | | *Sub Doc: Proposed order* | *3/19/2008* | Enter Revision | **Agg** 12 **Basket** |
| O | 44509500 | ese 12 | | respondent's response to petitioners motion for summary judgment | 3/18/2008 | Enter Revision | **Add** 12 <u>Basket</u> |
| O | *44509501* | |es 6 | | *Sub Doc: Exhibit A* | *7/28/2009* | Enter Revision | mg Is <u>Basket</u> |
| O | 44512381 | tr 12 | | respondent's response to petitioners motion for summary judgment | 3/18/2008 | Enter Revision | mg 12 <u>Basket</u> |
| O | *44512382* | OO 6 | | *Sub Doc: Exhibit A* | *3/18/2008* | Enter Revision | **Egg** I4 **Bask**et |
| O | *44512383* | @d ar 1 | | *Sub Doc: Proposed order* | *3/1E1/2008* | Enter Revision | **Adj1** 1.12 **Basket** |
| 0 | 44⁵2.4422 | d 2 | | **Rule 11 Agreement** | 3/18/2008 | Enter Revision! | **MI** 12 **Basket** |
| O | 44524437 | girer 1 | | *Sub Doc: Filing letter* | *3/1E1/2008* | Enter Revision | **&Id** 12 • **Basket** |
| O | 44524632 | _gir_tr 2 | | **Petitioners Motion to Disburse Funds from Registry of the Court** | 3/6/2008 | Enter Revision | egg To **Basket** |
| O | *44524633* | tiogr 2 | | *Sub Doc: Exhibit A* | *3/8/2008* | Enter Revision | tljkl IL0 MIAeJ |
| O | 44509861 | OO 2 | | **Rule 11 Agreement** | 3/6/2008 | Enter Revision | **Adsj** 12 **Basket** |
| O | 44511104 | IRO 1 | | **DESIGNATION OF CO-COUNSEL** | 3/4/2008 | Enter Revision | **MI** IQ <u>Basket</u> |
| O | 44509488 | 420 1 | | motion to seal court records of cause #2001-38760 | 3/4/2008 | Enter Revision | **MI** 12 **Basket** |
| O | *44509489* | OO 1 | | *Sub Doc: Notice of Submission of respondent's motion to seal court records of cause 62001-38780* | 3/4/2008 | Enter Revision | **Add** 12 *Basket* |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 44509490 | 1 | *Sub Doc: Proposed order on motion to seal cowl records on cause Q001-38760* | 3/412008 | Enter Revision | Add 112 Basket |
| O | 445⁰948t4 | Igre 1 | **motion to seal court records of cause # 2006-47105** | 3/4/2008 | Enter Revision | Agtgj 12 Basket |
| El 4122fEW | 1E10 1 | *Sub Doc: notice of submission of respondent's motion to seal court records of cause #2006-47105* | 3/4/2008 | Enter Revision | MI 12 12251521 |
| El g45Q2I5 | ear 1 | *Sub Doc: Proposed order on motion to seal court words of cause #2006-47105* | 3/4/2008 | Enter Revision | AO IQ Baba |
| 0 | 4452⁹⁴14 | gO 2 | **Notice of Hearing** | 2/29/2008 | Enter Revision | Add Is Basket |
| O | 44502416 | 410 1 | *Sub Doc: Cover letter* | 2/29/2008 | Enter Revision | 90 12 Basket |
| Q | 44509483 | 1 | **Notice of Hearing** | 2/29/2008 | Enter Revision | 610 12 Basket |
| Q | 44512415 | tire 1 | **Notice of Hearing** | 2/29/2008 | Enter Revision | AO Is Basket |
| Q | 44511103 | Igo 1 | **Cover letter** | 2/25/2008 | )enter Revision | Add :rg Basket |
| Q | 44509459 | 1 | **Filing letter** | 2/25/2008 | Enter Revision | Add 12 Basket |
| Q | 44512414 | Ilitser 3 | **Filing letter** | 2/25/2008 | Enter Revision | Add Is Plait |
| El 44524444 | IWO 3 | **Motion to Compel Discovery & for Sanctions** | 2/25/2008 | Enter Revision | Mg Is Diailltal |
| El 44524441 | twe 29 | *Sub Doc: Exhibit A* | 2125/2008 | Enter Revision | 60 12 Basket |
| 0 | ⁴⁴⁵2402 | 420 1 | *Sub Doc: Exhibit 8* | 2/25/2008 | Enter Revision | askt 12 Basket |
| Q | 44509497 | [go 7 | **petitioner's motion for partial summary judgment** | 2/25/2008 | Enter Revision | MI Ia Basket |
| O | IIMEL22 | jirer 6 | *Sub Doc: Exhibit A* | 7/28/2009 | Enter Revision | Add 12 Basket |
| 0 | 14E22122 | aer 9 | *Sub Doc: Exhibit 8* | 7/28/2009 | Enter Revision | Mt 12 Basket |
| 0 | 44509487 | 420 3 | **Proposed order granting petitioners motion for partial summary judgment** | 2/25/2008 | Enter Revision | Add IQ Basket |
| Q | 44524711 | erg 2 | **PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT** | 2/22/2008 | Enter Revision | &4s1 Ig Basket |
| 0 | 44524710 | egg 1 | *Sub Doc: Filing letter* | 2/22/2008 | Enter Revision | 8g4g 12 Basket |
| 0 | 44509466 | 1 | **Filing letter** | 2/13/2008 | Enter Revision | Add IQ Basket |
| Q | 44509658 | 14 | **first amended original petition for divorce** | 2/13/2008 | Enter Revision | AO To Basket |
| Q | 44509663 | ggler 2 | **petitioner's certificate of written discovery directed to respondent** | 2/13/2008 | Enter Revision | 9cid To fillIgS21 |
| Q | 44509491 | OO 4 | **petitioner's first amended original answer to respondent's original counter petition for divorce** | 2/13/2008 | Enter Revision | Add Is Basket |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 35965580 | Iki | 2 | DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED | 2/7/2008 | | Enter Revision Add 1.2 Basket |
| 0 226668.2 | Igl | 2 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 2/7/2008 | | fatter Revision agg IQ Basket |
| 0 35710975 | I | 1 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 1/23/2008 | | Enter Revision Mt 12 Basket |
| 0 4152946.2 | | 1 | motion for interim attorney's fees | 1/22/2008 | | fatter Revision Agg 12 Basket |
| 0 44509678 | IgO | 2 | motion for substitution of counsel | 1/22/2008 | | Enter Revision Mg 12 Basket |
| 0 44524715 | og | 2 | ENTRY OF APPEARANCE | 1/3/2008 | | Enter Revision AO 12 AU |
| 0 44524713 | eler | 1 | Sub Doc: Filing letter | 1/3/2008 | | Enter Revision ggsi II? tce |
| 0 44524716 | . | 2 | Sub Doc: MOTION FOR SUBSTITUTION OF COUNSEL | 1/3/2008 | | Enter Revision ALig 12 fyaij |
| 0 44524718 | OO | 2 | Sub Doc: PROPOSED ORDER ON MOTION FOR SUBSTITUTION | 1/31008 | | Enter Revision mg 12 flagdei |
| 0 44509675 | @re | 3 | Notice of Hearing | 12/19/2007 | | Enter Revision Mit IQ Basket |
| 0 44509674 | Cr | 9 | financial information sheet | 12/10/2007 | | Enter Revision ,gag 12 Basket |
| 0 44509671 | | 5 | proposed amended temporary orders | 12/10/2007 | | Enter Revision Add Ifl Basket |
| 0 44509673 | gpf | 3 | Sub Doc: attachment 1 | 12/10/2007 | | Enter Revision Mg 12 Basket |
| 0 44509461 | RO | 1 | Receipt | 12/9/2007 | | Enter Revision Agg 12 Basket |
| 0 44509460 | 411o | 1 | FILING LETTER | 12/6/2007 | | Enter Revision Mg 12 Basket |
| 0 34444237 | IN | I | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED | 11/30/2007 | | Enter Revision AO 12 Basket |
| 0 f4098768 | K | 2 | ORDER ON MOTION TO MODIFY TEMPORARY ORDER AND CONSOLIDATE SAME | 11/30/2007 | | Enter Revision Agg 12 Basket |
| 0 44509668 | | 1 | deputy reporter statement | 11/27/2007 | | Enter Revision Agst IQ Basket |
| 0 44509714 | RO | 1 | Filing letter | 11/27/2007 | | Enter Revision Asici To Basket |
| 0 34663942 | t | I | CHNAX - ORDER SIGNED CHANGING NAME | 11/27/2007 | | Enter Revision Mg 12 Basket |
| 0 44509710 | WI | 2 | Respondent's Response To: Petitioner's Response To Respondent's "Request For" Motion To Modify Temporary Orders, Additional Temporary Orders and Second Additional Temporary Orders; and To Consolidate Same | 11/26/2007 | ARD, STEVE | Enter Revision Agg IQ Basket |
| 0 44509733 | oft | 4 | Amended Motion To Modify Temporary Orders. Additional Temporary Orders, and Second Additional Temporary Orders and; To Consolidate Same | 11/21/2007 | ARM STEVE | Enter Revision Mg 12 1315101 |
| 0 44509670 | igoe | 2 | fax transmittal | 11/21/2007 | | Enter Revision Agg 12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | 44509709 | 1 | Motion To Clarify Parties In Cause No. 2006-47105 | 11/21/2007 | ARD. STEVE | Enter Revision | aarat Afig |
| O | 44509669 | IRO 1 | Notice of Hearing | 11/21/2007 | | Enter Revision | gasket &id 12 Basket |
| O | Ilairdical | egg 2 | petitioner's response to respondent's request for motion to modify temporary orders, additional temporary orders and second additional temporary orders and to consolidate same | 11/20/2007 | | Enter Revision | Agg 12 Eitsis21 |
| O | 44509712 | 1 | Motion To Modify Temporary Orders. Additional Temporary Orders and Second Additional Temporary Orders and To Consolidate Same | 11/5/2007 | ARD. STEVE | Enter Revision | 6stri 12 Basket |
| O | 44509713 | tr 2 | Sub Doc: Respondent Marsha And-PhNips' Supporting Affidavit | 11/5/2007 | ARD, STEVE | Enter Revision | &IA IS Basket |
| O | 33423444 | Egi 2 | MTEDX -ORDER GRANTING MOTION TO ENFORCE JUDGMENT SIGNED | 10/25/2007 | | Enter Revision | Ati 12 Basket |
| O | 85299859 | iwer 2 | Motion to Enforce Order Enterer September 272007 for Plaintiff, Steve Ard to Provide Sworn Inventory and Appraisal of all Separate and Community Property Removed from 130 Beverly Lane, Bellaire, Tx by October 1, 2007 and Request for Sanctions and Request for Plaintiff Steve and to Complete Sworn Inventory and Appraisal In the form of the Texas Family Law Practice Manual, 2nd Ed., Form 7-1 or an Inventory and Appraisal of Prodocs. by a Date Certain, for use at Mediation | 10/24/2007 | | Enter Revision | 60 IQ Basket |
| O | 44524609 | '80 1 | LETTER TO MR.ZIEGLER | 10/23/2007 | | Enter Revision | Add Ag Basket |
| O | 44524610 | ʦ10 1 | LETTER TO MS.PHILLIPS | 10/11/2007 | | Enter Revision | Add 12 Basket |
| O | 44510155 | gotr I | MOTION FOR MEDIATION | 10/11/2007 | | Enter Revision | MI 12 Basket |
| O | 44527686 | ʕe 2 | MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 FOR PLAINTIFF, STEVE ARD TO SIGN MEDICAL CLAIM FORMS ENABLING MARSHA ARD-PHILLIPS TO FILE HER MEDICAL EXPENSES WITH THE PARTIES HEALTH INSURANCE AND REQUEST FOR SANCTIONS | 10/11/2007 | | Enter Revision | &id 12 1111.41 |
| O | 44527685 | CO 1 | Sub Doc: PROPOSED ORDERMOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 FOR PLAINTIFF, STEVE ARD TO SIGN MEDICAL CLAIM FORMS ENABLING MARSHA ARD-PHILLIPS TO FILE HER MEDICAL EXPENSES WITH THE PARTIES HEALTH INSURANCE AND REQUEST FOR SANCTIONS | 10/11/2007 | | Enter Revision | Mg 12 Basket |
| O | 33064292 | III i | CASO - ORDER SIGNED SETTING HEARING | 10/11/2007 | | Enter Revision | 60 12 13.211s2.1 |
| O | 44524552 | ʦC 2 | Request for Expedited Hearings On Motion to Enforce Sworn Inventory and Appraisal; Motion | 10/11/2007 | | Enter Revision | 60 12 Basket |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to Enforce Medical Claims Signatures: Motion for Mediation and Sanctions Motions to Enforce | | | |
| ❏ **Mit=** | IRO | | Signed Order | 10/11/2007 | Enter Revision | AO 12 Basket |
| O 64443733 | IMC 6 | | U.S. Department of Housing and Urban Development Settlement Statement | 10/5/2007 | Enter Revision | hasi 12 |
| ❏ 2202§Zit | 3 | | PRODX - ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED | 10/3/2007 | Enter Revision | MEI IQ hag |
| | | | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 1013/2007 | | |
| O 44510154 | Etag 2 | | EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 ALLOWING MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30.2007 THROUGH OCTOBER 5. 2007 AND REQUEST FOR SANCTIONS | 10/1/2007 | Enter Revision | egg 12 Basket |
| O 44510153 | egg 3 | | *Sub Doc: PROPOSED ORDER ON EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007* | 10/1/2007 | Enter Revision | gEtcl 12 13.8.88.1 |
| 0 44524607 | 4" 2 | | AMENDED MOTION TO COMPEL & FOR SANCTIONS; MOTION TO REQUIRE PLAINTIFF TO PROVIDE INVENTORY OF HOMESTEAD HOUSEHOLD ITEMS PRIOR TO REAL ESTATE CLOSING ON OCTOBER 5. 2007; MOTION TO ENFORCE TEMPORARY ORDERS & SECOND ADDITIONAL TEMPORARY ORDERS | 9/27/2007 | Enter Revision | 6skt 12 Basket |
| 44524608 | Irtr 1 | | *Sub Doc: Exhibit A* | 9/27/2007 | Enter Revision | Arld 12 Basket |
| O 65299863 | OO 2 | | Amended Motion to Compel and for Sanctions; Motion to Require Plaintiff to Provide Inventory of Homestead Household Items Prior to Real Estate Closing on October 5. 2007: Motion to Enforce Temporary Orders and Second Additional Temporary Orders | 9/27/2007 | Enter Revision | Mt 12 Basket |
| O 65299864 | elr 1 | | *Sub Doc: Exhibit A* | 9/27/2007 | *Enter* Revision | 12 Basket |
| 4451015 | of f 2 | | MOVANT/ DEFENDANTS THIRD MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS ON RULE 194 REQUEST FOR DISCLOSURE TO PLAINTIFF | 9/24/2007 | Enter Revision | /Icsl Tg Basket |
| O 44510151 | tge 4 | | *Sub Doc: Exhibit A* | 9/24/2007 | *Enter Revision Mg* | *Bask*et |
| O 44510149 | eler 2 | | EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 ALLOWING MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007 THROUGH OCTOBER 5, 2007 AND REQUEST FOR SANCTIONS | 9120/2007 | Enter Revision | &Id IQ |

| | | | | | |
|---|---|---|---|---|---|
| O | _44510148_ | irg 3 | *Sub Doc: PROPOSED ORDER ON EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 ALLOWING MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007 THROUGH OCTOBER 5, 2007 AND REQUEST FOR SANCTIONS* | 9/20/2007 | Enter Revision 65t1 *12* Basket |
| O | 44510150 | igrar 1 | **PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT MARSHA PHILLIPS** | 9/20/2007 | Enter Revision &ILI 12 f/8810.1 |
| O | 44510589 | ₁RO 2 | **MOTION TO REQUIRE PLAINTIFF'S TO PROVIDE INCVENOTRY OF HOMESTEAD HOUSEHOLD ITEMS PRIOR TO REAL ESTATE CLOSING ON OCTOBER 5, 2007** | 9/17/2007 | Enter Revision &IQ IQ Basket |
| O | 44510588 | etr 3 | *Sub Doc: PROPOSED ORDER ON MOTION TO REQUIRE PLAINTIFF'S TO PROVIDE INVENOTRY OF HOMESTEAD HOUSEHOLD ITEMS* | 9/17/2007 | Enter Revision. Aill 12 Basket |
| O | 32413439 | I@ 1 | **STIPX - ORDER APPROVING STIPULATION SIGNED** | 9/17/2007 | Enter Revision go 12 Basket |
| O | 44510144 | oft 2 | **AMENDED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS** | 9/14/2007 | gnte r Revision asisi RI Basket |
| O | _44510143_ | IRO 1 | *Sub Doc: PROPOSED ORDER ON MOT/ON TO COMPEL AND FOR SANCTIONS* | 9/14/2007 | Enter Revision M 12 *Basket* |
| O | 44510147 | Of 2 | **AMENDED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS** | 9/14/2007 | Enter Revision *gig* 12 ARAM |
| O | _44510146_ | of 1 | *Sub Doc: PROPOSED ORDER ON MOTION TO COMPEL AND FOR SANCTIONS* | 9/14/2007 | inter Revision MI 12 *Basket* |
| O | _44510145_ | etc 2 | **MOTION TO ENFORCE TEMPORARY ORDER'S ADDITIONAL TEMPORARY ORDERS AND SECOND ADDITIONAL TEMPORARY ORDERS** | 9/14/2007 | Enter Revision 60 12 BAWDS |
| EI | 44524168 | eg 2 | **Motion to Enforce Temporary Orders, Additional Temporary Orders & Second Additional Temporary Orders** | 9/14/2007 | Enter Revision agcl 12 MLitt |
| O | 44524870 | fire 1 | *Sub Doc: Exhibit A* | 9/14/2007 | Enter Revision gig Is Basket |
| O | 44524871 | ₁RO 2 | *Sub Doc: Exhibit B* | 9/14/2007 | Enter Revision 60 12 Basket |
| O | 44524872 | ₁per 2 | *Sub Doc: Exhibit C* | 9/14/2007 | Enter Revision gig 12 Basket |
| O | 44524873 | OO 3 | *Sub Doc: Exhibit D* | 9/14/2007 | Enter Revision go 12 Basket |
| O | 44524874 | ₁wit 11 | *Sub Doc: Exhibit E* | 9/14/2007 | Enter Revision AO 12 gasket |
| O | 44524869 | etc 1 | *Sub Doc: Proposed Order to Appear* | 9/14/2007 | Enter Revision MI 12 Basket |
| O | 32092025 | 1E1 2 | **CASO - ORDER SIGNED SETTING HEARING** | 9/14/2007 | g nter Revision Add 12 13.112101 |
| O | 44524867 | ₁go 3 | **Respondents Response to Plaintiffs Motion for Appointment of Receiver** | 9/10/2007 | meter Revision add 12 DRAM |

| Doc ID | | | Description | Date | Party | Action | |
|---|---|---|---|---|---|---|---|
| 0 44524866 | age | 1 | Objection to Notice of Hearing | 9/7/2007 | | Enter Revision | m_g 12 Basket |
| 0 44510141 | | 2 | RESPONDENT'S CERTIFICATE OF WRITTEN DISCOVERY | 9/5/2007 | | Enter Revision | Lgg is Basket |
| 0 44510075 | w | 2 | AMENDED DEFENDANTS DEMAND FOR JURY TRIAL | 8/23/2007 | | Enter Revision | mg IQ Basket |
| 0 44510087 | Kt | 1 | AMENDED NOTICE OF TERMINATION OF COUNSEL | 8/23/2007 | | Enter Revision | mg 12 Moil |
| O 44510084 | i4r | 1 | *Sub Doc: PROPOSED ORDER ON AMENDED NOTICE OF TERMINATION OF COUNSEL* | 8/23/2007 | | Enter Revision | &ld 12 *Basket* |
| 0 44510096 | ger | 2 | DEFENDANTS CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO PLAINTIFF'S STEVE ARD | 8/23/2007 | | Enter Revision | Ads! To Basket |
| O 44510091 | iRO | 1 | *Sub Doc: Cover letter* | 8/23/2007 | | Enter Revision | Mil To Basket |
| 0 44510098 | | 2 | DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO PLAINTIFF'S STEVE ARD | 8/23/2007 | | Enter Revision | Add To Basket |
| O 44510097 | ggitr | 1 | *Sub Doc: Cover letter* | 8/23/2007 | | Enter Revision | Add To Basket |
| 44510050 | fre | 1 | NOTICE OF TERMINATION OF COUNSEL | 8/17/2007 | | Enter Revision | Add 12 Basket |
| 0 4111.017 | ewer | 1 | *Sub Doc: PROPOSED ORDER ON TERMINATION OF COUNSEL* | 8/17/2007 | | Enter Revision | Add T2 Basket |
| 0 44510063 | CPO | 1 | REQUEST FOR JURY TRIAL | 8/14/2007 | | Enter Revision | Mg 12 Basket |
| O 44510059 | of | 1 | *Sub Doc: Receipt* | 8/14/2007 | | Enter Revision | mg 12 Basket |
| 0 44510056 | 42 | 1 | DESIGNATION OF CO 8/3/2007 | | | Enter Revision | Add 12 Basket |
| EI 44510053 | ear | 1 | *Sub Doc: PROPOSED ORDER ON DESIGNATION OF CO-COUNSEL* | 8/3/2007 | | Enter Revision | Add IQ Basket |
| 0 44510157 | tre | 3 | MARSHA ARD PHILLIPS MOTION TO COMPEL AND FOR SANCTIONS | 8/3/2007 | | Enter Revision | egg IQ Basket |
| 0 44510046 | IRO | 1 | PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT | 8/3/2007 | | Enter Revision | egg 12 Basket |
| O 44510043 | | 1 | *Sub Doc: Receipt* | 8/3/2007 | | Enter Revision | &11:1 12 Basket |
| 0 78948577 | tR2 | | SALPX - ORDER SGND GRANTING SALE OF PROPERTY | 6/8/2007 | | Enter Revision | MI |
| 0 65299855 | IRO | 3 | Second Additional Temporary Orders (signed) | 6/8/2007 | | Enter Revision | Add 12 Basket |
| 0 28948578 | til | 3 | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 8/8/2007 | | Enter Revision | mg To B:sket |
| 0 44509731 | ClO | 5 | Financial Information Statements | 5/22/2007 | ARO, STEVE | Enter Revision | Add To Basket |
| EI 44509732 | IRO | 6 | *Sub Doc: Attachment 1* | 5/22/2007 | ARID, STEVE | Enter Revision | 6A1 12 Basket |
| 0 44509706 | ocg | 4 | Motion For Additional Temporary Orders And Order Setting Hearing | 5/112007 | ARD, STEVE | Enter Revision | edit 1.4 Basket |

| | | | | Date | Party | | |
|---|---|---|---|---|---|---|---|
| O | 26795339 | 12 1 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 2/18/2007 | | Enter Revision | Mg 1g Basket |
| O | 44509708 | ter 1 | Motion For Substitution of Counsel | 2/13/2007 | ARD, STEVE | Enter Revision | MEI 1g Basket |
| O | 26605285 | f@ 2 | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 2/8/2007 | | Enter Revision | Mg Ig Basket |
| O | 44509716 | 3 | Temporary Orders | 2/8/2007 | ARD, STEVE | Enter Revision | Aug Basket |
| O | 44509717 | tr 1 | *Sub Doc: Rule 11 Agreement on Petitioner's Rule 194 Request For Disclosure* | 2/8/2007 | ARD, STEVE | Enter Revision | Aug 12 Basket |
| CI | 44510102 | ear 2 | Filing letter | 1/29/2007 | | Enter Revision | Mg To Basket |
| O | 44509718 | @re 7 | Financial Information Statement | 1/29/2007 | ARD, STEVE | Enter Revision | Add To Basket |
| O | 44510038 | ge 4 | FINANCIAL INFORMATION STATEMENT | 1/29/2007 | | Enter Revision | )1(lg To Basket |
| 0 | 44510041 | latr 3 | FINANCIAL INFORMATION STATEMENT | 1/24/2007 | | Enter Revision | Mg Basket |
| O | 44510129 | Igre 3 | FINANCIAL INFORMATION STATEMENT | 1/24/2007 | | Enter Revision | Mg 12 gasket |
| O | 44510206 | ater 1 | Revised-Attorney's Fees Paid by Steve Ard | 1/24/2007 | | Enter Revision | Mg IQ Basket |
| O | 26275151 | f 2 | MEDIF - MEDIATOR FEE AWARDED | 1/23/2007 | | Enter Revision | Add IQ Basket |
| O | 44510099 | IRO 1 | Cover letter | 1/22/2007 | | Enter Revision | Add 12 Basket |
| O | 44510131 | IRO 6 | TEMPORARY INJUNCTION | 1/19/2007 | | Enter Revision | Mg 1g Basket |
| O | 26248707 | 12 5 | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 1/19/2007 | | Enter Revision | Add IQ Basket |
| O | 44510130 | oar 2 | FINANCIAL INFORMATION STATEMENT | 1/17/2007 | | enter Revision | Mg RI Basket |
| O | 44510104 | ear 3 | SUBPOENA DUCES TECUM | 1/16/2007 | | filter Revision | Mg 12 Basket |
| O | 44527684 | CIO I | ATTORNEY'S FEES PAID BY MARSHA PHILLIPS FOR 2001-2003 FROM SEPERATE PROPERTY FUNDS | 1/11/2007 | | Enter Revision | agg 1:g Basket |
| O | 44527675 | @re I | *Sub Doc: Exhibit 1* | *1/11/2007* | | Enter Revision | Add "1:g Basket |
| O | 44527683 | fire 2 | *Sub Doc: Exhibit 10* | *1/11/2007* | | Enter Revision | Add To Basket |
| O | 44527676 | IRO 1 | *Sub Doc: Exhibit 2* | *1/11/2007* | | Fnter Revis bit | Add DI Basket |
| O | 44527677 | ratr 1 | *Sub Doc: Exhibit 3* | *1/11/2007* | | Enter Revision | Add To Basket |
| EI | 44527678 | @JO 1 | *Sub Doc: Exhibit 4* | *1/11/2007* | | Enter Revision | MIg To Basket |
| O | 44527679 | @Kr 1 | *Sub Doc: Exhibit 5* | *1/11/2007* | | Enter Revision | Mg Li Basket |
| O | 44527680 | ratte-1 | *Sub Doc: Exhibit 6* | *1/11/2007* | | Enter Revision | Mg |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 12<br>Basket |
| O *44527881* | *1* | *Sub Doc: Exhibit 7* | *1/11/2007* | | Enter Revision gig |
| | | | | | IQ<br>Basket |
| O *44527682* | *estr 1* | *Sub Doc: Exhibit 8* | *1/11/2007* | | Enter Revision tiski |
| | | | | | 12<br>1/661s21 |
| O 44510760 | 1 | **A'TTORNEYS FEES PAID BY PHILLIPS FOR 2001-2003 FROM SEPARATE PROPERTY FUNDS** | 1/11/2007 | | Enter Revision **Mt** |
| | | | | | 14<br>*Basket* |
| O *44510759* | *lRO 1* | *Sub Doc: Exhibit 1* | *1/11/2007* | | Enter Revision basi |
| | | | | | 12<br>Basket |
| O *44510750* | *1* | *Sub Doc: Exhibit 10* | *1/11/2007* | | Enter Revision &id |
| | | | | | IQ<br>Basket |
| O *44510749* | *etc 1* | *Sub Doc: Exhibit 11* | *1/11/2007* | | Enter Revision **Add** |
| | | | | | IQ<br>**alike** |
| O *44510748* | *LBO 1* | *Sub Doc: Exhibit 12* | *1/11/2007* | | Enter Revision *Add* |
| | | | | | To<br>**agget** |
| O *44510747* | *1* | *Sub Doc: Exhibit 13* | *1/11/2007* | | Enter Revision ho |
| | | | | | 12<br>**gasket** |
| O *44510746* | *60 1* | *Sub Doc: Exhibit 14* | *1/11/2007* | | Enter Revision &Lei |
| | | | | | D<br>Basket |
| O *44510745* | *et 1* | *Sub Doc: Exhibit 15* | *1/11/2007* | | Enter Revision gfirj |
| | | | | | 12<br>**&get** |
| O *44510744* | *1* | *Sub Doc: Exhibit 16* | *1/11/2007* | | Enter Revision **Aaci** |
| | | | | | IQ<br>**Basket** |
| O *44510743* | *fEPer 1* | *Sub Doc: Exhibit 17* | *1/11/2007* | | EnterRevision Ada |
| | | | | | 12<br>13.66k21 |
| O *44510740* | *4* | *Sub Doc: Exhibit 18* | *1/11/2007* | | Enter Revision Adit |
| | | | | | 12<br>Basket |
| O *44510758* | *rgrar 1* | *Sub Doc: Exhibit 2* | *1/11/2007* | | Enter Revision **Mg** |
| | | | | | 12<br>116.891 |
| O *44510757* | *alr 1* | *Sub Doc: Exhibit 3* | *1/11/2007* | | Enter Revision 60 |
| | | | | | 12<br>0.6.86.1 |
| O *44510756* | *off 1* | *Sub Doc: Exhibit 4* | *1/11/2007* | | Enter Revision gig |
| | | | | | 12<br>0.66.1161 |
| O *44510755* | *grer 1* | *Sub Doc: Exhibit 5* | *1/11/2007* | | Enter Revision Actd |
| | | | | | Is<br>0.66.I561 |
| O *44510754* | *1* | *Sub Doc: Exhibit 6* | *1/11/2007* | | Enter Revision 60 |
| | | | | | L9<br>Basket |
| O *44510753* | *gpstif 1* | *Sub Doc: Exhibit 7* | *1/11/2007* | | Enter Revision Mg1 |
| | | | | | 14<br>Basket |
| O *44510752* | *44 1* | *Sub Doc: Exhibit 8* | *1/11/2007* | | Enter Revision 60 |
| | | | | | 12<br>Basket |
| O *44510751* | *IMO 1* | *Sub Doc: Exhibit 9* | *1/11/2007* | | Enter Revision Mr1 |
| | | | | | IQ<br>**Basket** |
| 0 44505954 | **etc** 4 | Ex parte Application for Protective Order | 1/11/2007 | **ARD. STEVE** | Enter Revision *go* |
| | | | | | To<br>Basket |
| O *44505955* | Igo **3** | *Sub Doc: Attachment A* | *1/11/2007* | **ARD, STEVE** | Enter Revision Actgl |
| | | | | | 12<br>Ektilssi |
| O *44505957* | *lWO 1* | *Sub Doc: Exhibit 1* | *1/11/2007* | **ARD, STEVE** | Enter Revision Atict |
| | | | | | ISI |

**O**                                                                STEVE

| | | | | | |
|---|---|---|---|---|---|
| O | 44524432 | Ig**O** | Filing letter | 6/18/2008 | Enter |
| O | 44524433 | | *Sub Doc: Certificate of written discovery* | *6/1812008* | gag. |
| • | 44524553 | | Filing letter | 6/11/2008 | Enter |
| **O** | 44567747 | | Opposed Motion for Additional Interim Attorneys Fees | 6/11/2008 | Enter |
| O | 44509725 | I$_{VO}$ | Certificate of written discovery | 6/3/2008 | ARD, STEVE | Enter |
| O | 44509724 | | *Sub Doc: Filing letter* | *6/3/2008* | ARD, STEVE | Enter. |
| O | 44509722 | | Notice in Accordance with TRCP 193.7 | 5/23/2008 | ARD, STEVE | Enter |
| O | 44509735 | Wt⁻ | *Sub Doc: Filing letter* | *5/23/2008* | ARD, STEVE | Enter |
| O | 44505984 | 3 | Letter | 5/22/2008 | ARD-PHILLIPS, MARSHA | Enter |
| O | 44505985 | | *Sub Doc: Filing letter* | *5/22/2008* | ARD-PHILLIPS, MARSHA | Enter |
| O | 44509698 | | Motion For Appointment of Receiver | 5/22/2008 | ARD, STEVE | Enter |
| O | 37924898 | | ORTX - ORDER SIGNED RESETTING TRIAL | 5/22/2008 | | Enter |
| O | 44509703 | 0vv 3 | Petitioners Response To Respondents Motion For Additional Temporary Orders | 5/22/2008 | ARD, STEVE | Enter |
| O | 44509704 | | *Sub Doc: Motion To Compel Discovery and For Sanctions* | *5/22/2008* | ARD, STEVE | Enter |
| O | 44509727 | | Filing letter | 5/21/2008 | | Enter |
| O | 37924903 | 3 | APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 5/21/2008 | | Enter |
| O | 44509730 | 1 | Certificate of written discovery | 5/20/2008 | ARD, STEVE | Enter |

| Q | *44509728* | | | *Sub Doc: Filing letter* | *5120/2008* | ARD, STEVE | Enter |
|---|---|---|---|---|---|---|---|
| Q | 44510140 | | | ENTRY OF APPEARANCE AND DESIGNATION OF ATTORNEY IN CHARGE | 5/16/2008 | | Enter |
| Q | *44510139* | | | *Sub Doc: Cover letter* | *5116/2008* | | Enter |
| Q | 44510137 | | | Notice of Hearing | 5/14/2008 | | Enter |
| Q | 44510138 | | | Notice of Hearing | 5/14/2008 | | Enter |
| Q | 44509502 | | 50 | repondent's amended response to petitioner's motion for summary judgment | 5/14/2008 | | Enter_ |
| Q | 44524551 | | | Letter to Judge Burg | 5/12/2008 | | Enter |
| Q | 44524550 | | | Opposed Motion for Interim Attorney's Fees | 5/12/2008 | | Loki |
| Q | 37538715 | | 2 | DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED | 5/2/2008 | | Enter |
| Q | 37530664 ED101J015208805 | | 2 | Petitioner's Certificate of Written Discovery Directed to Respondent | 5/1/2008 | | Enter |
| Q | 44524611 | | 1 | PROPOSED ORDER ON PETITIONERS MOTION TO DISBURSE FUNDS FROM REGISTRY OF THE COURT | 4/30/2008 | | Enter |
| Q | 44567744 | | | Exhibit 1 | 4/28/2008 | | nter |
| Q | 44567745 | | 1 | Exhibit 2 | 4/28/2008 | | Enter |
| Q | 44567746 | | | Exhibit 3 | 4/28/2008 | | Enter |
| Q | 44524721 | | 1 | Exhibit C | 4/28/2008 | | Enter |
| Q | 44524723 | tide' 1 | | Exhibit D | 4/28/2008 | | Enter |
| Q | 44524625 | | | FAX CONFIRMATION | 4/28/2008 | | Enter |
| Q | 44524627 | | | FAX CONFIRMATION | 4/28/2008 | | Enter |

| | | | | | |
|---|---|---|---|---|---|
| O | 44524606 | | LETTER TO COUNSEL | 4/28/2008 | Enter |
| O | 44524626 | lgrer [1] | LETTER TO MR.DAVID | 4/28/2008 | Enter |
| O | 44524604 | WC [1] | LETTER TO MR.ZIEGLER | 4/28/2008 | Enter |
| O | 44524605 | el@Sr [1] | *Sub Doc: FAX CONFIRMATION 4128/2008* | | Enter |
| O | 44524618 | rw.0 | MOTION FOR INTERIM ATTORNEYS FEES | 4/28/2008 | Enter |
| O | 44509677 | r | Notice of Hearing | 4/28/2008 | Enter |
| O | 44510133 | | PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT | 4/28/2008 | Enter |
| O | 44510132 | | *Sub Doc: Cover letter* | *4/28/2008* | Enter |
| O | 44524617 | | PROPOSED ORDER ON MOTION FOR INTERIM ATTORNEYS FEES | 4/28/2008 | Enter |
| O | 44524720 | | PROPOSED ORDER ON MOTION TO COMPEL DISCOVERY & FOR SANCTIONS | 4/28/2008 | Enter |
| O | 44524631 | TZF1 | PROPOSED ORDER ON OPPOSED RESPONDENTS REQUEST & MOTION TO RECEIVE INTERIM ATTORNEYS *FEES* & COSTS IN CONSTRUCTIVE TRUST ACCOUNT | 4/28/2008 | Enter |
| O | 44524629 | | *Sub Doc: LETTER TO MR.CEASE & FAX CONFIRMATION* | *4/28/2008* | Enter |
| O | 44524630 | | *Sub Doc: OPPOSED RESPONDENTS REQUEST & MOTION TO RECEIVE INTERIM ATTORNEYS FEES & COSTS IN A CONSTRUCTIVE TRUST ACCOUNT* | *4/28/2008* | Enter |
| • | 44524612 | T7;.k | PROPOSED ORDER ON PETITIONERS MOTION TO DISBURSE FUNDS FROM REGISTRY OF THE COURT | 4/28/2008 | Enter |
| O | 44567743 | 1 | PROPOSED ORDER ON | 4/28/2008 | Enter |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES | | | |
| O | 44524619 | | RESPONSE TO RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES | 4/28/2008 | | Enter |
| : | 44524621 | | *Sub Doc: Exhibit 1* | *4/28a008* | | Enter |
| : | 44524622 | | *Sub Doc: Exhibit 2* | *4/28/2008* | | Enter |
| : | 44524623 | | *Sub Doc: Exhibit 3* | *4/28/2008* | | Enter |
| : | 44524624 | | *Sub Doc: LETTER TO MR.DAVID* | *4/28/2008* | | Enter |
| : | 44524620 | | *Sub Doc: PROPOSED ORDER ON RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES* | *4/28/2008* | | Enter |
| O | 44524628 | ·— | RESPONSE TO RESPONDENTS FORMER COUNSELS MOTION FOR DIRECTION FOR REMAINING MONIES | 4/28/2008 | | Enter |
| O | 44509734 | | Order on Motion To Compel Discovery and For Sanctions | 4/22/2008 | ARD, STEVE | Enter |
| O | 37305817 | I   18 | SANCX - ORDER GRANTING SANCTIONS *SIGNED* | 4/17/2008 | | Enter |
| | | | CPROX - ORDER SIGNED COMPELLING PRODUCTION | 4/17/2008 | | |
| O | 44509726 | a 4;_ 4 | Respondent's Former Counsel's Motion For Direction On Remaining Monies | 4/17/2008 | ARD, STEVE | Enter |
| O | 44524707 | trar I | OPPOSED RESPONDENTS MOTION TO RESET HEARINGS ON THESE MOTIONS SET FOR APRIL 14TH & MAY 14TH, 2008 | 4/10/2008 | | Enter |
| O | 44567749 | 4IO 1 | Objection to Setting of Hearing | 4/8/2008 | | Enter |
| O | 44567750 | 1 | *Sub Doc: Fax Confirmation* | *4/8/2008* | | Enter |
| O | 44567753 | 1 | *Sub Doc: Fax Confirmation* | *4/8/2008* | | Enter |

| | | | | |
|---|---|---|---|---|
| O  44567754 | | *Sub Doc: Fax Confirmation* | *4/8/2008* | Enter |
| O  44567752 | 117..%-,1 | *Sub Doc: Faxed Letter to Mr.Cease* | *4/8/2008* | Enter |
| O  44567748 | | *Sub Doc: Filing letter* | *4/8/2008* | Enter |
| O  44567755 | | *Sub Doc: Rule 11 Agreement* | *4/8/2008* | Enter |
| O  44567751 | 41 4 1 | *Sub Doc: Supplemental Objection to Setting of Hearings* | *4/8/2008* | Enter |
| O  44524634 | 3 | **Respondent's Response to Petitioner's Motion to Disburse Funds from Registry of the Court** | 4/7/2008 | Enter |
| O  44509467 | TIT .17:,1  1 | **objection to setting of hearing** | 4/4/2008 | Enter |
| O  44509468 | | *Sub Doc: Exhibit 8.1* | *4/4/2008* | Enter |
| O  44509469 | TT' q 1 | *Sub Doc: Exhibit a.2* | *4/4/2008* | *Enter* |
| O  44509470 | ?IF | *Sub Doc: Exhibit* a.3 | *4/4/2008* | Enter |
| O  44509471 | | *Sub Doc: Exhibit b.1* | *4/4/2008* | Enter |
| O  44509472 | *tilt 1* | *Sub Doc: Exhibit b.2* | *4/4/2008* | Enter |
| O  44509474 | lig 1 | *Sub Doc: Exhibit c.2* | *4/4/2008* | Enter |
| O  44524704 | **erg 1** | **OPPOSED, RESPONDENTS MOTION TO ABATE 84 REQUEST FOR IN CAMERA HEARING** | **4/2/2008** | Enter |
| O  44524705 | dik 1 | *Sub Doc: PROPOSED ORDER ON RESPONDENTS MOTION TO ABATE* | 4/2/2008 | Enter |
| O  36956285 | 1121  1 | **CONTX - ORDER SIGNED GRANTING CONTINUANCE** | 3/28/2008 | Enter |
| O  37093121 | Tic  1 | **ORTX - ORDER SIGNED RESETTING TRIAL** | 3/28/2008 | Enter |

| | | | | | |
|---|---|---|---|---|---|
| O | 36955867 | ej | **SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD** | **3/28/2008** | Enter |
| O | 44509477 | | **Notice of Hearing** | **3/27/2008** | Enter |
| O | 44509482 | TF | *Sub Doc: Cover letter* | *3/27/2008* | Enter |
| O | 44509481 | | *Sub Doc: Notice of Hearing* | *3/27/2008* | goal: |
| O | 44509479 | T1F ? | *Sub Doc: opposed motion to enforce rule 11 agreement* | *3/27/2008* | Enter |
| O | 44509478 | | *Sub Doc: opposed motion to modify temporary orders* | *3/27/2008* | Enter |
| O | 44509480 | GIe | *Sub Doc: unopposed motion for preferential setting* | *3/27/2008* | Enter |
| O | 44524708 | tier 2 | **CORRECTION & SUPPLEMENTAL RESPONSE TO MOVANTS MOTION TO COMPEL & REQUEST FOR SANCTIONS** | 3/2612008 | Enter |
| O | 44509465 | | letter | 3/26/2008 | Enter |
| O | 44509463 | tgtr 1 | motion for substitution and designation of attorney in charge | 3/25/2008 | Enter |
| O | 44509464 | | notice of submission of respondent's motion for substitution and designation of attorney in charge | 3/25/2008 | Enter |
| O | 44567742 | | **Response to Movants Motion to Compel & Request for Sanctions** | 3/20/2008 | Enter |
| O | 44510136 | | **RESPONDENT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING** | 3/19/2008 | Enter |
| O | 44510135 | | *Sub Doc: Notice of Hearing* | *3/19/2008* | Enter |
| : | 44510134 | OO 1 | *Sub Doc: Proposed order* | *3/19/2008* | Enter |
| O | 44509500 | 12 | respondent's response to petitioner's motion for summary judgment | 3/18/2008 | Enter |
| O | 44509501 | ace 6 | *Sub Doc: Exhibit A* | *7/28/2009* | Enter |

| Q | 44512381 | 12 | respondent's response to petitioner's motion for summary judgment | 3/18/2008 | Enter |
|---|---|---|---|---|---|
| Q | 44512382 | | *Sub Doc: Exhibit A* | *3/18/2008* | Enter |
| Q | 44512383 | | *Sub Doc: Proposed order* | *3/18/2008* | Enter |
| Q | 44524439 | | Rule 11 Agreement | 3/18/2008 | Enter |
| : | 44524437 | @to | *Sub Doc: Filing letter* | *3/18/2008* | grater |
| Q | 44524632 | igiag 2 | Petitioner's Motion to Disburse Funds from Registry of the Court | 3/6/2008 | Enter |
| Q | 44524633 | | *Sub Doc: Exhibit A* | *3/6/2008* | DAL |
| Q | 44509661 | | Rule 11 Agreement | 3/6/2008 | Enter |
| Q | 44511104 | FEW I | DESIGNATION OF CO-COUNSEL | 3/4/2008 | Enter |
| Q | 44509488 | | motion to seal court records of cause #2001-38760 | 3/4/2008 | Enter |
| Q | 44509489 | | *Sub Doc: Notice of Submission of respondent's motion to seal court records of cause #2001-38760* | *3/4/2008* | Enter |
| Q | 44509490 | | *Sub Doc: Proposed order on motion to seal court records on cause #2001-38760* | *3/4/2008* | Enter |
| Q | 44509484 | | motion to seat court records of cause #2006-47105 | 3/4/2008 | Enter |
| Q | 44509485 | | *Sub Doc: notice of submission of respondent's motion to seal court records of cause #2006-47105* | *3/4/2008* | Enter |
| : | 44509486 | | *Sub Doc: Proposed order on motion to seal court records of cause #2006-47105* | *3/4/2008* | Enter |
| Q | 44509475 | | Notice of Hearing | 2/29/2008 | Enter |
| Q | 44509476 | Tic ve•,,. | *Sub Doc: Cover letter* | *2/29/2008* | En er |

| | | | | |
|---|---|---|---|---|
| .0 44509483 | | Notice of Hearing | 2/29/2008 | agar_ |
| 0 44512415 | *erg* [1] | Notice of Hearing | 2/29/2008 | Enter |
| 0 44511103 | | Cover letter | 2/25/2008 | Enter |
| 0 44509459 | *17;* | Filing letter | 2/25/2008 | Enter |
| 0 44512414 | | Filing letter | 2/25/2008 | Enter |
| 0 44524440 | TIF | Motion to Compel Discovery & for Sanctions | 2/25/2008 | Enter |
| O 44524441 | dicer' 29 | *Sub Doc: Exhibit A* | *2/25/2008* | Enter |
| *0 44524442* | | *Sub Doc: Exhibit 8* | *2/25/2008* | Enter |
| 0 44509497 | @derᵈ 7 | petitioner's motion for partial summary judgment | 2/25/2008 | Enter, |
| O 44509498 | T IF | *Sub Doc: Exhibit A* | *7/28/2009* | Enter |
| *0 44509499* | TTP | *Sub Doc: Exhibit B* | *7/28/2009* | Enter |
| 0 44509487 | | Proposed order granting petitioner's motion for partial summary judgment | 2/25/2008 | Enter |
| 0 44524711 | | PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT | 2/22/2008 | Enter |
| O 44524710 | h ▮ | *Sub Doc: Filing letter* | *2/22/2008* | Enter |
| 0 44509466 | TT; | Filing letter | 2/13/2008 | Enter, |
| O 44509658 | 14 | first amended original petition for divorce | 2/13/2008 | Enter |
| O 44509663 | | petitioner's certificate of written discovery directed to respondent | 2/13/2008 | Enter |

| | | | | | | |
|---|---|---|---|---|---|---|
| O | 44509491 | | | petitioner's first amended original answer to respondent's original counter petition for divorce | 2/13/2008 | *Enter* |
| O | 35965580 | I | 2 | DSRFX - ORDER DISBURSING REGISTRY FUNDS SIGNED | 2/7/2008 | Enter |
| O | 36066689 | i | 2 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 2/7/2008 | Enter |
| O | 35710975 | @ | 1 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 1/23/2008 | Enter |
| O | 44509462 | igrar | 1 | motion for interim attorney's fees | 1/22/2008 | Enter |
| O | 44509678 | ale | 2 | motion for substitution of counsel | 1/22/2008 | Enter |
| O | 44524715 | | | ENTRY OF APPEARANCE | 1/3/2008 | Enter |
| O | 44524713 | | | *Sub Doc: Filing letter* | *1/3/2008* | Enter |
| O | 44524716 | | | *Sub Doc: MOTION FOR SUBSTITUTION OF COUNSEL* | *1/3/2008* | Enter |
| O | 44524718 | | | *Sub Doc: PROPOSED ORDER ON MOTION FOR SUBSTITUTION* | 1/3/2008 | Enter |
| O | 44509675 | 7;. | 3 | Notice of Headng | 12/19/2007 | Enter |
| O | 44509674 | | | financial information sheet | 12/10/2007 | Enter |
| O | 44509671 | | | proposed amended temporary orders | **12/10/2007** | Enter |
| O | 44509673 | ifiJ | | *Sub Doc: attachment 1* | *12/10/2007* | Enter |
| O | 44509461 | cre | 1 | Receipt | 12/9/2007 | Enter |
| O | 44509460 | CO | 1 | FILING LETTER | 12/6/2007 | Enter |
| O | 34444237 | g | 1 | MODIX - ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED | 11/30/2007 | Enter |
| O | 64098768 | &Or | 2 | ORDER ON MOTION TO | 11/30/2007 | Enter |

| | | | | | |
|---|---|---|---|---|---|
| | | MODIFY TEMPORARY ORDER AND CONSOLIDATE SAME | | | |
| O  44509668 | | deputy reporter statement | 11/27/2007 | | Enter |
| O  44509714 | 1 | Filing letter | 11/27/2007 | | *Enter* |
| O  34663942 | 1 | CHNAX - ORDER SIGNED CHANGING NAME | 11/27/2007 | | Enter |
| O  44509710 | | Respondent's Response To: Petitioners Response To Respondent's "Request For" Motion To Modify Temporary Orders, Additional Temporary Orders and Second Additional Temporary Orders; and To Consolicate Same | 11/26/2007 | ARD, STEVE | Enter |
| O  44509733 | | Amended Motion To Modify Temporary Orders, Additional Temporary Orders, and Second Additional Temporary Orders and; To Consolidate Same | 11/21/2007 | ARD, STEVE | Enter |
| O  44509670 | | fax transmittal | 11/21/2007 | | Enter |
| O  44509709 | | Motion To Clarify Parties In Cause No. 2006-47105 | 11/21/2007 | ARD, STEVE | Enter |
| O  44509669 | aft | Notice of Hearing | 11/21/2007 | | Enter |
| O  44509666 | | petitioner's response to respondent's request for motion to modify temporary orders, additional temporary orders and second additional temporary orders and to consolidate same | 11/20/2007 | | Enter |
| O  44509712 | | Motion To Modify Temporary Orders, Additional Temporary Orders and Second Additional Temporary Orders and To Consolidate Same | 11/5/2007 | ARD, STEVE | gag_ |
| ❏  *44509713* | | *Sub Doc: Respondent Marsha Ard-Phillips' Supporting Affidavit* | *11/5/2007* | ARD, STEVE | Enter |
| ❏  33423444 | •     2 | MTEDX - ORDER GRANTING MOTION TO ENFORCE JUDGMENT SIGNED | 10/25/2007 | | Enter |
| O  65299859 | | Motion to Enforce Order Enterer September 27,2007 for Plaintiff, Steve Ard to Provide Sworn Inventory and Appraisal of all Separate and Community | 10/24/2007 | | Enter |

|  |  |  | Property Removed from 130 Beverly Lane, Bellaire, Tx by October 1, 2007 and Request for Sanctions and Request for Plaintiff Steve and to Complete Sworn Inventory and Appraisal in the form of the Texas Family Law Practice Manual, 2nd Ed., Form 7-1 or an Inventory and Appraisal of Prodocs, by a Date Certain, for use at Mediation |  |  |
| 0 44524609 | iTh'% | 1 | LETTER TO MR.ZIEGLER | 10/23/2007 | Enter |
| 0 44524610 | fire | 1 | LETTER TO MS.PHILLIPS | 10/11/2007 | grilm |
| 0 44510155 |  |  | MOTION FOR MEDIATION | 10/11/2007 | Enter |
| 0 44527686 |  |  | MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 FOR PLAINTIFF, STEVE ARD TO SIGN MEDICAL CLAIM FORMS ENABLING MARSHA ARO-PHILLIPS TO FILE HER MEDICAL EXPENSES WITH THE PARTIES HEALTH INSURANCE AND REQUEST FOR SANCTIONS | 10/11/2007 | gnim |
| O 44527685 | r17 %4 | 1 | *Sub Doc: PROPOSED OROERMOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 FOR PLAINTIFF, STEVE ARD TO SIGN MEDICAL CLAIM FORMS ENABLING MARSHA ARD-PHILLIPS TO FILE HER MEDICAL EXPENSES WITH THE PARTIES HEALTH INSURANCE AND REQUEST FOR SANCTIONS* | *10/11/2007* | Etter |
| 0 33064292 | 1 | 1 | CASO - ORDER SIGNED SETTING HEARING | 10/11/2007 | Enter |
| 0 44524552 |  | 2 | Request for Expedited Hearings On Motion to Enforce Sworn Inventory and Appraisal; Motion to Enforce Medical Claims Signatures; Motion for Mediation and Sanctions Motions to Enforce | 10/11/2007 | Enter |
| 0 65299860 |  |  | Signed Order | 10/11/2007 | Enter |

| | | | | | | |
|---|---|---|---|---|---|---|
| O | 64443733 | | | U.S. Department of Housing and Urban Development Settlement Statement | 10/5/2007 | Enter |
| O | 32840679 | lit | 3 | PRODX - ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED | 10/3/2007 | Eager. |
| | | | | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 10/3/2007 | |
| O | 44510154 | Egiter | 2 | EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 ALLOWING MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007 THROUGH OCTOBER 5, 2007 AND REQUEST FOR SANCTIONS | 10/1/2007 | Enter |
| O | 44510153 | EW | 3 | *Sub Doc: PROPOSED ORDER ON EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 MARSHA ARO-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007* | 10/1/2007 | *Enter* |
| O | 44524607 | 021 | 2 | AMENDED MOTION TO COMPEL & FOR SANCTIONS; MOTION TO REQUIRE PLAINTIFF TO PROVIDE INVENTORY OF HOMESTEAD HOUSEHOLD ITEMS PRIOR TO REAL ESTATE CLOSING ON OCTOBER 5, 2007; MOTION TO ENFORCE TEMPORARY ORDERS & SECOND ADDITIONAL TEMPORARY ORDERS | 9/27/2007 | Enter |
| O | 44524608 | erg | 1 | *Sub Doc: Exhibit A* | 9/27/2007 | Enter |
| O | 65299863 | ditr | 2 | Amended Motion to Compel and for Sanctions; Motion to Require Plaintiff to Provide Inventory of Homestead Household Items Prior to Real Estate Closing on October 5, 2007; Motion to Enforce Temporary Orders and Second Additional Temporary Orders | 9/27/2007 | En i |
| : | 65299864 | | 1 | *Sub Doc: Exhibit A* | 9/2712007 | Enter |
| O | 44510152 | Egrer | 2 | MOVANT/ DEFENDANT'S THIRD MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS ON RULE 194 | 9/24/2007 | go'. |

| | | | | |
|---|---|---|---|---|
| | | **REQUEST FOR DISCLOSURE TO PLAINTIFF** | | |
| *0 44510151* | ere 4 | *Sub Doc: Exhibit A* | *9/24/2007* | Enter |
| 0 44510149 | *UP 'Yfi* | **EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 ALLOWING MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007 THROUGH OCTOBER 5, 2007 AND REQUEST FOR SANCTIONS** | 9/20/2007 | Enter |
| *0 44510148* | 11F | *Sub Doc: PROPOSED ORDER ON EMERGENCY MOTION TO ENFORCE ORDER ENTERED SEPTEMBER 27, 2007 ALLOWING MARSHA ARD-PHILLIPS RE-ENTRY TO HOMESTEAD FROM SEPTEMBER 30, 2007 THROUGH OCTOBER 5, 2007 AND REQUEST FOR SANCTIONS* | *9/20/2007* | Enter |
| 0 44510150 | 17? 41· | **PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT MARSHA PHILLIPS** | 9120/2007 | Enter |
| 0 44510589 | | **MOTION TO REQUIRE PLAINTIFF'S TO PROVIDE INCVENOTRY OF HOMESTEAD HOUSEHOLD ITEMS PRIOR TO REAL ESTATE CLOSING ON OCTOBER 5, 2007** | 9/17/2007 | Enter |
| *0 44510588* | | *Sub Doc: PROPOSED ORDER ON MOTION TO REQUIRE PLAINTIFF'S TO PROVIDE INVENOTRY OF HOMESTEAD HOUSEHOLD ITEMS* | *9/17/2007* | Enter |
| 0 32413439 | | **STIPX - ORDER APPROVING STIPULATION SIGNED** | 9/17/2007 | Enter |
| 0 44510144 | | **AMENDED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS** | 9/14/2007 | Enter |
| *44510143* | aer ¹ | *Sub Doc: PROPOSED ORDER ON MOTION TO COMPEL AND FOR SANCTIONS* | *9/14/2007* | Enter |
| 0 44510147 | | **AMENDED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS** | 9/14/2007 | Enter |
| **0** *44510146* | ?e,· | *Sub Doc: PROPOSED ORDER* | *9/14/2007* | Enter |

| | | | | | |
|---|---|---|---|---|---|
| | | | *ON MOTION TO COMPEL AND FOR SANCTIONS* | | |
| O | 44510145 | | MOTION TO ENFORCE TEMPORARY ORDER'S ADDITIONAL TEMPORARY ORDERS AND SECOND ADDITIONAL TEMPORARY ORDERS | 9/14/2007 | Enter |
| O | 44524868 | ckg 2 | Motion to Enforce Temporary Orders, Additional Temporary Orders & Second Additional Temporary Orders | 9/14/2007 | Enter |
| O | 44524870 | rIF | *Sub Doc: Exhibit A* | *9/14/2007* | *Enter* |
| • | 44524871 | rzr | *Sub Doc: Exhibit* 13 | *9/14/2007* | Enter |
| O | 44524872 | @kg 2 | *Sub Doc: Exhibit C* | *9/14/2007* | Enter |
| O | 44524873 | T1T..% 3 | *Sub Doc: Exhibit D* | *9/14/2007* | Enter |
| O | 44524874 | gg 11 | *Sub Doc: Exhibit E* | *9/14/2007* | Enter |
| O | 44524869 | | *Sub Doc: Proposed Order to Appear* | *9/14/2007* | Enter |
| O | 32092025 | rig 2 | CASO - ORDER SIGNED SETTING HEARING | 9/14/2007 | Enter |
| O | 44524867 | 4111O 3 | Respondent's Response to Plaintiffs Motion for Appointment of Receiver | 9/10/2007 | *Enter* |
| O | 44524866 | | Objection to Notice of Hearing 9/7/2007 | | Enter |
| O | 44510141 | | RESPONDENTS CERTIFICATE OF WRITTEN DISCOVERY | 9/5/2007 | Enter |
| O | 44510075 | iIF ~ | AMENDED DEFENDANTS DEMAND FOR JURY TRIAL | 8/23/2007 | Enter |
| O | 44510087 | | AMENDED NOTICE OF TERMINATION OF COUNSEL | 8/23/2007 | Enter |
| O | 44510084 | 71F . /§''' | *Sub Doc: PROPOSED ORDER ON AMENDED NOTICE OF TERMINATION OF COUNSEL* | 8/23/2007 | Enter |
| O | 44510096 | erje 2 | DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY | 8/23/2007 | Enter |

|   |   |   | DIRECTED TO PLAINTIFF'S STEVE ARD |   |   |   |
|---|---|---|---|---|---|---|
| **O** 44510091 |   |   | *Sub Doc: Cover letter* | 8/23/2007 |   | Enter |
| **O** 44510098 |   | 2 | DEFENDANTS CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO PLAINTIFF'S STEVE ARD | 8/23/2007 |   | **Eau.** |
| **O** 44510097 | aft |   | *Sub Doc: Cover letter* | 8/2312007 |   | Enter |
| **O** 44510050 |   |   | NOTICE OF TERMINATION OF COUNSEL | 8/17/2007 |   | Enter |
| **O** 44510047 |   |   | *Sub Doc: PROPOSED ORDER ON TERMINATION OF COUNSEL* | 8/17/2007 |   | Engl. |
| **O** 44510063 |   |   | REQUEST FOR JURY TRIAL | **8/14/2007** |   | Enter |
| **O** 44510059 |   | 1 | *Sub Doc: Receipt* | 8/14/2007 |   | Enter |
| **O** 44510056 |   | 1 | DESIGNATION OF CO-COUNSEL | 8/3/2007 |   | Enter |
| **O** 44510053 |   | 1 | *Sub Doc: PROPOSED ORDER ON DESIGNATION OF CO-COUNSEL* | 8/3/2007 |   | Enter |
| **O** 44510157 |   | 3 | MARSHA ARD-PHILLIP'S MOTION TO COMPEL AND FOR SANCTIONS | 8/3/2007 |   | )*rater |
| **O** 44510046 |   | 1 | PETITIONER'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO RESPONDENT | 8/3/2007 |   | Enter |
| **O** 44510043 |   | 1 | *Sub Doc: Receipt* | 8/3/2007 |   | *gnter* |
| **O** 28948577 |   | 2 | SALPX - ORDER SGND GRANTING SALE OF PROPERTY | 6/6/2007 |   | alt er |
| **O** 65299855 |   | 3 | Second Additional Temporary Orders (signed) | 6/6/2007 |   | inter |
| **O** 28948578 |   | 3 | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 6/612007 |   | Enter |
| **O** 44509731 |   | 5 | Financial Information Statements | 5/22/2007 | ARD, STEVE | galar. |
| **O** 44509732 |   |   | *Sub Doc: Attachement* 1 | *5/22/2007* | ARD, STEVE | *gem* |

| | | | | | | |
|---|---|---|---|---|---|---|
| • | 44509706 | | Motion For Additional Temporary Orders And Order Setting Hearing | 5/11/2007 | ARD, STEVE | Enter |
| O | 26795339 | ziA | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 2/16/2007 | | Enter |
| O | 44509708 | | Motion For Substitution of Counsel | 2/13/2007 | ARD, STEVE | Enter |
| O | 26605285 | CI 2 | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 2/8/2007 | | gag: |
| O | 44509716 | 3 | Temporary Orders | 2/8/2007 | ARD, STEVE | Enter |
| O | *44509717* | | *Sub Doc: Rule 11 Agreement on 2/8/2007 Petitioner's Rule 194 Request For Disclosure* | | ARD, STEVE | Enter |
| O | 44510102 | it4O 2 | Filing letter | 1/29/2007 | | Enter |
| O | 44509718 | | Financial Information Statement | 1/29/2007 | ARD, STEVE | Enter |
| O | 44510038 | TIC | FINANCIAL INFORMATION STATEMENT | 1/29/2007 | | Enter, |
| O | 44510041 | 420 3 • | FINANCIAL INFORMATION STATEMENT | 1/24/2007 | | |
| O | 44510129 | | FINANCIAL INFORMATION STATEMENT | 1/24/2007 | | En er |
| O | 44510206 | 1 | Revised-Attorney's Fees Paid by Steve Ard | 1/24/2007 | | Enter |
| O | 26275151 | 2 | MEDIF - MEDIATOR FEE AWARDED | 1/23/2007 | | Enter |
| O | 44510099 | 1 | Cover letter | 1/22/2007 | | Enter |
| O | 44510131 | | TEMPORARY INJUNCTION | 1/19/2007 | | Enter |
| O | 26248707 | 1 5 | TEOM - TEMPORARY ORD SIGNED WITHOUT CHILDREN | 1/19/2007 | | nter |
| O | 44510130 | | FINANCIAL INFORMATION STATEMENT | 1/17/2007 | | Enter |
| | 44510104 | 3 | SUBPOENA DUCES TECUM | 1/16/2007 | | Enter |

O

| | | | | | |
|---|---|---|---|---|---|
| O | 44527684 | ⊞ | ATTORNEY'S FEES PAID BY MARSHA PHILLIPS FOR 2001-2003 FROM SEPERATE PROPERTY FUNDS | 1/11/2007 | Gnter |
| O | 44527675 | | *Sub Doc: Exhibit 1* | 1/11/2007 | Enter |
| O | 44527683 | | *Sub Doc: Exhibit 10* | 1/11/2007 | Enter |
| O | 44527676 | | *Sub Doc: Exhibit 2* | 1/11/2007 | Enter |
| O | 44527677 | | *Sub Doc: Exhibit 3* | 1/1112007 | Enter |
| O | 44527678 | | *Sub Doc: Exhibit 4* | 1/11/2007 | Enter |
| O | 44527679 | ,17,. | *Sub Doc: Exhibit 5* | 1/11/2007 | Enter |
| : | 44527680 | | *Sub Doc: Exhibit 6* | 1/11/2007 | Enter |
| O | 44527681 | 1 | *Sub Doc: Exhibit 7* | 1/11/2007 | Enter |
| O | 44527682 | 1 | *Sub Doc: Exhibit 8* | 1/11/2007 | EARL |
| O | 44510760 | 1 | ATTORNEY'S FEES PAID BY PHILLIPS FOR 2001-2003 FROM SEPARATE PROPERTY FUNDS | 1111/2007 | |
| O | 44510759 | | *Sub Doc: Exhibit 1* | 1/11/2007 | Enter |
| O | 44510750 | | *Sub Doc: Exhibit 10* | 1/11/2007 | Enter |
| O | 44510749 | | *Sub Doc: Exhibit 11* | 1/11/2007 | Enter |
| : | 44510748 | 1 | *Sub Doc: Exhibit 12* | 1/11/2007 | Entar. |
| O | 44510747 | | *Sub Doc: Exhibit 13* | 1/11/2007 | Enter |
| O | 44510746 | | *Sub Doc: Exhibit 14* | 1/1112007 | *gaff.* |

| | | | | | | |
|---|---|---|---|---|---|---|
| _O_ | _44510745_ | r 1 | Sub Doc: Exhibit 15 | 1/1112007 | | Enter |
| O | _44510744_ | 1 | **Sub Doc: Exhibit 16** | **1/11/2007** | | **Enter** |
| O | _44510743_ | | *Sub Doc: Exhibit 17* | *1/11/2007* | | *Enter* |
| _O_ | _44510740_ | 117. | **Sub Doc: Exhibit 18** | **1/11/2007** | | Enter |
| _O_ | _44510758_ | | **Sub Doc: Exhibit 2** | **1/11/2007** | | Enter |
| | _44510757_ | | **Sub Doc: Exhibit 3** | 1/11/2007 | | Enter |
| _O_ | _44510756_ | | *Sub Doc: Exhibit 4* | *1/11/2007* | | *gaff.* |
| _O_ | _44510755_ | | **Sub Doc: Exhibit 5** | **In 1/2007** | | Enter |
| _O_ | _44510754_ | | **Sub Doc: Exhibit 6** | 1/11/2007 | | Enter |
| _O_ | _44510753_ | *er* 1 | **Sub Doc: Exhibit 7** | **1/11/2007** | | Enter |
| _O_ | _44510752_ | | **Sub Doc: Exhibit 8** | 1/11/2007 | | Enter |
| _O_ | _44510751_ | *024?* 1 | **Sub Doc: Exhibit 9** | **1/11/2007** | | **Enter** |
| _O_ | 44505954 | | **Ex parte Application for** Protective Order | **1/11/2007** | **ARD,** STEVE | Enter |
| _O_ | _44505955_ | | Sub Doc: Affachment A | 1/112007 | ARD, STEVE | Enter |
| _O_ | _44505957_ | ,17- *d* Sub Doc: Exhibit 1 | | 1/11/2007 | ARD, STEVE | Enter |
| _O_ | _44505958_ | *02O* 1 | Sub Doc: Exhibit 2 | 1/11/2007 | ARD, STEVE | Enter |
| O | _44505960_ | 117, ' ;; 1 | Sub Doc: Exhibit 3 | 1/11/2007 | ARD, STEVE | Enter |

| | | | | | |
|---|---|---|---|---|---|
| _44505962_ | | *Sub Doc: Exhibit 4* | *1/11/2007* | ARD, STEVE | _Enter_ |
| O _44505963_ | | *Sub Doc: Exhibit 5* | *1/11/2007* | ARD, STEVE | _Enter_ |
| O _44505964_ | 4 | *Sub Doc: Exhibit 8* | *1111/2007* | ARD, STEVE | _Enter_ |
| O _44505965_ | 4 | *Sub Doc: Exhibit 7* | *1/11/2007* | ARD, STEVE | _Enter_ |
| O _44505966_ | 2 | *Sub Doc: Exhibit 8* | *1/11/2007* | ARD, STEVE | _Enter_ |
| O _44510610_ | | **Exhibit 7** | 1/11/2007 | | _Enter_ |
| O _44510735_ | | **EXPENSES PAID BY MARSHA PHILLIPS PREVIOUSLY COURT ORDERED SEPARATE PROPERTY** | 1/11/2007 | | _Enter_ |
| O _44510731_ | | *Sub Doc: Exhibit 1* | *1/11/2007* | | _Enter_ |
| O _44510698_ | TIF | *Sub Doc: Exhibit 10* | *1/11/2007* | | _Enter_ |
| O _44510694_ | 1 | *Sub Doc: Exhibit 11* | *1/11/2007* | | _Enter_ |
| O _44510691_ | | *Sub Doc: Exhibit 12* | *1/11/2007* | Eater | |
| O _44510687_ | | *Sub Doc: Exhibit 13* | *1/11/2007* | Ewer | |
| O _44510682_ | | *Sub Doc: Exhibit 14* | *1/11/2007* | | _Enter_ |
| O _44510678_ | | *Sub Doc: Exhibit 15* | *1/11/2007* | | _Enter_ |
| O _44510675_ | | *Sub Doc: Exhibit 16* | *1/11/2007* | | _Enter_ |
| O _44510672_ | OO 1 | *Sub Doc: Exhibit 17* | *1/11/2007* | | _Enter_ |
| _44510669_ | | *Sub Doc: Exhibit 18* | *1/11/2007* | | _Enter_ |
| O _44510666_ | | *Sub Doc: Exhibit 19* | *1/11/2007* | | _Enter_ |

| | | | | |
|---|---|---|---|---|
| 0 44510727 | rir | Sub Doc: Exhibit 2 | 1/11/2007 | Enter |
| 0 44510663 | Ito | Sub Doc: Exhibit 20 | 1/11/2007 | Enter |
| 0 44510659 | | Sub Doc: Exhibit 21 | 1/11/2007 | Enter |
| 0 44510655 | t17 | Sub Doc: Exhibit 22 | 1/11/2007 | Enter |
| 0 44510653 | gilt 1 | Sub Doc: Exhibit 23 | 1/11/2007 | Enter |
| 0 44510650 | | Sub Doc: Exhibit 24 | 1/11/2007 | Enter |
| 0 44510647 | Egiti g | Sub Doc: Exhibit 25 | 1/11/2007 | Enter |
| 0 44510644 | | Sub Doc: Exhibit 26 | 1/11/2007 | Enter |
| 0 44510640 | | Sub Doc: Exhibit 27 | 1/11/2007 | Enter |
| 0 44510637 | aft 1 | Sub Doc: Exhibit 28 | 1/11/2007 | Enter |
| 0 44510635 | &SP 1 | Sub Doc: Exhibit 29 | 1/11/2007 | Enter |
| 0 44510723 | titit g 1 | Sub Doc: Exhibit 3 | 1/11/2007 | Enter |
| 0 44510634 | | Sub Doc: Exhibit 30 | 1/11/2007 | Enter |
| 0 44510633 | talc 1 | Sub Doc: Exhibit 31 | 1/11/2007 | Enter. |
| 0 44510632 | | Sub Doc: Exhibit 32 | 1/11/2007 | Enter |
| 0 44510631 | | Sub Doc: Exhibit 33 | 1/11/2007 | Enter |
| 0 44510630 | | Sub Doc: Exhibit 34 | 1/11/2007 | Enter |

| | | | |
|---|---|---|---|
| 44510629 | Sub Doc: Exhibit 35 | 1/11/2007 | Enter |
| 0 44510628 | Sub Doc: Exhibit 36 | 1/11/2007 | Enter |
| 0 44510627 | Sub Doc: Exhibit 37 | 1/1112007 | Enter |
| 0 44510625 | Sub Doc: Exhibit 38 | 1/11/2007 | Enter |
| 0 44510624 | Sub Doc: Exhibit 39 | 1/11/2007 | Enter |
| 0 44510719 | Sub Doc: Exhibit 4 | 1/11/2007 | Enter |
| 0 44510622 | Sub Doc: Exhibit 40 | 1/11/2007 | Enter |
| 0 44510620 | Sub Doc: Exhibit 41 | 1/11/2007 | Enter |
| 0 44510619 | Sub Doc: Exhibit 42 | 1/1112007 | Enter |
| 0 44510717 | Sub Doc: Exhibit 5 | 1/11/2007 | Enter |
| 0 44510713 | Sub Doc: Exhibit 6 | 1/11/2007 | Enter |
| 0 44510709 | Sub Doc: Exhibit 7 | 1111/2007 | Ever |
| 0 44510706 | Sub Doc: Exhibit 8 | 1/11/2007 | Enter |
| 0 44510702 | Sub Doc: Exhibit 9 | 1/11/2007 | Enter |
| 44510617 | EXTRA DISPOSABLE INCOME STEVE ARD HAD FOR 2001,2002,2003 & 2006 | 1/11/2007 | Enter |
| 44510616 | Sub Doc: Exhibit 1 | 1/11/2007 | Enter |
| 0 44510607 | Sub Doc: Exhibit 10 | 1/1112007 | Enter |
| 0 44510606 | Sub Doc: Exhibit 11 | 1/11/2007 | Enter |

| | | | | |
|---|---|---|---|---|
| 0 44510603 | Egi O 3 | Sub Doc: Exhibit 12 | 1/1-woo | Enter |
| 0 44510601 | 050 23 | Sub Doc: Exhibit 13 | 1/11/2007 | Enter |
| 0 44510600 | | Sub Doc: Exhibit 14 | 1/11/2007 | Enter |
| 0 44510599 | 77; 4;2 | Sub Doc: Exhibit 15 | 1/11/2007 | Enter |
| O 44510597 | 13F C'I; | Sub Doc: Exhibit 16 | 1/11/2007 | Enter |
| 0 44510596 | r17..t.,_' 13 | Sub Doc: Exhibit 17 | 1/11/2007 | Enter |
| 0 44510595 | | Sub Doc: Exhibit 18 | 1/11/2007 | Enter |
| 0 44510594 | | Sub Doc: Exhibit 19 | 1/11/2007 | Enter |
| 0 44510614 | | Sub Doc: Exhibit 2 | 1/11/2007 | Enter |
| 0 44510593 | | Sub Doc: Exhibit 20 | 1/11/2007 | Enter |
| 0 44510591 | er 24 | Sub Doc: Exhibit 21 | 1/11/2007 | Enter |
| 0 44510590 | ,74:,, 22 | Sub Doc: Exhibit 22 | 1/11/2007 | Enter |
| 0 44510613 | | Sub Doc: Exhibit 3 | 1/11/2007 | Enter |
| 0 44510612 | | Sub Doc: Exhibit 4 | 1/11/2007 | Enter |
| ——— | ,7 4; 3 | Sub Doc: Exhibit 5 | 1/11/2007 | Enter |
| 0 44510609 | erar 14 | Sub Doc: Exhibit 8 | 1/11/2007 | Enter |
| 0 44510608 | iv ,,e;;. | Sub Doc: Exhibit 9 | 1/11/2007 | Enter, |
| 44510032 | 1 | LETTER TO JUDGE | 1/11/2007 | Et w. |

o

| | | | | | |
|---|---|---|---|---|---|
| 0 44512384 | t 5 4; | opposed motion to seperate trial | 1/11/2007 | | Enter |
| O  44512385 | | *Sub Doc: attachment a* | 1/11/2007 | | Enter |
| O 44512386 | 1 | *Sub Doc: exhibit 1* | 1/11/2007 | | Enter |
| O  44512395 | 2 | *Sub Doc: Exhibit 10* | 1/11/2007 | | Enter |
| O  44512396 | | *Sub Doc: exhibit 11* | 1/11/2007 | | Enter |
| O  44512397 | | *Sub Doc: exhibit 12* | 1/11/2007 | | Enter |
| 44512398 | | *Sub Doc: exhibit 13* | 1/11/2007 | | Enter |
| o  44512387 | 3 | *Sub Doc: exhibit 2* | 1/11/2007 | | Enter |
| 44512388 | | *Sub Doc: exhibit 3* | 1/11/2007 | | Enter |
| O  44512389 | | *Sub Doc: exhibit 4* | 1/11/2007 | | Enter |
| 44512391 | *tar* 1 | *Sub Doc: exhibit 5* | 1/11/2007 | | Enter |
| O  44512392 | | *Sub Doc: exhibit 6* | 1/11/2007 | | Enter |
| 0 44512393 | 27 | *Sub Doc: exhibit 8* | 1/11/2007 | | Enter |
| O  44512394 | | *Sub Doc: exhibit 9* | 1/11/2007 | | Enter |
| 0 44510103 | 2 | **PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO DEFENDANT MARSHA PHILLIPS** | 1/11/2007 | | Enter, |
| 44509715 | 17 E | **Financial Information Statement** | 1/3/2007 | ARD, STEVE | Enter |
| 44509721 | | *Sub Doc: Filing letter* | 1/3/2007 | ARD, STEVE | Enter |

| | | | | |
|---|---|---|---|---|
| 0 44510127 | de 15 | ORIGINAL COUNTERPETITION 1212712006 FOR DIVORCE | | Enter |
| O  44510121 | | *Sub Doc: ATTACHMENT 1* | *12/27/2006* | *Enter* |
| 0 44510122 | CIO 1 | *Sub Doc: Exhibit 1* | *12/27/2006* | Enter |
| 0 44510123 | di_ctr 1 | *Sub Doc: Exhibit 2* | *12/27/2006* | Enter |
| O  44510124 | | *Sub Doc: Exhibit 3* | *12/27/2006* | Enter |
| 0 44510126 | 117.0e;: 1 | *Sub Doc: Exhibit 4* | *12/27/2006* | Enter |
| 0 25624608 | I§ 1 | CASO - ORDER SIGNED SETTING HEARING | 12/4/2006 | Enter |
| 0 44510113 | la'g 3 | EMERGENCY OPPOSED MOTION TO RESET TEMPORARY ORDERS HEARING | 12/1/2006 | Enter |
| O  44510109 | | *Sub Doc: Exhibit A* | *12/1/2006* | *Enter* |
| O  44510110 | | *Sub Doc: Exhibit B* | *12/7/2006* | *Enter* |
| 0 44510111 | ₁l7.,fir 1 | *Sub Doc: PROPOSED ON EMERGENCY OPPOSED MOTION TO RESET TEMPORARY ORDERS HEARING* | *12/1/2006* | *Enter* |
| 0 44510114 | TIT ,';1.. 1 | LETTER TO JUDGE | 12/1/2006 | Enter |
| 0 44510079 | | ORIGINAL ANSWER | 12/1/2006 | Enter |
| 0 44510128 | TIF ·· ⸱;⸱ | SCHEDULING ORDER AND NOTICE OF INTENT TO DISMISS | 11/18/2006 | Enter |
| 0 44510115 | O_tter 4 | Citation | 11/16/2006 | Enter |
| 0 25285646 | ligi 1 | SBSRX - ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 11/10/2006 | Enter |
| 0 44510116 | CO 2 | MOTION FOR SUBSTITUTED | 11/6/2006 | Enter |

SERVICE

| | | | | | | |
|---|---|---|---|---|---|---|
| O | 44510120 | t7.t 2 | PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE | 10/12/2006 | | Enter |
| O | 44510117 | ₜarᵣ 2 | *Sub Doc: AFFIDAVIT IN SUPPORT OF METHOD OF ALTERNATIVE SERVICE* | *12/27/2006* | | ter |
| Ej | *44510118* | 117,t. 2 | *Sub Doc: PROPOSED ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE* | *12/27/2006* | | *Enter* |
| O | 25305758 | r 4 | CASO - ORDER SIGNED SETTING HEARING | 9/20/2006 | | Enter |
| O | 44510108 | | PETITIONER'S FIRST AMENDED ORIGINAL PETITION FOR DIVORCE | 9/15/2006 | | Enter |
| O | 44510106 | TTF '%. | *Sub Doc: Civil Process Request* | *9/15/2006* | | Enter |
| *O* | 44510107 | | *Sub Doc: NOTICE OF HEARING FOR TEMPORARY ORDERS* | *9/15/2006* | | Enter |
| O | 44510101, | | Receipt | 9/15/2006 | | Enter |
| O | 44510069 | | DEFENDANTS CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO PLAINTIFF'S STEVE ARD | 8/23/2006 | | ate", |
| O | 44510066 | *erg* 1 | *Sub Doc: Cover letter* | *8/23/2006* | | Enter |
| O | 24799589 | I 1 | TRANX - ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 8/22/2006 | | Enter: |
| O | 44510036 | | Civil Process Request Form | 8/1/2006 | | alter |
| O | 44509659 | | OFFICIAL BILL | 8/1/2006 | | Enter |
| O | 44509697 | | petition for divorce | 8/1/2006 | | Enter |
| O | 44509694 | afar 1 | Receipt | 8/1/2006 | | MK |
| O | 64149590 | afar 1 | certified mail receipt | | | Enter |
| O | 44339535 | | Certified mail receipts | | | Ertel_ |

| | | | |
|---|---|---|---|
| 64098885 | 17; | DEBTOR'S OBJECTION TO CLAIM OF JENKINS & KAMEN, LLP (CLAIM#6) | Enter |
| 64098886 | T7; | *Sub Doc: Affidavit* | Enter |
| 64098887 | | *Sub Doc: Bankruptcy* | Enter |
| 0 64098890 | 23 | *Sub Doc: Exhibit B* | Enter |
| 64098888 | 77; | *Sub Doc: Exhibit Ust* | Enter, |
| 64149573 | /ger 8 | Docket sheet | ater_ |
| O 64149591 | | Envelope | Enter |
| O 64098791 | | Exhibit 2 | Enter, |
| O 64098878 | | Exhibit 21 | Erater |
| O 64098776 | | Exhibit 22 | Enter |
| O 64098790 | | Exhibit 3 | Ewa |
| O 64098776 | tide 11 | Exhibit 6 | Enter, |
| 64098744 | | Exhibit 7 | Enter |
| O 64098741 | 17; 110 | Exhibit 8 | Enter |
| O 44509493 | 98 | EXHIBIT A | Enter |
| 0 64098889 | 17; 11 | Exhibit A | Enter |
| O 64098773 | | Exhibit C | Enter |

| | | | | |
|---|---|---|---|---|
| O | 64098901 | | Exhibit c | Enter |
| O | 64098771 | | Exhibit E | Enter |
| O | 64098870 | OO 19 | Exhibit F | Enter |
| O | 64098788 | di̧er 1 | FACSIMILE COVER SHEET | En gr |
| : | 64098789 | | *Sub Doc: RULE 11 AGREEMENT REGARDING RECOVERY OF INTERVENOR'S FEES* | gaff_ |
| O | 64098877 | 1 | FACSMILE COVER SHEET | gam |
| O | 64429834 | | Fax | gam |
| O | 64098772 | | FILING FEES | Enter |
| O | 64098765 | | Filing letter | Enter |
| O | 64098767 | | *Sub Doc: FACSIMILE COVER SHEET* | Enter |
| | 64098766 | | *Sub Doc: UNOPPOSED ORDER MODIFYING STAY* | faffli |
| O | 64098881 | | Filing letter | Enter |
| O | 64098900 | 42O 5 | Filing letter | Enter |
| O | 64098879 | @re 2 | Intervenors Exhibit List | Enter |
| O | 64098903 | 32 | invoice | Enter |
| O | 64098876 | 6, | MOTION OF JENKINS & KAMIN, LLP FOR RELIEF FROM AUTOMATIC STAY | Enter |
| O | 64098770 | @If | NOTES | Enter |
| O | 64098883 | 19 | ORAL ARGUMENT | Enter |

| | | | | |
|---|---|---|---|---|
| O | 64098875 | ITT '131 | ORDER DENYING OBJECTION TO CLAIM (DOC#57) AND TERMINATING STAY PENDING APPEAL (DOC #43) | Enter |
| O | 64098792 | | RELIIEF FROM STAY PARTIAL TRANSCRIPT-RULING ONLY | Enter |
| O | 44509473 | 1 | RULE 11 AGREEMENT | Enter |
| O | 64100703 | 1 | Rule 11 Agreement | En er |
| O | 56707184 | 2 | SCHEDULING ORDER AND NOTICE OF INTENT TO DISMISS | Enter |
| O | 56707185 | 2 | SCHEDULING ORDER AND NOTICE OF INTENT TO DISMISS | Enter |
| O | 56707186 | 2 | SCHEDULING ORDER AND NOTICE OF INTENT TO DISMISS | Enter |
| O | 56707187 | 2 | SCHEDULING ORDER AND NOTICE OF INTENT TO DISMISS | Enter |
| O | 56707189 | 2 | SCHEDULING ORDER AND NOTICE OF INTENT TO DISMISS | EWE |
| O | 64149574 | 21 | Second Amended Counter-Petition for Divorce | Enter |
| O | 64149575 | 7 | *Sub Doc: Exhibit A* | Enter |
| O | 64149576 | 3 | *Sub Doc: Exhibit 8* | Enter |
| O | 64149577 | 6 | *Sub Doc: Exhibit* C | En er |
| O | 64149578 | 27 | *Sub Doc: Exhibit D* | Enter |
| . | 64149579 | 2 | *Sub Doc: Exhibit E* | Enter |
| . | 64149580 | 2 | *Sub Doc: Exhibit F* | Enter |
| . | 64149581 | 3 | *Sub Doc: Exhibit* G | Enter |

| | | | |
|---|---|---|---|
| *64149582* | **trec 2** | *Sub Doc: Exhibit H* | **Enter** |
| *64149583* | | *Sub Doc: Exhibit/* | **Enter** |
| *Di 64149584* | | *Sub Doc: Exhibit J* | **Enter** |
| *64149585* | **atr** [5] | *Sub Doc: Exhibit K* | **Enter** |
| *64149586* | ifati**g** [3] | *Sub Doc: Exhibit L* | **Enter** |
| *64149587* | **Igrer** [5] | *Sub Doc: Exhibit M* | **ale".** |
| *64149588* | ⫫F | *Sub Doc: Exhibit N* | **Enter** |
| *54149589* | | *Sub Doc: Exhibit **O*** | **Enter** |
| **0 64098774** | **liker** [53] | **Suggestion of Bankruptcy** | **Enter** |
| **0 64098882** | **liti⁺tr** [3] | **UNOPPOSED ORDER MODIFYING STAY** | Enter |
| **0 64098769** | 0**w** [3] | **UNOPPOSED ORDER TO MODIFYING STAY (SIGNED)** | **Enter** |